

1
2  Christie L Reed
   16808 MAIN ST. SUITE D-226
   HESPERIA, CA 92345
   (626) 646-4993
3  no email
   In Pro Per
4  no fax
   Nora Araya
5  P.O. BOX 280455
   NORTHRIDGE, CA 91328
6  (818) 429-8874
7  In Pro Per
8
9
10
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
11

12  **Christie L. Reed, Nora Araya**         ED CV17-00955 DMG (KKx)

13             Plaintiff(s),              **COMPLAINT/CLAIM FOR DAMAGES, EQUITABLE RELIEF**

14         vs.
                                          1.  Violation of 42 U.S.C §§ 1985, 1986
15  **EAST END PROPERTIES, INC., KUZYK**      Conspiracy to Interfere with Civil Rights
    **LAW, LLP, attorney David J. Myers, LAW**
16  **OFFICES OF KIMBALL, TIREY & ST.**    2.  18 U.S.C. 1961 & 18 U.S.C. 1341
17                                             RICO Racketeering, Extortion And
    **JOHN, LLP, attorney Chris Evans,**       Mail Fraud
18
    **attorney H.G. Long, Judge Keith B. Davis,**  3.  Misprision of a Felony, 18 U.S.C.
19                                                      Code § 4
    **Judge Ruth Ann Kwan, Judge H. Jay Ford**
20  **III, Judge David Sotelo. Judge Nancy**  4.  Good faith improvements
21
    **Newman**                            5.  Assumption of Duty
22

    DOES 1 THROUGH 10 INCLUSIVE

         Defendant(S)

27                                        AND DEMAND FOR JURY TRIAL
28

      COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

                            1

Plaintiff CHRISTIE L.REED complains against Defendant(s), and each of them, as follows:

<center>**PREFATORY ALLEGATIONS & JURISDICTION**</center>

1. This Court has jurisdiction as:

   Both Plaintiffs live within the Central District of California and although this action does involved real property, the larger issues are federal questions in the violation of civil rights.

2. Plaintiff, Christie L. Reed ("Reed") is now, and at all times relevant to this action was a resident of the County of San Bernardino, State of California.  At all times relevant to this action, REED has owned real property commonly known as 1818 Vineyard Ave. F Ontario, CA 91764 San Bernardino County, State of California. Further described as Assessor's Parcel Number: 0209-422-71-0-000. ("VINEYARD")

3. Plaintiff, Nora Araya ("Araya") is now, and at all times relevant to this action was a resident of the County of Los Angeles, State of California.  At all times relevant to this action, ARAYA has owned real property commonly known as 8206 Shirley Ave., Reseda, CA 91335 Los Angeles County, State of California.  Further described as Assessor's Parcel Number: 2105-017-017. ("SHIRLEY")

4. Defendant East End Properties, Inc., (hereinafter referred to as ("EAST END") is a California Corporation, and is registered with the California Secretary of State as its principal place of business being located at 15740 Paramount Blvd. Ste. E Paramount, CA 90723 with its agent for service of process listed as Gail Cyprus.

5. Defendant Kuzyk Law, LLP, (hereinafter referred to as "KUZYK") is a Limited Liability Partnership and its principal place of business being located at 1417 Via Anita, Pacific Palisades. The LLP is not registered with the Secretary of State as required by law.

6. Defendant David J. Myers (hereinafter referred to as "MYERS") is a bar-card carrying attorney who may practice law in California. His state bar number is 114234

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

and his principal place of business is listed as Law Offices of David J. Myers, 19900 MacArthur Blvd. Suite 1150, Irvine, CA 92612. The Law Offices of David J. Myers is not registered with the Secretary of State.

7. Law Offices of Kimball, Tirey & St. John. LLP (herein referred to as "KIMBALL") is a law firm who practices law in California. Their principal place of business is listed as 555 S. Flower St. Ste. 3400, Los Angeles, CA 90071. Their Tax Identification Number is 33-0404480.

8. Chris J. Evans is a bar-card holding attorney, #202135, licensed to practice law in the state of California. His primary place of business is as an attorney for Kimball, Tirey & St. John whose address is listed as 555 S. Flower St. Ste 3400, Los Angeles, CA 90071.

9. Helen Grayce Long, a.k.a. H.G. Long, is a bar-card carrying attorney, #127735, licensed to practice law in the state of California Her business is H.G. Long & Associates, whose primary place of business is listed as 634 Oak Court, San Bernardino, CA 92410.

10. Judge Keith B. Davis is a judge at the Superior Court of San Bernardino who is also being sued in personal capacity for acting outside his jurisdiction.

11. Judge Ruth Ann Kwan is a judge at the Superior Court of Los Angeles who is also being sued in her personal capacity for acting outside her jurisdiction.

12. Judge H. Jay Ford III is a judge at the Superior Court of Los Angeles who is also being sued in this personal capacity for acting outside his jurisdiction.

13. Judge David Sotelo is a judge at the Superior Court of Los Angeles who is also being sued in his personal capacity for acting outside his jurisdiction.

14. Judge Nancy Newman is a judge at the Superior Court of Los Angeles in the Santa Monica division and is being sued in her personal capacity for acting outside her jurisdiction.

15. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1-10 Inclusive, and therefore sue these defendants by such fictitous names.

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and based thereon alleges each of the fictitiously named defendants is responsible in some manner for the injuries to Plaintiff alleged herein, and that such injuries as herein alleged were proximately caused by such defendants.

16. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, that each of the defendant were the agents, employees, partners, joint vennturers, successors or predecessors in interest, owners, principals, and employers of the remaining defendants, and in doing the things hereinafter alleged, were acting within the course and scope of such agency, partnership, employment, ownership, or joint venture. Plaintiff is further informed and believes and based thereon allege that the acts and conduct herein alleged of each such Defendant were known to, authorized by, and/or ratified by the other Defendants, and each of them.

17. Whenever in this Complaint an act or omission of a corporation or business entity is alleged, the said allegation shall be deemed to mean and include an allegation that the corporation or business entity acted or omitted to act through its authorized offficers, directors, agents, servants, and/or employees, acting within the course and scope of their duties, that the act or omission was authorized by corporate managerial officers or director, and that the act or omission was ratified by the officers and directors of the corporation or business entity.

18. As a result of their activities, Defendants and each of them are and were subject to and must comply with various laws and regulations which they intentionally and willfully ignored, violated and disregarded, to the detriment of Plaintiff.

## STATEMENT OF FACTS

19. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

20. Defendant EAST END violated several recording and conveyance statutes in order to take property belonging to both Araya and Reed. Araya and Reed both purchased properties as investors. EAST END along with their co-conspirators circumvented the law and violated the civil rights of Plainitffs by denying them equal protection of the law.

21. EAST END along with their co-conspirators used fraudulent documents, retained real estate professional to falsely represent Plaintiffs and committed forgery by signing documents on behalf of Plaintiffs and presenting them as genuine documents signed by Plaintiffs. These documents were used to complete an escrow giving the appearance that Plaintiffs had "sold" their respective properties to EAST END.

22. EAST END then recorded Plaintiffs' respective properties into EAST END's name. EAST END approached Plaintiffs' tenants advising the tenants that Plaintiffs were crooks and that EAST END was the rightful owner of the property. EAST END did all of this without any legal authority.

23. Based on the fraudulent premise that EAST END was the rightful owner of VINEYARD and SHIRLEY properties, EAST END, KUZYK and MYERS brought suit against each Plaintiff to attempt to take away their property interests.

24. Araya had already successfully litigated a case against Bank of America. A case brought against her had already been dismissed when Bank of America, realizing that they had lost, pretended to "sell" the SHIRLEY property to EAST END, and EAST END filed their own suit against Araya.

25. Reed had been litigating against Bank of America in the San Bernardino Superior Court since 2012, when EAST END claimed to be the new owner and was permitted to substitute into the case by DAVIS against Reed's objections. They had allegedly "purchased" the VINEYARD property at the same sham Genesis Auction.

26. At that alleged REO Auction, EAST END purchased five (5) properties for pennies on the dollar of their value, knowing that they had title issues and knowing that Reed and Araya were on the title to VINEYARD and SHIRLEY, respectively. EAST END

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

and MYERS makes a career of purchasing properties in litigation from banks at incredible deals, and then pursuing the owners in court. EAST END and their counsel MYERS appear on dockets in superior courts all over Southern California.

27. EAST END along with their co-conspirators produced their fraudulent documents to the Court representing them to be true when they knew these documents to be false. EAST END smeared the names of Plaintiffs Reed and Araya, taking advantage of them both since they were single women with minimal resources, then labeling them as crooks to gain an advantage over them. This deprived them of equal enjoyment of the rights secured by the law to all.

28. EAST END and their co-conspirators discriminated against Araya and Reed, along with others like them, taking advantage of the fact that they are of lower income, minorities and women. These defendants, and all of them conspired to deprive the plaintiffs of their due process and rights, believing these persons could be taken advantage of and pushed around and that they would be powerless to stop them.

29. Here, the Defendants decided to deny Plaintiffs their rights and to take their property by using their superior resources to circumvent the law to the detriment of Plaintiffs.

30. Defendants were successful in their violations of Plaintiffs civil rights as they have used deceit, their expertise, and supreme knowledge of the law to their benefit. Such behaviour is criminal, shocks the conscience and is prohibited.

## FIRST CAUSE OF ACTION

### Violation of 42 U.S.C §§ 1985, 1986

### (Against All Defendants)

31. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

32. 42 U.S.C §§1985, 1986 creates a cause of action against the knowing failure to prevent the perpetration of any of the wrongs described in section 1985, by anyone having the power to do so. Such an individual is liable "for all damages caused by

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

such wrongful acts, which such person by reasonable diligence could have prevented." Vietnamese Fishermen's Ass'n v. Knights of the Ku Klux Klan, 518 F. Supp. 993 (D. Tex. 1981). No claim for relief will lie under section 1986 unless a cause of action can be established under section 1985.[Dowsey v. Wilkins, 467 F.2d 1022 (5th Cir. 1972); Hamilton v. Chaffin, 506 F.2d 904 (5th Cir. 1975); Hahn v. Sargent, 523 F.2d 461 (1st Cir. 1975); Taylor v. Nichols, 558 F.2d 561 (10th Cir. 1977); Creative Environments v. Estabrook, 680 F.2d 822 (1st Cir. 1982); Bell v. City of Milwaukee, 746 F.2d 1205 (7th Cir. 1984); Martinez v. Winner, 771 F.2d 424 (10th Cir.), modified, 778 F.2d 553 (10th Cir. 1985); Morast v. Lance, 807 F.2d 926 (11th Cir. 1987); Jews for Jesus v. Jewish Comm. Relat. Council, 968 F.2d 286 (2d Cir. 1992); Clark v. Clabaugh, 20 F.3d 1290 (3d Cir. 1994); Doyle v. Unicare Health Serv., Inc., 399 F. Supp. 69 (N.D. Ill. 1975), aff'd, 541 F.2d 283 (7th Cir. 1976); Schoonfield v. Mayor & City Council, 399 F. Supp. 1068 (D. Md. 1975), aff'd, 544 F.2d 515 (4th Cir. 1976); McIntosh v. White, 582 F. Supp. 1244 (E.D. Ark. 1984), aff'd in part, rev'd in part, 766 F.2d 337 (8th Cir. 1985); White v. Williams, 179 F. Supp. 2d 405 (D. N.J. 2002)] By its terms, the section is not limited to actions under color of law. [Robeson v. Fanelli, 94 F. Supp. 62 (S.D.N.Y. 1950); Vietnamese Fishermen's Ass'n v. Knights of the Ku Klux Klan, 518 F. Supp. 993 (S.D. Tex. 1981).] Knowledge of the conspiracy is an essential element. [Hampton v. City of Chicago, 484 F.2d 602 (7th Cir. 1973), cert. denied, 415 U.S. 917 (1974); Buck v. Board of Elections, 536 F.2d 522 (2d Cir. 1976); Veres v. County of Monroe, 364 F. Supp. 1327 (E.D. Mich. 1973), aff'd, 542 F.2d 1177 (6th Cir. 1976), cert. denied, 431 U.S. 969 (1977); Santiago v. City of Philadelphia, 435 F. Supp. 136 (E.D. Pa. 1977); Vietnamese Fishermen's Ass'n v. Knights of the Ku Klux Klan, 518 F. Supp. 993 (S.D. Tex. 1981); Wesley v. Don Stein Buick, Inc., 996 F. Supp. 1299 (D. Kan. 1998).]

33. Here, the Defendants entered into an agreement with one another to create documents to be used to take Plaintiffs' properties. These documents were either forged with

Plaintiffs' signature, or real estate professionals were hired to "represent" the Plaintiffs without their consent or knowledge, in order to fraudulently facilitate the sale of their homes. Defendants used these documents to complete an escrow and subsequently recorded deeds attempting to take title of the properties in the name of EAST END (Exhibits D and Exhibit E).

34. Once EAST END did this they filed unlawful detainer actions against the Plaintiffs to evict the Plaintiffs from their own properties (Exhibit F). EAST END represented that they were the actual owners when no Court had ever ajudicated the parties rights and interests in the respective properties.

35. Reed's tenant was approached by EAST END's agent Daniel Argento and told to stop paying Reed and to pay him instead. He told Reed's tenant, with whom she had a lease agreement, that they were the new owners and posted notices on the property despite Reed still being on title (Exhibit G).

36. Araya's tenant was approached by EAST END's agent Daniel Argento in the same manner and was told to stop paying Araya and pay him instead. He told Araya's tenant, with whom she had a lease agreement, that they were the new owners.

37. When Araya's tenant refused to abandon the premises, KIMBALL, TIREY & ST. JOHN, LLP and their attorney EVANS filed a Complaint for Unlawful Detainer 13R06761 on the SHIRLEY property in Santa Monica Judicial District of the Los Angeles County Superior Court (Exhibit F), lied about serving Araya with the Unlawful Detainer, then drafted and forged her signature on the Answer to Verified Complaint (Exhibit H), and drafted and forged her signature on the Demurrer to Complaint (Exhibit I). This was done in order to facilitate and easier Unlawful Detainer by EAST END, EVANS AND KIMBALL, TIREY & ST. JOHN, LLP. By having Araya seemingly participate, yet not show up at the demurrer hearing, she would automatically lose, a quick win for the aforementioned defendants. A default could be challenged and would have complicated things for EAST END, EVANS and KIMBALL.

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

8

38. KIMBALL and EVANS knew or should have known that Araya was on title and that she could not be lawfully dispossessed of her own property. Since attorney H.G. LONG was the attorney who drafted and signed off on the Notice of Hearing Demurrer and the Answer to Complaint, and it must have been LONG who forged Araya's name.

39. Judge H. JAY FORD III knewor should have known that Araya was on title and that she could not be lawfully dispossessed of her own property.

40. Araya was forced to pay $3,000 to Victoria Petersen, court qualified Document Examiner in order to prove that the signatures on the documents submitted by KIMBALL, EVANS and EAST END to the court were forged (Exhibit J).

41. The Declaration of Victoria Petersen read, in part: "In this case, I determined that the signature(s) found on the Questioned Document(s) was not a genuine signature of the individual they purported to be, and were not simulations of the genuine signature…The person(s) who signed the Questioned documents didn't even try to simulate the genuine signature of NORA ARAYA on the Exhibit K (Known Document(s)) and was not successful in duplicating the letter formations (design of the letters) or the execution of the signature he or she was attempting to forge."

42. After receiving the report from Victoria Petersen that all of the signatures were irrefutably forged, she filed a police report in Canoga Park but the District Attorney refused to take criminal action (Exhibit O).

43. EVANS then illegally filed a request for entry of clerk's default, and Clerk illegally entered default against Araya in violation of Code of Civil Procedure § 418.10. Araya was and still remains on title, so she could not be lawfully dispossessed of her property. Despite proof of the forgery being presented to Judge FORD, the Default and Writ of Possession remained in effect and Araya and her tenant were locked out by the sheriff.

44. Araya presented a verified statement of disqualification of Judge H. Jay Ford, III for Cause (Exhibit K), but FORD turned this into a motion to disqualify, and ruled upon

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

it himself. Shockingly, he found himself to be unbiased and impartial. The alternative
would have been to have determined he was crooked in front of the public. The
disqualification needed to be reviewed by another judge, at the very least.

45. On November 8, 2013, Araya filed an Ex Parte Notice and Application to cancel
clerk's default and recall and/or cancel writ of possession. The matter was heard
before Judge NEWMAN who was told that forged documents were used to obtain the
Unlawful Detainer and Writ. NEWMAN violated 18 U.S.C. Code § 4 when she
refused to report the crime that had been presented to her. NEWMAN stated that her
department did not deal with forgery and fraud and that she should file a police
report. NEWMAN refused to issue even a temporary injunction, leaving the Writ in
effect, further injuring Araya by dispossessing her of her property.

46. EAST END and MYERS produced fraudulent documents upon the Court in Reed's
case representing them to be true in order to strip Plaintiff of her rights to the property
and cover up their previous and continued malfeasance.

47. All Defendants acted in concert with one another by testifying on behalf of one
another and EAST END compensating them to obtain their cooperation to further
their illegal acts.  These illegal acts deprived Plaintiffs of her property and has led to
Plaintiff being injured in an amount to be determined at trial.

48. EAST END, as substituted into Reed's case in place of Bank of America, knew or
should have known that the documents used in the alleged initial foreclosure by Bank
of America on previous owners Brandon Davis and Sommer Bell were forged and
fraudulent.

49. Prima Facie evidence shows that the documents were signed by known robo-signers,
a forensic audit submitted to DAVIS along with a Motion for Reconsideration on the
first Motion for Summary Judgment further proved that the Davis/Bell documents
were forged and fraudulent. DAVIS refused to accept the audit as newly discovered
evidence and refused to acknowledge or report the fraud in violation of 18 U.S.C.
Code § 4.

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

50.  A detailed forensic analysis of the foreclosure documents, completed on March 7, 2017 by Gary Michaels, FDE, DABFE, 114768, Forensic Document Examiner, determined the documents used were forged and fraudulent (Exhibit A).

51.  Michaels, a Digital Image Extraction Analyst, using his 40+ years of document examination experience which includes work done for the FBI, concluded that the questioned documents, including the RECONSTRUST COMPANY, N.A. Deed of Trust and all other foreclosure documents demonstrate irrefutably "that the documents are not genuine or original with 'wet ink' signatures but rather are fraudulent." (Exhibit A, Affidavit p. 1 of 2).

52.  "The claimed questioned documents of having original wet ink signatures on the documents are not original, a wet ink signature, because of no wetting of the paper fiber. There is irrefutable evidence of signature compressions on all signatures. Furthermore there is no proof of any standing because there are no submitted existing original documents. Any photocopy of such documents are counterfeit, and Extrinsic/Intrinsic Fraud upon the court by Photoshop or a related software." (Exhibit A, Affidavit p. 1 of 2).

53.  Michaels found multiple specific anomalies on the Brandon Davis/Sommer Bell foreclosure documents. "ANOMALIES FOUND. The irrefutable evidence of five (5) ghost anomalies found, and extreme compressions of the signatures throughout. There is evidence of the use and application of Photoshop or a related software to cut & paste by importation of fraudulent photocopying, and grabbing by digital cut and paste from a previous unknown source or from a non-disclosed image bank so as to do clone duplication, including all template contents at will. The questioned documents are not genuine or original and are hereby found to be a forgery and are fraudulent.

54.  Expert Gary Michaels is available to testify in court about the forged and fradulent nature of the Brandon Davis/Sommer Bell California Declaration, Substitution of

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

Trustee, Trustee's Deed Upon Sale, Legal Description, Notice of Trustee's Sale, and Declaration of Exemption.

55. Since Bank of America, and in their stead, EAST END, had no standing due to forged documents, the property would belong to Reed as a bonafide purchaser and the only one who paid actual money, $40,000 in cash, for the property in good faith (Exhibit B, Affidavit of Reed in Support of Bonafide Purchaser status).

56. Reed has discovered through considerable effort that DAVIS should have recused himself at the onset of the case due to having financial interest in plaintiff Bank of America. Once Reed discovered this conflict of interest, she disqualified DAVIS, who continued to preside over the case to Reed's detriment.

## SECOND CAUSE OF ACTION

### 18 U.S.C 1961/18 1341: RICO Racketeering, Extortion And Mail Fraud

### (Against All Defendants)

57. Plaintiff restates the foregoing paragraphs 1-57. Defendants via postal service harassed plaintiffs by sending lawsuits, threatening letters and emails, issuing fraudulent minute orders and decisions. DAVIS and MYERS were informed by verified notice and demand that their written conclusions were false and damaging. Defendants refused to correct their false statements and continue to attempt to intimidate and harass Plaintiffs via email and U.S. Mail, and forcibly removed tenants from properties to which they do not hold perfected title.

## THIRD CAUSE OF ACTION

### 18 U.S.C § 4 MISPRISION OF A FELONY

### (Against All Defendants)

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

58. DAVIS was shown irrefutable evidence that the Bank of America/EAST END foreclosure documents, prior to Reed's purchase, were forged and fraudulent. Bank of America and Recontrust Company, NA committed a crime known as FORGERY under Penal Code §115.5, *(a) Every person who knowingly procures or offers any false or Forged instrument to be filed, registered, or recorded in any public Office within this state, which instrument, if genuine, might be Filed, registered, or recorded under any law of this state or of the United States is* <u>*guilty of a felony*</u>.

59. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

60. DAVIS has been presented with evidence that the documents used in the alleged Brandon Davis/Sommer Bell foreclosure, prior to Cortez or Reed's procurement, were forged and fraudulent.

61. DAVIS accepted that the Boucher Deed was fraudulent but refused to acknowledge that the Bank of America (and in turn EAST END by substitution) documents were forged and fraudulent. He was presented with one forensic analysis which he ignored in order to facilitate EAST END's theft of Reed's property.

62. Reed has obtained a second, even more thorough analysis, indicating both compression and Photoshop manipulation further proving that the documents used to allegedly foreclose on VINEYARD were forged and fraudulent.

63. In addition, documents used to steal VINEYARD from the C.L.R. Family Trust were also forged. The evidence of this was provided by MYERS' himself in discovery but lied by calling it Reed's name on the documents a mistake, akin to a burgler being caught and claiming he thought it was his house. The Real Estate Escrow documents name "C.L.R. Family Trust" as the seller (Exhibit D) were presented to DAVIS, along with email after email between EAST END, the real estate company, title company and others on how they were going to successfully perpetrate the fraud on

VINEYARD, SHIRLEY and three other properties purchased at the same sham Genisis auction. The Real Estate Escrow documents regarding the SHIRLEY property name the seller as "Nora Araya, The Living Real Woman, Grantee." (Exhibit E). All parties involved, including EAST END and MYERS knew or should have known that neither Reed, nor Araya had no intention of selling her property and that the property could not be lawfully seized from them without a court order.

64. DAVIS failed to acknowledge the forged and false Escrow documents in Reed's case despite them being submitted multiple times to the court. Reed at no time hired an escrow company or authorized anyone to act on her or her trust's behalf. MYERS, EAST END and DAVIS all knew or should have known this, since she had been vigorously litigating to keep her property since 2012.

65. Judge KWAN began the onslaught of injury to Araya by making multiple bad rulings to Araya's detriment, and only, on the eve of trial, disqualifying herself for having a financial interest in Bank of America. "The Court finds that it has a financial interest in Bank of America..." (Exhibit L). This was only done after Araya had filed a motion to disqualify and only after KWAN, who admittedly had a conflict of interest, was CAUGHT having a conflict of interest. KWAN knew, or should have known, at the onset of the case, that the conflict was present, as the donation made by Bank of America to KWAN's reelection campaign had been documented and made previously to the case being assigned to her.

66. Araya's case was then heard by judge SOTELO at the Los Angeles Superior Court. Araya had been represented by attorney Manuel Lopez who became inactive to practice law and then unexpectedly died, leaving Araya without counsel. Araya was in the process of trying to obtain counsel when she was blindsided by the SOTELO, EAST END and MYERS.

67. According to the docket, Araya was to appear in court for a Case Management Conference. When she appeared in court, she was told that the case was SET FOR TRIAL on that day. Neither EAST END, MYERS or the Court had informed Araya

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

that she had received no notification of a trial date, and that there had never even been a trial readiness hearing. SOTELO did not care that Araya has suddenly been left without representation and told her that the trial would be conducted in half an hour. Araya, was unprepared to proceed on her own and the judge then proceeded to hold a trial without Araya present, and entered a judgement against Araya and for EAST END, including a judgment for $113,000 (Exhibit M).

68. A Judge, or any other government official, is required as part of the judge's mandatory administrative duties to receive *any* offer of information of a federal crime. Forgery is a federal crime. If that judge blocks such a report, that block is a felony under related obstruction of justice statutes, including but not limited to Title 28 U.S.C. § 1361, which compels an officer of the United States to perform his duty.

## FOURTH CAUSE OF ACTION

### Good Faith Improvement CCP 871.1-871.7

### (Against EAST END PROPERTIES and MEYERS)

69. Reed is entitled to the $40,000 in cash money she paid for the property and the additional funds she put into the property as a good faith improver after purchasing the property and checking with Stewart Title Company to ensure there were no liens or encumbrances and the person who was selling her the property, Manuel Cortez, was on title (Exhibit B). She then went ahead and purchased the property and repaired the property into a habitable condition.

70. As used in Chapter 10 of the California Code of Civil Procedure, sections 871.1- 871.7, "Good Faith Improver" means: (a) A person who makes an improvement to land in good faith and under the erroneous belief, because of mistake of law or fact, that he is the owner of the land.

71. Despite tangible evidence of money spent (Exhibit C), all defendants have refused to address the issue of Reed's good faith improvements.

72. During a hearing, MYERS even stated that he had was a receipt for some carpet and that if Reed were to present a cause of action for her Good Faith Improvements, he would deal with that at the time. The time is now.

73. Reed presented the San Bernardino Superior Court and DAVIS evidence of partial money spent in the form of actual home improvement receipts and itemized expenses which the judge refused to acknowledge.

74. Reed purchased the supplies required for repairs and paid worker to do the necessary work, which included repair to the laminate wood floor, damaged fireplace mantel, drywall, painting of the entire interior, carpet cleaning and patch repair, window screen replacement and window repair, balcony wood rot repair/replacement and resurfacing, closet door repair and closet system replacement, etc. Supplies and hiring of worker to complete repairs and improvements were in the neighborhood of $8,000-$10,000. These receipts as attached as EXHIBIT C were sent to MYERS in March of 2015 in response to his special interrogatories number(s) 22 and 23, so his statement that all he knew about was "some carpet," was just another outright lie.

75. Reed spent between $8,000 to $10,000 to make necessary repairs to the property in order to make it habitable for a tenant. Reed has spent considerably more on the property but had no reason to believe she would need to keep a precise accounting, as she would have had no reason to expect she would be in litigation for years.

76. MYERS and EAST END now attempt to become unjustly enriched by Reed's good faith improvements.

77. Araya presented the Los Angeles Superior Court and SOTELO evidence of partial money spent in the form of itemized expenses which the judge refused to acknowledge.

78. Despite evidence of money spent, all defendants have refused to address the issue of Araya's good faith improvements.

79. Araya spent a minimum of $3,500 to make necessary repairs to the property in order to make it habitable for a tenant (Exhibit N). Araya has spent considerably more on

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

the property but had no reason to believe she would need to keep a precise

accounting, as she would have had no reason to expect she would be in litigation for

years.

80. MYERS and EAST END now attempt to become unjustly enriched by Araya's good

faith improvements.

### FIFTH CAUSE OF ACTION

#### Assumption of Duty

#### (Against All Defendants)

81. Judges DAVIS, KWAN, FORD and SOTELO all owed a duty of care to plaintiffs

Reed and Araya who were brought before them under duress. All and each of them,

as elected public officials who swore an oath to uphold the constitution had a duty to

uphold the law and protect the rights of both Reed and Araya.

82. Plaintiffs were discriminated against as pro per. DAVIS even told Reed that "in his

30 years as a judge, he had never seen a pro per litigant get the results they wanted."

Reed could never have understood that was simply the start of the extreme bias

against Reed as a single female representing herself, but for the plaintiff, Bank of

America.

83. After years before DAVIS, Reed was finally able to uncover that the problem lied

with the fact that he had financial ties with Bank of America. When Reed discovered

this, she disqualified DAVIS for bias and partiality, but he continued to damage Reed

by issuing void orders and judgments.

84. Araya was tossed around from judge to judge who issued injurious rulings. KWAN

finally recused herself for having financial ties to Bank of America, but only after

Araya filed a motion to disqualify, and after she had issued several damaging rulings.

She only admitted the conflict on the eve of trial.

85. Judges FORD and NEWMAN, who presided over her unlawful detainer cases,

refused to accept that the "Answer to Complaint" and "Demurrer to Complaint" were

not drafted or signed by her, and were complete forgeries. She not only filed a police

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

report (Exhibit O), she paid a graphologist who stated irrefutably that the signatures on the documents were not Araya's (Exhibit J). Araya's affidavit further swears under penalty of perjury that she did not draft either the Answer or Demurrer and did not sign either one (Exhibit P). They granted the unlawful detainer and issued a Writ of Possession despite being shown evidence of the forgery.

86. When Araya's case finally went to trial, it was before judge SOTELO. Despite Araya being suddenly left without representation after he attorney died, SOTELO refused to give her adequate time to prepare for trial. She believed she was attending a Case Management Conference, when she was suddenly told the matter was going to trial in a half hour. When Araya left in a panic, instead of continuing the trial, SOTELO held an "uncontested trial" signing off on EAST END's proposed order, despite their being no evidentiary proof of the $113,000 claimed by EAST END and MYERS.

87. MYERS, along with the other named defendant Attorneys, are bar card carrying attorneys who are "licensed" to practice law in the State of California. They are experts in the law, and each and all of them, knew or should have known that they were presenting false and forged documents to the court, resulting in fraud upon the court. They not only presented these documents as authentic and true, they encouraged their client EAST END to complete the transactions for the VINEYARD and SHIRLEY properties, knowing that the properties could not legally or lawfully be purchased and that Reed and Araya were on title.

88. MYERS knew that the auction, title and escrow company were conspiring to find a way to unlawfully transfer the properties out of plaintiffs names. MYERS knew that the escrow company HAD to list the sellers as Araya and Reed, in order to make the transaction seem legitimate.

89. Based on the American Bar Association's code of conduct, MYERS owes a duty of care and fair and ethical dealing with both his clients and the opposing parties. He regularly makes himself seem amenable before the judges but in private discourse, changes his tune. In the Reed case, he stated on the record during a court call that he

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

wanted the remaining doe defendants to be dismissed and suggested he would waive the $2,400 he was seeking on the Memorandum of Costs. When Reed offered to dismiss the doe defendants in exchange for waiving the Memorandum of Costs, he quickly refused and claimed that only signed mutual releases, preventing Reed from being able to appeal or pursue her property rights any further, would be acceptable.

90. MYERS knowingly submitted fraud upon the court when he submitted the Araya "Plaintiff's Exhibit List," which tagged alleged costs related to the Reed case at the end of the Araya expenses bolstering the alleged total from $63,464.12 to $82,210.96. When Araya was not present at the trial, he hand altered his proposed judgment to include an unverified total of $113,000 (Exhibit M).

91. EAST END is a professional real estate corporation who is expected to treat buyers, sellers and homeowners with respect and dignity. They regularly buy and sell real estate and have made a career out of buying properties in litigation and having their retained counsel insert themselves into lawsuits. They purchased five (5) such properties at the same auction where they claimed to have purchased the Vineyard and Shirley properties. As regular purchasers of properties with title issues, they have developed a team of thugs that harass the title holder, stalk and threaten the tenants, spread lies about the owners, and then file unlawful detainers and lawsuits to steal properties. They have been reported to the California Bureau of Real Estate but continue making sweetheart deals with banks on properties in litigation.

**CONCLUSION**

92. This is how the fraud against We The People is perpetrated. The courts bring the people in as corporations under their All Caps name, and a corporation does not have the full rights and constitutional protections of a living, breathing person. When you let them know that you are a living, breathing person and not the All Caps corporation, they look at you as if you are trespassing in their courtroom. Even though you point it out, and they know that you are a living person because they can see you standing in front of them,

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

they continue to perpetrate the fraud. This is akin to the Nuremberg defense, where the accused claimed they were just following orders. That excuse didn't work then, and it is not working now. We demand that our courts stop this massive fraud upon the people, which denies them due process, and equal protection under the law, *NOW*.

## DEMAND FOR TRIAL BY JURY

Plaintiffs, Nora Araya and Christie L. Reed hereby demand a Trial by Jury, not by a judge or magistrate, on all Causes of Action and claims asserted herein. We demand that the matter be heard before an Article III Court, the only one lawful under the Constitution of the United States of America. Araya and Reed stand on all our constitutional protections and waive none. Copies sent to Attorney General Jeff Sessions, American BAR Association, Elizabeth Warren, President Donald Trump.

## PRAYER

1. For a declaration that Plaintiff, Nora Araya is the prevailing party and receives Quiet Title to the Shirley property;

2. For a declaration that Plaintiff, Christie L. Reed is the prevailing party and receives Quiet Title to the Vineyard property;

3. For attorney's fees and costs of suit incurred herein;

4. For general and special damages not less than $1 million each;

5. For Punitive damages; and

6. For such other and further relief as the Court deems just and proper.

Dated: 5/15/17

Nora Araya, In Pro Per

Christie L. Reed, In Pro Per

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL



# FORGERY FRAUD

FORENSIC DOCUMENT EXAMINATION
DIGITAL IMAGE EXTRACTION ANALYSIS
INVESTIGATION . CONSULTING
P.O. BOX 352023  WESTMINSTER, CO 80239
1925 WEST 102ND AVE STE 1  THORNTON, CO 80260
PHONE: 303-952-9910



1

## GARY MICHAELS, FDE, DABFE 114768
### FORENSIC DOCUMENT EXAMINER
DIGITAL IMAGE EXTRACTION ANALYST

# FORENSIC EXAMINATION REPORT

## IN REGARD

### PROPERTY VESTED IN

## C.L.R. FAMILY TRUST

### IN THE NAME OF

# CHISTIE L. REED

2

NOMENCLATURE

1. COVER
2. NOMENCLATURE Property Vest in C.L.R. Family Trust in the Name of: Christie L. Reed
3. AFFIDAVIT 1 of 2
4. AFFIDAVIT  2 of 2


**5. CALIFORNIA DECLARATION**
6. CALIFORNIA DECLARATION  COMPRESSION / PHOTOSHOP
**7. SUBSTITUTION OF TRUSTEE**
8. SUBSTITUTION OF TRUSTEE /
NOTARY SIGNATURE STAMP
EL HOWARD
**9. TRUSTEE'S DEED UPON SALE**
10. **RECONSTRUCT COMPANY, N.A. / PRESENTED AS ORIGINAL**
11. RECONSTRUCT COMPANY, N.A.  COMPRESSION
Irrefutable evidence of  Figure 1: "Ghost Anomaly" from Photoshop editing or by related software.
12. RECONSTRUCT COMPANY, N.A. / Figure 2: Inverted Image with "Ghost Anomaly".
**13. LEGAL DESCRIPTION**
14. **NOTICE OF TRUSTEE'S SALE**  / PRESENTED AS ORIGINAL
15. NOTICE OF TRUSTEE'S SALE
Irrefutable direct evidence of; Figure 3: "Ghost Anomaly" from Photoshop or a related software.
16. NOTICE OF TRUSTEE'S SALE
Evidence of : Figure 4: Ghost Anomaly"
17. **DECLARATION OF EXEMPTION /** PRESENTED AS ORIGINAL
18. DECLARATION OF EXEMPTION / COMPRESSION
Evidence of: Figure 5: "Ghost Anomaly"
19. DECLARATION OF EXEMPTION / INVERTED IMAGE
Evidence of: Figure 6: "Ghost Anomaly"
20. DECLARATION OF EXEMPTION / Clone  Duplication. Evidence of manipulation by Photoshop or a related software.

AFFIDAVIT OF
GARY MICHAELS
1 of 2

I, Gary Michaels, FDE, DABFE, 114768, Certified Forensic Document Examiner and Digital Image
Extraction Analyst and declarant being of sound mind do make statements that are factual to the best of my
knowledge. I was retained by and in regard to, CHRISTIE L. REED and the Property vested in the C.L.R.
TRUST. I was retained to examine the following questioned documents:

CALIFORNIA DECLARATION
SUBSTITUTION OF TRUSTEE
TRUSTEE'S DEED UPON SALE
RECONSTRUCT COMPANY, N.A.
LEGAL DESCRIPTION
NOTICE OF TRUSTEE'S SALE
DECLARATION OF EXEMPTION

The above questioned documents were examined in a neutral non-bias protocol conclusion as to the
authenticity or if the following questioned documents submitted are claimed genuine or are fraudulent..

The forensic examination and digital image extraction analysis was performed in a non-destructive protocol
in accordance to the ASTM, American Society of Testing Materials standards and guidelines E2290-07
formerly under the jurisdiction of #30.02 on all questioned documents and the Daubert Ruling meeting all
federal rules of discovered evidence 702 and in accordance with the ABFE, American Board of Forensic
Examiners and neutral conclusions made herein..

The questioned document, RECONTRUST COMPANY, N.A. Deed of Trust and all documents submitted
for examination show irrefutable proof that the documents are not genuine or original with  "wet Ink"
signatures but rather are fraudulent. The claimed questioned documents of having original wet ink signatures
on the documents are not original a wet ink original signature because of no wetting of the paper fiber. There
is irrefutable evidence of signature compressions on all signatures. Furthermore there is no proof of any
Standing because there are no submitted existing original documents. Any photocopy of such documents are
counterfeit, and Extrensic / Intrinsic Fraud upon the court by Photoshop or a related software.

AFFIDAVIT (2 of 2)

**ANOMALIES FOUND.**
The irrefutable evidence of five (5) ghost anomalies found, and extreme compressions of the signatures thru out.  There is evidence of the use and application of Photoshop or a related software to cut & paste by importation of fraudulent photocopying, and grabbing by digital cut and paste from a previous unknown source or from an non-disclosed image bank so as to do clone duplications, including all template contents at will.

The questioned documents are not genuine or original and are herby found to be a forgery and are fraudulent.

Signed:  Further Sayeth Naught

_Gary Michaels_                  Date: March 7, 2017

GARY MICHAELS
Gary Michaels, FDE, DABFE, 114768, Forensic Document Examiner.

This Affidavit was acknowledged to me by Gary Michaels. I hereby place my signature and Official Notary SEAL

_Kim Heig_

Karina Mae Haigh
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164006723
MY COMMISSION EXPIRES 02/22/20

**5**


**Bank of America**
Home Loans

Notice Date:    February 17, 2011

Brandon Davis & Sommer Bell
1818 N Vineyard Ave Apt F
Ontario, CA 91764

| 11-0015215 |
| --- |

**Property Address:**
1818 N Vineyard Ave  F
Ontario, CA  91764

## CALIFORNIA DECLARATION

I, LAQUINTE PROBY Mortgage Servicing Specialist II of BAC Home Loans Servicing, LP, declare under penalty of perjury, under the laws of the State of California, that the following is true and correct:

Bank of America

☐ has contacted the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure,

☒ tried with due diligence to contact the borrower in accordance with California Civil Code Section 2923.5, or

☐ verified that the borrower has surrendered the property.

☐ has evidence and reasonably believes that the borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and to avoid their contractual obligations to beneficiaries.

☐ has confirmed that the borrower(s) filed for bankruptcy and the proceedings have not been finalized to wit, there is no order on the court's docket closing or dismissing the bankruptcy case.

☐ The provisions of California Civil Code §2923.5 do not apply because State Reason.

2/17/2011     ADDISN, TX
Date and Place

La Quinte Proby
Name of Signor

CA-DECLARATIONS  8638/6508 8/27/2008

6

Bank of America
Home Loans

Notice Date:   February 17, 2011

11-0015215

Brandon Davis & Sommer Bell
1818 N Vineyard Ave Apt F
Ontario, CA 91764

Property Address:
1818 N Vineyard Ave  F
Ontario, CA 91764

## CALIFORNIA DECLARATION

I, LAQUINTE ___, Mortgage Servicing Specialist II of BAC Home Loans
Servicing, LP, declare under penalty of perjury, under the laws of the State of California,
that the following is true and correct:

Bank of America

☐ has contacted the borrower to assess the borrower's financial situation and explore
options for the borrower to avoid foreclosure,

☒ tried with due diligence to contact the borrower in accordance with California Civil
Code Section 2923.5, or

☐ verified that the borrower has surrendered the property.

☐ has evidence and reasonably believes that the borrower has contracted with an
organization, person, or entity whose primary business is advising people who have
decided to leave their homes on how to extend the foreclosure process and to avoid
their contractual obligations to beneficiaries.

☐ has confirmed that the borrower(s) filed for bankruptcy and the proceedings have not
been finalized to wit, there is no order on the court's docket closing or dismissing the
bankruptcy case.

☒ The provisions of California Civil Code §2923.5 do not apply because State Reason.

2/17/2011    ADDISON, TX
Date and Place

La. Quinte  Proby
Name of Signer

CA-DECLARATIONS _____ _____

**7**

LANDSAFE TITLE

RECORDING REQUESTED BY:
RECONTRUST COMPANY

AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

ATTN: Kim Hallen
TS No. 11-0015215

*11-0011095*



Recorded in Official Records, County of San Bernardino    3/10/2011
8:00 AM
**DENNIS DRAEGER**    BGJ
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#: **2011–0097848**

| Titles: | 1 | Pages: | 1 |
|---|---|---|---|
| Fees | | | 18.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $19.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

WHEREAS, BRANDON DAVIS AND SOMMER BELL was the original Trustor, PRLAP, INC. was the original Trustee, and BANK OF AMERICA, N.A. was the original Beneficiary under that certain Deed of Trust dated 11/10/2006 recorded on 11/13/2006 as Instrument No. 2006-0771867 in Book  Page  of Official Records of  San Bernardino County, California;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW THEREFORE, the undersigned hereby substitutes  RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS: 1800 Tapo Canyon Rd., CA6-914-01-94 SIMI VALLEY,  CA  93063, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.



DATED:February 24, 2011

State of:     CALIFORNIA      )
County of:    VENTURA        )

BANK OF AMERICA, N.A.

BY: _____    FEB 2 8 2011
T. Sevillano, Assistant Secretary

On FEB 2 8 2011 before me, _____ E L HOWARD _____, notary public, personally appeared T. Sevillano, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)
E.L. HOWARD

E. L. HOWARD
COMM. #1901815
Notary Public-California
VENTURA COUNTY
My Comm. Exp. AUG 28, 2014

*Form sub (01/09)*

8



)

BY: _____

)

T. Sovtlaue, Assistant Secretary





9

Landsafe Default Inc.

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above



Recorded in Official Records, County of San Bernardino   8/30/2011 8:00 AM MP

**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#:  2011-0266667

| Titles: | 1 | Pages: | 3 |
|---|---|---|---|
| Fees | | | 21.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $21.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 11-0015215
Title Order No. 11-0011095

### TRUSTEE'S DEED UPON SALE

APN# 0209-422-71-0-000          TRANSFER TAX:$_____0_____

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 354,459.97
The amount paid by the Grantee was $ 108,000.00
The property is in the city of ONTARIO, County of SAN BERNARDINO

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

    BANK OF AMERICA, N.A.

herein called Grantee, the following described real property situated in SAN BERNARDINO County, California:

#### See Exhibit "A" attached

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by BRANDON DAVIS AND SOMMER BELL, as Trustor, recorded on 11/13/2006, Instrument Number 2006-0771867 ( or Book , Page ) Official Records in the Office of the County Recorder of SAN BERNARDINO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Mail Tax Statements to
Return Address Above

*Form trsteedeed (01/09)*

**10**

TS No. 11-0015215

Title Order No. 11-0011095

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/21/2011. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 108,000.00.

DATE:    ~~June 21, 2011~~ JF
         JUN 2 3 2011                      RECONTRUST COMPANY, N.A.

                                   BY: _Judy Freeman_                    JUN 2 3 2011
                                       _____, ~~Authorized Signer~~ JF
                                                Judy Freeman        Assistant Secretary

State of California          }

County of Ventura            }

On _JUN 2 3 2011_ before me, _____NINOUSH SAMIMI_____, notary public, personally appeared
_____Judy Freeman_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)
              NINOUSH SAMIMI

NINOUSH SAMIMI
Commission # 1884483
Notary Public - California
Los Angeles County
My Comm. Expires Mar 28, 2014

*Form trsteedeed (01/09)*

11

TS No. 11-0015215
Title Order No. 11-0011095

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real
property at public auction on 06/21/2011. Grantee, being highest bidder at said sale became the purchaser of said property
for the amount bid, which amount was $ 168,000.00.

DATE: June 21, 2011                    RECONTRUST COMPANY, N.A.
JUN 2 2 2011

BY: _____        JUN 2 2 2011
                                    Authorized Signer, LF
        Judy Freeman                Assistant Secretary

State of California          }
County of Ventura            }

On  JUN 2 2 2011   before me, _____, notary public, personally appeared
_____ Judy Freeman _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)



Figure 1

Form Standard (01/09)

12

TS No. 11-0015215

Title Order No. 11-0011095

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/21/2011. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 108,000.00.

DATE:    ~~June 21, 2011~~
         JUN 2 3 2011

RECONTRUST COMPANY, N.A.

BY: _J. Freeman_                        JUN 2 3 2011
    Authorized Signer              JF
    Judy Freeman        Assistant Secretary

State of California        }

County of Ventura          }

On JUN 2 3 2011 _____ before me, _____ NINOUSH SAMIMI _____, notary public, personally appeared _____ Judy Freeman _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)
          NINOUSH SAMIMI

NINOUSH SAMIMI
Commission # 1884483
Notary Public - California
Los Angeles County
My Comm. Expires Mar 28, 2014

Form trusteedeed (01/09)

**13**

Generated by PDFKit.NET Evaluation

CLTA Guarantee Form No. 22 (Revised 09-12-08)

EXHIBIT A

REF. NO. 2011-15215                    LEGAL DESCRIPTION

PARCEL NO. 1:

AN UNDIVIDED 1/16TH INTEREST IN AND TO LOT 4 OF TRACT NO. 12219, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 163, PAGES 14 AND 15, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM UNITS 108 THROUGH 125 AS SHOWN UPON THE CONDOMINIUM PLAN ("PLAN") RECORDED AUGUST 17, 1982 AS INSTRUMENT NO. 82-161361, OFFICIAL RECORDS.

PARCEL NO. 2:

UNIT 113 CONSISTING OF ELEMENTS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL NO. 1 ABOVE.

PARCEL NO. 3:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS AND FOR OTHER PURPOSES, ALL SHOWN IN THE PLAN, AND AS DESCRIBED IN THE DECLARATION.

PARCEL NO. 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL NOS. 1 AND 2 DESCRIBED ABOVE, FOR USE FOR REAR YARD PURPOSES, DEFINED AND RESTRICTED COMMON AREAS IN THE DECLARATION AND SHOWN AND ASSIGNED IN THE PLAN.

7

Click here to unlock PDFKit.NET

**14**

RECORDING REQUESTED BY:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 11-0015215
Title Order No. 11-0011095



Recorded in Official Records, County of San Bernardino    5/31/2011
8:00 AM
SG

**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#: **2011 – 0218621**    Titles: 1    Pages: 2

| | |
|---|---|
| Fees | 21.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $21.00 |

APN No  0209-422-71-0-000

<div align="center">

## NOTICE OF TRUSTEE'S SALE

</div>

## YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 11/10/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by BRANDON DAVIS AND SOMMER BELL, dated 11/10/2006 and recorded 11/15/2006, as Instrument No. 2006-0771867, in Book , Page  of Official Records in the office of the County Recorder of SAN BERNARDINO County, State of California, will sell on 06/21/2011 at 12:00 PM, At the North Arrowhead Avenue entrance to the County Courthouse, 351 North Arrowhead Avenue, San Bernardino, CA 92401

at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust.  The street address and other common designation, if any, of the real property described above is purported to be: 1818 NORTH VINEYARD AVENUE #F, ONTARIO, CA  91764.  The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $351,633.47.  It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

 in addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Trustee's Sale duly recorded with the appropriate County Recorder's office.

RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA  93063
Phone/Sale Information: (800) 281-8219

MAY 2 6 2011

By:
Joselyn Casillas, Authorized Signer
RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt.  Any information obtained will be used for that purpose.

SEE ATTACHED DECLARATION

Form nos (07-10)

15

RECORDING REQUESTED BY:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 11-0031215
Title Order No. 11-0011025



APN No. 0209-422-71-0-000

## NOTICE OF TRUSTEE'S SALE

## YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 11/10/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by BRANDON DAVIS AND SOMMER BELL, dated 11/10/2006 and recorded 11/13/2006, as Instrument No. 2006-0771907, in Book , Page of Official Records in the office of the County Recorder of SAN BERNARDINO County, State of California, will sell on 06/17/2011 at 12:00 PM, At the North Arrowhead Avenue entrance to the County Courthouse, 351 North Arrowhead Avenue, San Bernardino, CA 92401

at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust. The street address and other common designation, if any, of the real property described above is purported to be: 1416 NORTH VINEYARD AVENUE #F, ONTARIO, CA 91764. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $271,625.47. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

In addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Trustee's Sale duly recorded with the appropriate County Recorder's office.
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
Phone/Sale Information: (800) 281-8219

MAY 2 6 2011

By:
Joselyn Cashion, Authorized Signor
RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

SEE ATTACHED DECLARATION

Form nod (07/10)

Figure 3

16

RECORDING REQUESTED BY:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 11-0015215
Title Order No. 11-0011095

Recorded in Official Records, County of San Bernardino    5/31/2011
                                                            8:00 AM
**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

771 Document Processing Solutions

Doc#: 2011 – 0218621    Titles: 1   Pages: 2

APN No: 0209-422-71-0-000

## NOTICE OF TRUSTEE'S SALE

### YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 11/10/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Notice is hereby given that RECONTRUST COMPANY, N.A., as duly appointed trustee pursuant to the Deed of Trust executed by BRANDON DAVIS AND SOMMER BELL, dated 11/10/2006 and recorded 11/15/2006, as Instrument No. 2006-0771867, in Book , Page of Official Records in the office of the County Recorder of SAN BERNARDINO County, State of California, will sell on 06/21/2011 at 12:00 PM, At the North Arrowhead Avenue entrance to the County Courthouse, 351 North Arrowhead Avenue, San Bernardino, CA 92101

at public auction, to the highest bidder for cash or check as described below, payable in full at time of sale, all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and as more fully described in the above referenced Deed of Trust. The street address and other common designation, if any, of the real property described above is purported to be: 1818 NORTH VINEYARD AVENUE #J, ONTARIO, CA 91764. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The total amount of the unpaid balance with interest thereon of the obligation secured by the property to be sold plus reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $351,663.47. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

In addition to cash, the Trustee will accept cashier's checks drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state.

Said sale will be made, in an "AS IS" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided, and the unpaid principal of the Note secured by said Deed of Trust with interest thereon as provided in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

If required by the provisions of Section 2923.5 of the California Civil Code, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Trustee's Sale duly recorded with the appropriate County Recorders office.

RECONTRUST COMPANY, N.A
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
Phone/Sale Information: (800) 281-8219

MAY 2 6 2011

By: _____
Jocelyn Casillas, Authorized Signer

RECONTRUST COMPANY, N.A. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

SEE ATTACHED DECLARATION

Form 4.6 (07/10)

**17**



Bank of America
Home Loans

To: ReconTrust Company, N.A.
1800 Tapo Canyon Rd.
Simi Valley, CA 93063

## DECLARATION OF EXEMPTION

## PURSUANT TO CAL. CIV. CODE 2923.54

I, Rhonda L Weston, Vice President of BAC Home Loans Servicing. LP ("Lender/Servicer") declare on behalf of Lender/Servicer under penalty of perjury, and under the laws of the State of California, that Lender/Servicer's business records maintained in the ordinary course of business reflect the following is true and correct:

BAC Home Loans Servicing, LP has obtained from the Commissioner of Corporations a final order of exemption pursuant to Cal. Civ. Code Section 2923.53 that is current and valid on the date the accompanying Notice of Sale is filed.

AND

The timeframe for giving Notice of Sale specified in subdivision (a) of Cal. Civ. Code Section 2923.52 **does not** apply pursuant to Section 2923.52(b).

_Rhonda Weston_
(Signature)  Rhonda L Weston, Vice President

_12/15/10_
Date

18

Bank of America
Home Loans

To: ReconTrust Company, N.A.
1800 Tapo Canyon Rd.
Simi Valley, CA 93063

## DECLARATION OF EXEMPTION

## PURSUANT TO CAL. CIV. CODE 2923.54

I, Rhonda L Weston, Vice President of BAC Home Loans Servicing, LP ("Lender/Servicer") declare on behalf of Lender/Servicer under penalty of perjury, and under the laws of the State of California, that Lender/Servicer's business records maintained in the ordinary course of business reflect the following is true and correct:

BAC Home Loans Servicing, LP has obtained from the Commissioner of Corporations a final order of exemption pursuant to Cal. Civ. Code Section 2923.53 that is current and valid on the date this accompanying Notice of Sale is filed.

AND

The timeframe for giving Notice of Sale specified in subdivision (a) of Cal. Civ. Code Section 2923.52 does not apply pursuant to Section 2923.52(b).

_Rhonda Weston_
(Signature)  Rhonda L Weston, Vice President

_12/15/10_
Date

Figure 5

**19**

Bank of America 🏦
Home Loans

To: ReconTrust Company, N.A.
1800 Tapo Canyon Rd.
Simi Valley, CA 93063

## DECLARATION OF EXEMPTION

## PURSUANT TO CAL. CIV. CODE 2923.54

I, Rhonda L Weston, Vice President of BAC Home Loans Servicing, LP ("Lender/Servicer") declare on behalf of Lender/Servicer under penalty of perjury, and under the laws of the State of California, that Lender/Servicer's business records maintained in the ordinary course of business reflect the following is true and correct.

BAC Home Loans Servicing, LP has obtained from the Commissioner of Corporations a final order of exemption pursuant to Cal. Civ. Code Section 2923.53 that is current and valid on the date the accompanying Notice of Sale is filed

AND

The timeframe for giving Notice of Sale specified in subdivision (a) of Cal. Civ. Code Section 2923.52 **does not** apply pursuant to Section 2923.52(b).

*Rhonda Weston*
_____
(Signature)  Rhonda L Weston, Vice President

*12/15/10*
_____
Date



Bank of America
Home Loans

To: ReconTrust Company, N.A.
1800 Tapo Canyon Rd
Simi Valley, CA 93063

## DECLARATION OF EXEMPTION

## PURSUANT TO CAL. CIV. CODE 2923.54

. Rhonda _ Weston, Vice President of BAC Home Loans Servicing, _P ("Lender/Servicer") declare on behalf of Lender/Servicer under penalty of perjury, and under the laws of the State of California, that Lender/Servicer's business records maintained in the ordinary course of business reflect the following is true and correct:

BAC Home Loans Servicing, LP has obtained from the Commissioner of Corporations a final order of exemption pursuant to Cal. Civ. Code Section 2923.53 that is current and valid on the date the accompanying Notice of Sale is filed.

AND

The timeframe for giving Notice of Sale specified in subdivision (a) of Cal. Civ. Code Section 2923.52 does not apply pursuant to Section 2923.52(b).

_Rhonda L Weston_

(Signature)  Rhonda L Weston, Vice President

12/15/10

Date

# EXHIBIT B

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

**Christie L. Reed**
9570 Joshua Street
Apple Valley, Ca 92308
(626) 646-4993

Defendant and Cross-Complainant in Pro Per

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

OCT 2 0 2014

BY _____
VERONICA GONZALEZ, DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

| | |
|---|---|
| **BANK OF AMERICA, N.A.** | Case No.: CIVRS1206485 |
| Plaintiff, | DEFENDANT AND CROSS-COMPLAINANT CHRISTIE L. REED'S |
| vs. | AFFIDAVIT AND SWORN TESTIMONY IN SUPPORT OF BONAFIDE PURCHASER STATUS |
| **CHRISTIE L. REED, CLR FAMILY** | |
| **TRUST also known as C.L.R. FAMILY** | (Compulsory Judicial Notice) |
| **TRUST, MANUEL D. CORTEZ, also** | |
| **knonw as MANUEL D. CORTEZ AYALA,** | JURY TRIAL DEMANDED TRIAL DATE; none set |
| **DAVID ALAN BOUCHER, AND DOES 1** | HON. Keith Davis |
| **THROUGH 50 INCLUSIVE.** | ROOM: 25S |
| Defendant(S) | |
| And related Cross Actions | |

## <u>AFFIDAVIT OF CHRISTIE L. REED</u>

I, Christie L. Reed, do depose under the penalty of perjury the following:

1.     I am the Defendant and Cross Complainant in this matter. I have first hand
       knowledge of the following facts set forth in this Affidavit and, if called as a
       witness, could and would testify competently to such facts under oath.

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 1

2.    I purchased the property known as 1818 Vineyard Avenue #F, Ontario, CA 91764 on January 12, 2012 as an investor and at the time had no knowledge of the method defendant DAVID ALAN BOUCHER used to obtain the properties.

3.    I had not met DAVID ALAN BOUCHER at the time of purchase.

4.    I met an associate of BOUCHER at the San Bernardino County Recorder's Office while conducting other business.

5.    I was presented with a list of properties for sale by an agent of BOUCHER. I was told that these properties belonged to their numerous clients and were available to investors.

6.    I purchased the property at 1818 Vineyard Avenue #F, Ontario for the sum of $40,000 after checking the title at both the San Bernardino County Recorder and Stewart Title.

7.    I paid $10,000 in the form of a check dated January 12, 2012 that was given to an agent of BOUCHER. I was told to write the check to DAVID ALAN BOUCHER (see exhibit 1-copy of check from the bank)

8.    I paid $20,000 cash that was withdrawn from my Comerica account on January 12, 2012 (see exhibit 2-bank statement showing the withdrawal.)

9.    The balance of $10,000 was used from my savings and retrieved from my personal safe.

10.    I was given the grant deed 2012-0015981, which had been signed by Manuel Cortez, after the $40,000 was paid in full (see exhibit 3-receipt for purchase of 1818 Vineyard Ave. #F, Ontario, CA 91764.

11.    An Uninsured Deed Affidavit Declaration of Conveyance was prepared at the office and signed by their client Manuel Cortez not in my presence (see exhibit 4).

12.    The Property Tax Bill (see exhibit 5) indicates that CLR Family Trust is the owner of record as of Jan 01, 2014.

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 2

13.    At no time was I an associate, employee, agent or assistant of BOUCHER.

14.    At no time did I help, facilitate or condone his behavior.

I declare under penalty of perjury that on this 20th day of October 2014, at Apple Valley,

California, that the statements in the above affidavit are true,

Christie L. Reed

*See attached Jurat.*

## STATE OF CALIFORNIA
### County of San Bernardino

I, DENNIS DRAEGER, County Clerk in and for the County of San Bernardino, State of the State of California, hereby certify:

That, Diana L. Morales whose name appears on the attached affidavit, proof or acknowledgment, was on October 20, 2014, an active Notary Public in and for the County of San Bernardino, State of California.

That the seal affixed thereto is the seal of said notary; that the signature thereon appears to be the signature of Diana L. Morales.

In Witness Whereof, I execute this certificate and affix the seal of said County Clerk this 20th day of October, 2014.

Dennis Draeger, Assessor-Recorder-Clerk

BY: Angelica Caro
Deputy County Clerk



46

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

State of California

County of _San Bernardino_

Diana L. Morales
COMM. #1997461
NOTARY PUBLIC · CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires Nov. 8, 2016

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on this

_____ day of _October_ , 20__ , by
Date                Month                Year

(1) _Christie Ann Reed_ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

──────────────── **OPTIONAL** ────────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit of Christie Reed Superior Court San Bernardino_

Document Date: _____  Number of Pages: _15_

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827



March 05, 2013

PHOTOCOPY RETRIEVAL - MC 7550

CHRISTIE LYN REED

APPLE VALLEY, CA 92308-

REQUEST NUMBER:
CASE NUMBER:
ACCOUNT NUMBER:

Your completed photocopy request is attached.

     X    ITEM(S)
           STATEMENT(S)
           STATEMENT(S) WITH ITEM(S)

If you have any questions in regard to this request, please contact your original Comerica representative or customer service call center. Please be sure to include the case number or request number in all references to this request.

Completed By:   IRP

Quality Check:   _____

Page 1 of 2

48



Date:       2012/01/13
CID:        0380-05MAR13
DIN:        972342686
Acct#:      ████████
Ck#:        270
Amt:        $ 10,000.00

49

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "2"**

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 5

STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
January 10, 2012 to February 7, 2012

# Comerica Access Checking

## ATM/Debit Card transactions this statement period  (continued)

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| Jan 30 | -53.82 | Pur Sou The Ho 1401 E 19th Str Upland        CA | 0P61235201 |
| Jan 30 | -134.36 | Pur Lowe's #77 11399 Foothill  Rch Cucamonga CA | 0P60977873 |
| Jan 31 | -13.53 | Pur Lowe's #77 11399 Foothill  Rch Cucamonga CA | 0P67938828 |
| Jan 31 | -44.74 | Pur Lowe's #77 11399 Foothill  Rch Cucamonga CA | 0P64805642 |
| Feb 01 | -202.20 | Pur Lowe's #77 11399 Foothill  Rch Cucamonga CA | 0P61971574 |
| Feb 01 | -60.82 | Pur Lowe's #77 11399 Foothill  Rch Cucamonga CA | 0P62563581 |
| Feb 02 | -3.00 | VISA Xpress Car Wash, Llc Hesperia CA | 0F42089801 |
| Feb 02 | -37.85 | Pur Arco Paypo 12280 Highland  Rancho Cucamo CA | 0P60126200 |
| Feb 06 | -29.01 | Pur Arco Paypo 16337 Main St  Hesperia      CA | 0P60888500 |
| Feb 06 | -51.57 | Pur Autozone 5 20878 Bear Vall Apple Valley  CA | 0P61886798 |

Total ATM/Debit Card Withdrawals: -$1,859.67
Total number of ATM/Debit Card Withdrawals: 17

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|---|------------------------|
| Jan 30 | -60,000.00 | Web Funds Transfer To Account | 9412649296 | 0W57066305 |

Total Electronic Withdrawals: -$60,000.00
Total number of Electronic Withdrawals: 1

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| Jan 12 | -20,000.00 | Withdrawal | 0400002633 |

Total Other Withdrawals: -$20,000.00
Total number of Other Withdrawals: 1

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| Jan 10 | -16.00 | Overdraft Protection Transfer Fee | I-GEN12371 |
| Feb 07 | -10.00 | Maintenance Fee | I-GEN15405 |

Total Fees and Service Charges: -$26.00
Total number of Fees and Service Charges: 2

## S Lowest daily balance

Your lowest daily balance this statement period was $0.00
on January 10, 2012.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "3"**

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 6

**RECEIPT**                No.

DATE  1 - 12 - 12

FROM  Christie L. REED                    $40,000.00

Forty Thousand and 00/100                    DOLLARS

FOR RENT  188 Vineyard Ave #F Oxnard, CA
FOR

| ACCT. | | ☒ CASH  30,00 | |
|-------|--|------|--|
| PAID  43,00 EXS | | ☒ CHECK 10,500 | FROM ___ TO ___ |
| DUE | | ○ MONEY ORDER | BY  Robo Diaz  A-2001 |
| | | ○ CREDIT CARD | T-48820 |

53

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "4"**

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 7

# UNINSURED DEED AFFIDAVIT
## DECLARATION OF CONVEYANCE

THIS DECLARTION IS IN CONNECTION WITH THE DEED RECORDED *on 1/13/2012* AS
INSTRUMENT NO. *2012-0015981* EXECUTED BY THE UNDERSIGNED. A COPY OF WHICH IS
ATTACHED FOR REFERENCE.

THE UNDERSIGNED DECLARES AS FOLLOWS:

1. THAT THE UNDERSIGNED DID EXECUTE AND DELIVER THE SUBJECT DEEED TO THE GRANTEE OR
AUTHORIZED REPRESENTATIVE.

2. THAT THE UNDERSIGNED, IN THE EXECUTION AND DELIVERY OF THE SUBJECT DEED. ACTED
VOLUNTARILY AND DID NOT ACT UNDER COERCION OR DURESS.

3. THAT THE UNDERSIGNED NO LONGER HAS ANY INTEREST IN THE PROPERTY DESCRIBED IN THE
SUBJECT DEED.

4. THAT THE OBLIGATION OF *Christie L. Reed* , THE GRANTEE,
TO THE UNDERSIGNED IN CONNECTION WITH THE TRANSFER OF THE PROPERTY DESCRIBED IN THE
SUBJECT DEED HAVE BEEN FULLY PAID AND/OR SATISFIED.

THIS DECLARATION IS MADE FOR THE PROTECTION OF THE PARTIES INVOLVED IN THE TRANSFER OF
TITLE AND THEIR SUCCESSORS.

THIS DECLARATION IS ALSO FOR THE PROTECTION OF                    WHO MUST RELY ON THIS
DOCUMENT AS A LEGAL AND PROPER TRANSFER IN CONNECTION WITH THE ISSUANCE OF POLICIES
OF TITLE INSURANCE.

THE UNDERSIGNED WILL TESTIFY AS TO THE TRUTH OF FACTS SET FORTH HEREINABOVE IN THE
EVENT AN ACTION IS INSTITUTED DISPUTING THESE FACTS.

SWORN AND SUBSCRIBED UNDER PENALTY OF PERJURY THIS    DAY OF *January. 14, 2012*

STATE OF CALIFORNIA
COUNTY OF *San Bernardino* } S.S

On *January 14, 2012* before me,
*Luz Marina Pelaez, Notary Public*
A Notary Public in and for said County and State, personally appeared
*Manuel D Cortez Ayala*

Personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

LUZ MARINA PELAEZ
Commission # 1923821
Notary Public - California
Los Angeles County
My Comm. Expires Jan 30, 2015

(This area for official notarial seal)

55

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "5"**

CHRISTIE L. REED'S AFFIDAVIT IN SUPPORT OF STATUS AS BONAFIDE PURCHASER 8

County of San Bernardino

Larry Walker | Auditor-Controller/Treasurer/Tax Collector

## 2014 ANNUAL SECURED PROPERTY TAX BILL
### FISCAL YEAR JULY 01, 2014 TO JUNE 30, 2015

Mailed to
C L R FAMILY TRUST
C/O CHRISTIE L REED
9570 JOSHUA ST
APPLE VALLEY CA 92308

172 West Third Street, San Bernardino, CA 92415, (909) 387-8308

### PROPERTY ASSESSMENT                    CNTL-0155169

| ⑫ Description | ASSESSED VALUES |
|---|---|
| Land | 40985 |
| Improvement Fixtures | 66601 |
| Improvement Penalty | |
| Personal Property | |
| Personal Property Penalty | |
| Homeowners Exemption | |
| Other Exemptions | |
| Net Value | 107586 |

| ① | ② | ③ | ④ |
|---|---|---|---|
| 0209-422-71-0-000 | 140117897 | 0004041 | 1.043800 |

⑤ Owner(s) of Record
AS OF JAN 01, 2014
C L R FAMILY TRUST

| ⑨ | |
|---|---|
| 11-01-2014 | $569.09 |
| ⑩ | |
| 02-01-2015 | $569.07 |
| ⑪ Total Taxes Due | $1,138.16 |

⑥ Property Address
1818 VINEYARD AVE ONT

Make checks payable to SBC Tax Collector

### TAX DISTRIBUTION

| | | |
|---|---|---|
| GENERAL TAX LEVY | | 1075.86 |
| N/A | | .00 |
| N/A | | .00 |
| CHAFFEY COLLEGE BOND | 909-652-6161 | 11.72 |
| CHAFFEY HIGH BOND | 909-988-8511 | 31.63 |
| SCHOOL BONDS | | .00 |
| SCHOOL STATE REPAYMENT | | .00 |
| *MOSQUITO/VECTOR ASMT #2 | 800-273-5167 | 7.50 |
| CHINO BASIN WTR DEBT SERV | | .00 |
| DEBT SERVICE | | .00 |
| DEBT SERVICE | | .00 |
| METRO WATER MID-VLY DEBT | 800-755-6884 | 3.76 |
| *METRO WATER-WATER STBY | 866-807-6884 | 7.59 |

⑦ Legal Description
TRACT 12219 LOT 4 BLOCK 113 TRACT 12219 LOT 4 UNIT 113 AND INT IN COM AREA

⑧ Important Messages

Para información de su factura de impuestos de propiedad en español,
por favor visite www.coleciondeimpuestos.com o llame al (909) 387-8308.

---

☐ Check here for a change of mailing address or phone number.
Please provide all corrections on the reverse side.

ANNUAL TAX BILL
FISCAL YEAR JULY 01, 2014 TO JUNE 30, 2015

| ① | ② |
|---|---|
| 0209-422-71-0-000 | 140117897 |

⑮

| AFTER 04-10-2015 | $635.98 |
|---|---|

2ND INSTALLMENT PLUS 10% PENALTY, PLUS $10.00 COST.

You can pay online via e-check or credit card at:

## 2014
2nd
150630



⑭ PAY THIS AMOUNT BY

04-10-2015                    $569.07

Payments postmarked by USPS on or before
04-10-2015 are considered timely.

**SBC Tax Collector**
172 W. Third Street, First Floor
San Bernardino, CA 92415-0360

102 1 140117897 3 2 150410 00000056907 9 00000063598 7

57

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL



## LEFT RECEIPT

More saving.
More doing.℠

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00014  24407   02/21/12  09:18 AM
CASHIER JACKIE - JDR401

678885051310 INT PAINT <A>
  PP INT SEMI-GLS SWSS COFF 3012 1 GL
  2026.44                          52.88
000516221654 20 FAST SET <A>       7.63
  20 MIN FAST SET LITE
021200711084 2 IN. MSK TP <A>      3.98
  SCOTCH 2 MASKING TAPE
077089153606 6PCWKCCOVER <A>       8.97
  GOOD 9 X 3/8 IN KNIT POLY ROLLER 6PK
051144994380 SND SCRN 120 <A>     11.48
  10PK DRYWALL SANDING SCREEN 120 GRIT

              SUBTOTAL           84.94
              SALES TAX           6.58
              TOTAL             $91.52
XXXXXXXXXXXX4025 DEBIT           91.52
AUTH CODE 362135



0687 14 24407 02/21/2012 5622

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1      90         05/21/12

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
49790 49117

Password:
12121 49103

Entries must be entered by 03/22/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

## RIGHT RECEIPT

40.90
18.95          72.16
               27.09
               99.25
               13925

More saving.
More doing.℠

250 South Mountain
UPLAND,CA.91   -4119

0687  00014  79880   03/16/12  08:06 AM
CASHIER JACKIE - JDR401

093552032100 ABS PIPE <A>          7.50
  2 IN X 10 FT ABS-DWV PIPE
602256010419 1/2" RED <A>         12.90
  1/2INX10FT RGD TYPE M RED COPPER
039923206589 ABS P-TRAP <A>        5.74
  2" ABS P-TRAP SOLVENT WELD HXH
039923201263 ABS COUPLING <A>
  2" ABS COUPLING H2H
  40.90                            1.30
739236203083 HANGER STRAP <A>      2.72
  3/4"X10' GALV HANGER STRAP 28 GA
039923207043 ABS EL <A>
  2" ABS EL 90DEG VENT HXH
  202.45                           4.90
039923001818 10PAK CU EL <A>       5.50
  1/2" COP EL 90 DEG CXC 10 PACK
039923037331 COP MALE ADP <A>
  1/2" COP MALE ADPTR CXMPT
  201.44                           2.88
038753383989 WSH MCH BOX <A>      23.47
  WM08 DBL OUTLET 1/4TRN LNG SHNK VLVS

              SUBTOTAL           66.97
              SALES TAX           5.19
              TOTAL             $72.16
XXXXXXXXXXXX4025 DEBIT           72.16
AUTH CODE 660782



0687 14 79880 03/16/2012 6276

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1      90         06/14/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
160736 160063

Password:
12166 160049



More savi..
**More doing.**®

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00029  24868   02/16/12  09:09 AM
CASHIER YADIRA - YDC5RO

662386010358 1/2"BLUE COP <A>        17.66
  1/2INX10FT RDG TYPE L BLUE COPPER
739236220202 PIPE BRACKET <A>         4.78
  1/2"-1" COPPER PIPE SUPPORT BRACKET
038753314112 2YD CLOTH <A>            4.41
  1-1 2"2YD ABRASIVE CLOTH 120 GRIT
                 BRUSH <A>             1.86
                    SH  H.D.
        2 061                <A>        5.50
                         PACK
                                       2.9c
       Gx
            ANGVLVL              9.87
  AKG VLV LL 1/2 FIP '2 COMP       16
    1213582 STRTVLVL   A>           8.98
  1/  STR1 VLV LL 1/2CX3/8C 26
039923037381 COP MALE A  <A>
  1/2" COP MALE ADPTR CXMPT
4 1.4                                 5.76
038753307121 ACIDBRUSHES2 <A>         0.25
  UX BRUSH   H
09 23309525 1/2 COP CPLG <A>
  1/2" COP COUPLING NO STOP CXC
290.81                                1.62
038753530628 1/4LB SOLDER <A>        13.49
  1/4LB LEAD FREE SILVER SOLDER

                 SUBTOTAL             77.14
                 SALES TAX             5.98
                 TOTAL               $83.12
XXXXXXXXXXXX4025 DEBIT               83.12
AUTH CODE 8C0?75



0687 29 24868 02/16/2012 1482

RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90          05/16/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
AD DE GANAR.

---



**More saving.**
**More doing.**℠®

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00015  78004   01/23/12  09:09 AM
CASHIER JESSICA - JRL5138

077089302059 TRM ROLLER <A>           2.87
  ECON 3 X 3/8 IN TRIM ROLL COV 2PK
041072040002 ALL PURP TXT <A>         8.97
  WALL ALL PURPOSE WATERBASED 100Z
021200711077 TAPE <A>                 2.87
  SCOTCH 1.5" MASKING T
202.97                                5.94
077089411126 TRAY LINER <A>
  9 IN PLASTIC TRAY LINER - WHITE
300.97                                2.91
678885051303 INT PAINT <A>          119.00
  PP INT SEMI GLOSS UPW 3050  5 GL

                 SUBTOTAL            139.69
                 SALES TAX            10.83
                 TOTAL              $150.52
                 CASH               200.00
                 CHANGE DUE          49.48



0687 15 78004 01/23/2012 5101

RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90          04/22/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
156984 156312

Password:
12073 156297

E ries must be entered by 02/22/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

60



### THE HOME DEPOT
## More saving.
## More doing.®

740 W. 182ND ST
GARDENA, CA 90248    (310)324-7100

0611 00005 96    03/02/12 09:47 AM
CASHIER BERENICE - BXM5040

042049948684 TYLO LOCKSET <A>    35.97
  TYLO ENTRY/DEADBOLT PROJ.PK. PB
028076323250 3" TINY RLR <A>    2.48
  QT 3 X 1/4 IN TINY TOUCH UP REFILL
010306629041 8IN BLADES <A>    7.97
  8IN REPLACEMENT BLADES FOR 62909
028076090121 ROLLER FRAME <A>    2.67
  4 IN MINI ROLLER FRAME - BLU HNDLE

           SUBTOTAL    49.09
           SALES TAX    4.30
           TOTAL    $53.39
           CASH    60.00
           CHANGE DUE    6.61



0611 05 96619 03/02/2012 2704

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1    90    05/31/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
194138 193532

Password:
12152 193527

Entries must be entered by 04/01/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---



### THE HOME DEPOT
## More saving.
## More doing.®

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687 00015 57982    03/05/12 03:15 PM
CASHIER LAURIE - LSR85I

762148098454 14 WATT 4PCK <A>    8.97
  E/O NV 14W (60W) SPIRAL DL 4 PK
080793803910 16OZ NOS <A>    2.28
  16OZ NOS
032000001466 BOTTLE WATER <A>
  24 PACK 1/2 LITER WATER
  3@4.50    13.50N
022367568382 GL EXT SAT <A>
  EXT LTX SATBASE 1-.97 GAL
  3@24.97    74.91

           SUBTOTAL    ^.66
           SALES TAX    6.68
           TOTAL    $106.34
XXXXXXXXXXXXX0804 DEBIT    156.34
AUTH CODE 530936

           CHANGE DUE    50.00



0687 15 57982 03/05/2012 9241

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1    90    06/03/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User
116940    ^68

Passw
12155 1  _53

Entries must be entered by 04/04/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

61



**LOWE'S**
**NEVER STOP**
**IMPROVING**

...........inc.
2800 120TH STREET
HAWTHORNE, CA 9025(    (323) 327-4000

**- SALE -**
SALES#: S1555SC1 1497658    TRANS#: 6359334 04-13-12

310451 MAGNUM 2" LAW STL 1-1/2"    22.98

SUBTOTAL:    22.98
TAX:    2.01
INVOICE 06382 TOTAL:    24.99
DEBIT:    24.99

DEBIT:XXX:XXXXXXXXX8775 AMOUNT:24.99 AUTHCD:016223
SWIPED REFID:359357155506 04/13/12 16:22:37
TRACE:00613178
PURCHASE   CASH BACK   TOTAL DEBIT

STORE MANAGER: JON KENNARD

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*******************************************
*    YOUR OPINIONS COUNT!    *
*   REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!   *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*    *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey   *
*    Y O U R   I D #  06382 1555 104    *
*    *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.   *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*******************************************

Sto... -5..    04/13/12 16:22:39

---

**LOWE'S**
LOWE'S HIW, INC.
11399 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730   (909) 476-9697

**- SALE -**
SALES#: FST LANE3 13   TRANS#: 14952317 02-22-12

44975 QT VALSPAR INT S/G BSE 4    13.47
175775 MIXET MLH-CP S/L HANDLE C    8.13
326618 W4-6X7/8 RIB PLS ANCR 10P    2.19
172899 9OZ FEBREZE AIR FRSHR SPR    5.96
          2 @   2.98
145664 .3 OZ MARKER-CHERRY    5.79
160862 1.25D"X36" METALDECOR CHE    15.90
          2 @   7.95

SUBTOTAL:    51.44
TAX:    3.99
INVOICE 06919 TOTAL:    55.43
DEBIT:    55.43

DEBIT:XXXXXXXXXXXX0804 AMOUNT:55.43 AUTHCD:855725
SWIPED REFID:803909549 02/22/12 15:12:37
TRACE:00855725
PURCHASE   CASH BACK   TOTAL DEBIT
55.43          55.43

STORE: 0774 TERMINAL: 06 02/22/12 15:12:59
# OF ITEMS PURCHASED:    8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ROBERT MORALES

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*******************************************
*    YOUR OPINIONS COUNT!    *
*   REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!   *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*    *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey   *
*    Y O U R   I D #  06919 0774 053    *
*    *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.   *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*******************************************

STORE: 0774 TERMINAL: 06 02/22/12 15:12:39



**More saving.
More doing.**

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00015  17259    01/12/12  08:52 AM
CASHIER DENNIS - DMW8FA

077089143300 3PK RLLR CVR <A>        8.34
   3PK 3/8IN PYLAM ROLLER COVER - HOST
076607032539 SHEET 80G <A>           3.47
   DRYWALL PAPER 80 COR 5
021200711077 TAPE <A>                2.97
   3M 1.5 GENERAL PURPOSE MASKING TAPE

              SUBTOTAL          14.78
              SALES TAX          1.15
              TOTAL           $15.93
              CASH             20.00
              CHANGE DUE        4.07



0687 15 17259 01/12/2012 5266

      RETURN POLICY DEFINITIONS
   POLICY ID    DAYS    POLICY EXPIRES ON
   A      1      90       04/11/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
          DETAILS.

   BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
***********************************

   ENTER FOR A CHANCE
    TO WIN A $5,000
   HOME DEPOT GIFT
        CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

       www.homedepot.com/opinion

COMPARTA SU OPINION EN
       UNA BREVE
ENCUESTA PARA LA OPORT
   UNIDAD DE GANAR.

        User ID:
      35494 34822

        Password:
      12062 34807

Entries must be entered by 02/11/2012.
Entrants must be 18 or older to enter.
See complete rules on website  No
        purchase necessary.

---



**More saving.
More doing.**

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00015  29452    03/16/12  10:33 AM
CASHIER CHEYENNE - CNGO355

039923199041 ABS PLUG <A>            1.50
   2" ABS CLEANOUT PLUG MPT
039923194404 ABS ADPTR <A>           2.17
   2" ABS CLEANOUT ADAPTER SPGXFPI
039923204103 ABS TEE <A>
   2" ABS SANI TEE HXHXH
      202.67                         5.34
081099027833 4X8 ULTRALIT <A>        7.78
   1/2" 4X8' SHEETROCK ULTRALIGHT
018578000049 FLEX CPLG <A>           4.90
   2"X1-1/2" CI/PLS/CU FLEX COUPLING
078575105949 NO HUB CPLG <A>         3.45
   2" NO HUB COUPLING CIXCI

              SUBTOTAL          25.14
              SALES TAX          1.95
              TOTAL           $27.09
XXXXXXXXXXXXX4025 DEBIT         27.09
AUTH CODE 131265



0687 15 29452 03/16/2012 3399

      RETURN POLICY DEFINITIONS
   POLICY ID    DAYS    POLICY EXPIRES ON
   A      1      90       06/14/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
          DETAILS.

   BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
***********************************

   ENTER FOR A CHANCE
    TO WIN A $5,000
   HOME DEPOT GIFT
        CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

       www.homedepot.com/opinion

COMPARTA SU OPINION EN
       UNA BREVE
ENCUESTA PARA LA OPORT
   UNIDAD DE GANAR.

        User ID:
      59880 59208

        Password:
      12166 59193

Entries must be entered by 04/15/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
        purchase necessary.



1401 E 19TH ST
UPLAND, CA 91784 (909)982-2311

1033  00019  84285    02/25/12  10:20 AM
CASHIER RICKY - RH01HJ

008925094999          <A>
DIABLO 8"X10"               EZ8
307.97
008925094982 8)           <A>
DIABLO 8"X19"              EZ8
307.97
0 056 4975 8415 000  <A>
DIABLO 8"X19" BELT EZ8 00G
7.97

SUBTOTAL          47.82
SALES TAX          3.71
TOTAL            $51.53
XXXXXXX 5800804 DEBIT        51.53
AUTH CODE 062240



00019 84285 02/25/2012 7766

RETURN POLICY DEFINITIONS
POLICY EXPIRES ON
05/25/2012



LOWE'S HIW, INC.
11399 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730    (909) 476-9697

- SALE -

SALES#: S0774AV2 1629345    TRANS#: 19969913 01-30-12

14871 GL VALSPAR EXT S/G BSE 4        28.97
83073 GL VALSPAR NONSKID FLR BA       29.98
11932 GL VALSPAR EXT S/G BSE 1        28.97
39771 3-PK HEAVY DUTY SCRUB SPO        3.57
330837 19OZ KABOOM FOAMTASTIC U/       3.98
47358 17.7OZ COMM PLEDGE
206228 24 OZ EASY OFF OVEN CLEAN       5.98
115578 150 OZ TIDE U FBR2 2XLIQ       17.97

SUBTOTAL:      124.70
TAX:        9.66
INVOICE 16910  TOTAL:      134.36
DEBIT:      134.36

DEBIT:XXXXXXXXXXX0804 AMOUNT:134.36 AUTHCD:977873
SWIPED REFID:803909565 01/30/12 16:32:18
TRACE:00977873

PURCHASE    CASH BACK    TOTAL DEBIT
134.36       0.00          134.36

STORE:                      01/30/12 16:32:20

# OF ITEMS PURCHASED:       8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ROBERT MORALES

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY
SEE STORE FOR DETAILS.

AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

ENTER TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
169942 168878
Password:
12125 168859

Entries must be entered by 03/26/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

LOWE'S
LOWE'S HIW, INC.
11399 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730   (909) 476-9697

- SALE -
SALES#: FSTLANE4 13   TRANS#: 58377923 01-23-12

126393 GL VALSPAR INT SATIN BSE        55.94
2 @    27.97

SUBTOTAL:        55.94
TAX:         4.34
INVOICE 07508  TOTAL:        60.28
DEBIT:        60.28

DEBIT:XXXXXXXXXXX0804 AMOUNT:60.28 AUTH CD:572357
SWIPED REFID:803909549 01/23/12 20:06:50
TRACE:00572357
PURCHASE    CASH BACK    TOTAL DEBIT
60.28        0.00        60.28

STORE: 0774 TERMINAL: 07 01/23/12 20:06:52
# OF ITEMS PURCHASED:    2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ROBERT MCGEE

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY-
SEE STORE FOR DETAILS.

LOWE'S
LOWE'S HIW, INC.
11399 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730   (909) 476-9697

- SALE -
SALES#: FSTLANE2 13   TRANS#: 59043854 01-31-12

137792 GL VALSPAR INT S/G ULT WH       28.97
12713 CHROME SQ BURNER PAN       12.56
2 @    6.28

SUBTOTAL:        41.53
TAX:         3.21
INVOICE 05704  TOTAL:        44.74
DEBIT:        44.74

DEBIT:XXXXXXXXXXX0804 AMOUNT:44.74 AUTH CD:805642
SWIPED REFID:803909549 01/31/12 13:04:43
TRACE:00805642
PURCHASE    CASH BACK    TOTAL DEBIT
44.74        0.00        44.74

STORE: 0774 TERMINAL: 05 01/31/12 13:04:45
# OF ITEMS PURCHASED:    2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ROBERT MCGEE

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY-
SEE STORE FOR DETAILS.

65

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687 00U58 32431    04/02/12 02:53 PM
CASHIER SELF CHECK OUT - SCOT58

041193089168 SINK DRAIN <A>         2.69
PVC EXT TUBE SJ 1-1/4X6

```
         SUBTOTAL      2.69
         SALES TAX     0.21
         TOTAL        $2.90
         CASH          1.00
         CASH          1.00
         CASH          1.00
         CHANGE DUE    0.10
```



0687 58 32431 04/02/2012 5107

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A           1      90        07/01/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
65838 65209

Password:
12202 65151

Entries must be entered by 05/02/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.



More saving.
More doing.®

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-411°

0687 00015 54559    04/04/12 12:23 PM
CASHIER ANNETTE - ASH4IS

030699150946 PULL <A>
4.5" PULL ITE
  2@2.47                              4.94
099443653120 OAK BASESHOE <A>
FLOOR 3/4 BASE SHOE OAK 0440
  6@0.79                              4.74
090489949365 1X8-8 STRIP <A>
11/16 X 2 3/8 X 8 FURRING STRIP
  2@1.55                              3.10

```
         SUBTOTAL      12.78
         SALES TAX      0.99
         TOTAL        $13.77
         CASH
         CHANGE DUE
```



0687 15 54559 04/04/2012 2504

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A           1      90        07/03/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR

User ID:
110094 109422

Password:
12204 109407

Entries must be entered by 05/04/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

66



**More saving.**
**More doing.®**

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00014  68255   03/30/12  12:09 PM
CASHIER ROGER - RXM1923

094902441306 SCREWPKG <A>          4.99
  EXTRA LONG SCREW PACKAGE
037155010518 FLANGE <A>
  UNIV ADJ FLANGE & NIPPLE - CH
  209.98                          19.96
037155891627 TUB SPOUT <A>        11.98
  CHROME ADJ TUB SPOUT-No DIVERTER
758847000184 6'PWRSUPLYCD <A>      7.97
  16/3 6'GREY PWR SUPPLY CORD



              SUBTOTAL       44.90
              SALES TAX       3.48
              TOTAL         $48.38
              CASH          100.00
              CHANGE DUE     51.62

0687 14 68255 03/30/2012

RETURN POLICY DEFINITIONS
                               06/28/2012

A    1    90

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
137486 136813

Password:
12180 136799

Entries must be entered by
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---



**More saving.**
**More doing.®**

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687  00014  87396   04/02/12  03:28 PM
CASHIER ALEXANDRO - AXS4505

038753311661 PUTTY <A>             1.97
  14OZ PLUMBERS PUTTY
041193006363 BASIN PLUG <A>        7.29
  CHROME PLATED PLASTIC BASIN PLUG

              SUBTOTAL        9.26
              SALES TAX       0.72
              TOTAL          $9.98
              CASH           10.00
              CHANGE DUE      0.02



0687 14 87396 04/02/2012 9583

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90         07/01/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
175768 175095

Password:
12202 175081

Entries must be entered by 05/02/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.




More saving.
More doing.®

250 SOUTH MOUNTAIN
UPLAND,CA.91786(909)949-4119

0687 00014 59734    01/26/12  08:45 AM
CASHIER JACKIE - JDR401

678885051303 INT PAINT <A>        119.00
PP INT SEMI GLOSS UPW 3050  5 GL

            SALES TAX        9.22
            TOTAL         $128.22
            CASH          128.27
            CHANGE DUE       0.05

0687 14 59734 01/26/2012 1801

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1      90        04/25/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
120444 119771

Password:
11076  119757

Entries must be entered by 02/25/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.



LOWE'S HIW, INC.
11399 FOOTHILL BLVD.
RANCHO CUCAMONGA, CA 91730   (909) 476-9697

- SALE -
SALES#: SG74HM1 1236429   TRANS#: 21043429 01-31-12

14293 PFJ STOP 3887 1 1/4 X 3/8      8.50

                SUBTOTAL:      8.50
                     TAX:      0.66
INVOICE 43736    TOTAL:      9.16
                    CASH:     20.00
                  CHANGE:     10.84

STORE: 0774   TERMINAL: 43   01/31/12 12:57:24
# OF ITEMS PURCHASED:         1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY
STORE MANAGER: ROBERT MORALES

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS





```
          250 SOUTH MOUNTAIN
     UPLAND,CA.91786(909)949-4119

0687  00014  04953    03/20/12  02:22 PM
CASHIER ALICIA - AXT2820

784680179569 SPEC.MORTAR <A>        4.57
  60LB. SPEC MIX TYPE S MORTAR
736223106242 FACE-ON VENT <A>
  16IN X 4IN FACE ON VENT-WHITE
  3@1.83                            5.49
736223133620 SOFFIT VENT <A>
  14INX6IN TWO WAY VENT
  3@3.74                           11.22
            SUBTOTAL               21.38
            SALES TAX               1.66
            TOTAL                 $23.04
            CASH                  100.00
                CHANGE DUE         76.96
```

```
0687 14 04953 03/20/2012 4091
      RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
   A     1     90         06/18/2012

  THE HOME DEPOT RESERVES THE RIGHT TO
  LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
              DETAILS.

     BUY ONLINE PICK-UP IN STORE
  AVAILABLE NOW ON HOMEDEPOT.COM.
  CONVENIENT, EASY AND MOST ORDERS
  READY IN LESS THAN 2 HOURS!
*********************************
       ENTER FOR A CHANCE
      TO WIN A $5,000
      HOME DEPOT GIFT
            CARD!

  Share Your Opinion With Us! Complete
  the brief survey about your store visit
      and enter for a chance to win at:

         www.homedepot.com/opinion

  COMPARTA SU OPINION EN
         UNA BREVE
  ENCUESTA PARA LA OPORT
     UNIDAD DE GANAR.

          User ID:
        10882  10209

         Password:
        12170  10195

  Entries must be entered by 04/19/2012.
  Entrants must be 18 or older to enter.
  See complete rules on website. No
          purchase necessary.
```



# More saving.
# More doing.™

```
          250 SOUTH MOUNTAIN
     UPLAND,CA.91786(909)949-4119

0687  00015  90082    01/25/12  08:38 AM
CASHIER ELIZABETH - EAM051

764666143548 NAIL <A>               3.47
  5D 1-3/4" BRIGHT FINISH 1 LB
            SALES TAX                0.27
            TOTAL                   $3.74
            CASH                     5.00
            CHANGE DUE               1.26
```



```
0687 15 90082 01/25/2012 5929
      RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
   A     1     90         04/24/2012

  THE HOME DEPOT RESERVES THE RIGHT TO
  LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
              DETAILS.

     BUY ONLINE PICK-UP IN STORE
  AVAILABLE NOW ON HOMEDEPOT.COM.
  CONVENIENT, EASY AND MOST ORDERS
  READY IN LESS THAN 2 HOURS!
*********************************
       ENTER FOR A CHANCE
      TO WIN A $5,000
      HOME DEPOT GIFT
            CARD!

  Share Your Opinion With Us! Complete
  the brief survey about your store visit
      and enter for a chance to win at:

         www.homedepot.com/opinion

  COMPARTA SU OPINION EN
         UNA BREVE
  ENCUESTA PARA LA OPORT
     UNIDAD DE GANAR.

          User ID:
        181140  180468

         Password:
        12075  050453

  Entries must be entered by 02/24/2012.
  Entrants must be 18 or older to enter.
  See complete rules on website. No
          purchase necessary.
```

69

# TOOL TAG

# # 130751803

ONTARIO
DEWALT SERVICE CENTER 130
1352 S GROVE AVE SUITE B
ONTARIO           CA 91761
Phone # 909-930-1437
Fax   # 909-930-1612

Acct # 5                ORDER #: 130791803

For status of repair please visit
www.DEWALTSERVICENET.com
or contact the above
Factory Service Center

REPAIR - B&D
DPH3800
3800 PSI PRESSURE WASHE DATE CODE .
SERIAL # .                    TYPE .
QTY    1
LOCATION: B200
Priority: FIFO

Special Instructions :
$120 PLUS PARTS..PUT NEW TIRES...AND

3/06/12  13:08

FOLD HERE

70





**More saving.**
**More doing.®**

1401 E 19TH ST
UPLAND, CA 91784 (909)982-2311

1083  00018  13278    02/26/12  01:53 PM
CASHIER MICHAEL - MAR0953

008925095033 7"ED 60G <A>
DIABLO 7" EDGER DISC 60G
2@0.97                          1.94
008925095019 7"ED 100G <A>
DIABLO 7" EDGER DISC 100G
2@0.97                          1.9
008925095040 7"ED 36G <A>
DIABLO 7" EDGER DISC 36G
2@0.97                          1.94

              SUBTOTAL         5.82
              SALES TAX        0.45
              TOTAL           $6.27
XXXXXXXXXXXX3896 DEBIT         6.27
AUTH CODE 332537

1083 18 13278 02/26/2012 4775

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90         05/26/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
**********************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
27928 26863

Password:
12126 26845

Entries must be entered by 03/27/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---



**More saving.**
**More doing.®**

1401 E 19TH ST
UPLAND, CA 91784 (909)982-2311

1083  00057  23523    01/30/12  03:25 PM
CASHIER SELF CHECK OUT - SCOT57

045242204670 SCRWDRVR <A>        39.97
MILWAUKEE 8 PC SCREWDRIVING SET
076174675467 2PC. DEMO <A>        9.98
FAT MAX XTREME DEMO DRIVER 2PC

              SUBTOTAL         49.95
              SALES TAX        3.87
              TOTAL          $53.82
XXXXXXXXXXXXX0804 DEBIT       53.82
AUTH CODE 062106



1083 57 23523 01/30/2012 5356

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90         04/29/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
**********************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
48418 47392

Password:
12080 47335

Entries must be entered by 02/29/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

71

**Contract 156401**



More saving.
More doing.®

1401 E 19TH ST
UPLAND, CA 91784 (909)982-2311

1083  00019  85118    02/27/12   02:40 PM
CASHIER RICKY - RH01HJ

CUSTOMER AGREEMENT # 156401
          RECALL AMOUNT                 38.94

                    SALES TAX            3.02
                    TOTAL              $41.96
                    E-DEPOSIT          125.00
                    CHANGE DUE          83.04

DEPOSIT NO# 108312022601831815640184

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
171608 170544

Password:
12127 170525

Entries must be entered by 03/28/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---

Hours :  Mon    06:00 - 09:00
         Tue    06:00 - 09:00
         Wed    06:00 - 09:00
         Thu    08:00 - 09:00
         Fri    06:00 - 09:00
         Sat    06:00 - 09:00
         Sun    07:00 - 06:00

SALE                    92 RH01HJ    02:40 PM

CUSTOMER AGREEMENT # 156401
          RECALL AMOUNT                 38.94
          SALES TAX                      3.02
          TOTAL                        $41.96
          E-DEPOSIT                    125.00

DEPOSIT NO# 108312022601831815640184

| Date and Time Out | Date and Time Due In |
|---|---|
| 02/26/2012 01:53 PM | 02/27/2012 01:52 PM |
| **Checked In By** | |
| RH01HJ | |

| Charge | Ex-Hours | Per Day | Per Week | Per Month | Tax | Amount |
|---|---|---|---|---|---|---|
| 1.00 | 5.40 | 30.00 | 120.00 | 360.00 | Y | 35.40 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |

**Rental Subtotal**                                    35.40
(Excluding Optional Damage Protection)

| | |
|---|---|
| Agreement Subtotal | 35.40 |
| *Estimated Damage Protection (10% of Rental Subtotal if applicable) | 3.54 |
| Sales Tax | 3.02 |
| **Total** | 41.96 |
| **Deposit** | -125.00 |
| Payment Amount | -83.04 |
| *Remaining Balance Due | 0.00 |

Customer Copy



(9801) 0200190576

72



**More saving.
More doing.**℠

1401 E 19TH ST
UPLAND, CA 91784 (909)982-2311

1083  00002 33643   01/30/12  03:22 PM
CASHIER JENNIFER - JLK224H

032474895054 PPUPWHIGLS5G <A>     135.00
    PP INT/EXT HIGH GLOSS UPW 8050  5 GL
082474553027 2GAL PAINT <A>        29.77
    PREM PLS INT CEILING PAINT 2GAL
073088141026 TOILET SEAT <A>
    STA-TITE WC PLASTIC RD WHT
    2017.48                        34.96
038698366603 AREA RUG <A>           9.87
    3'X5' MIX LEVEL LOOP, PLUSH, BERBER
    NLP Savings   $1.00

          SUBTOTAL          209.60
          SALES TAX          16.24
          TOTAL            $225.84
XXXXXXXXXXXX0804 DEBIT        225.84
AUTH CODE 060370


    NEW LOWER PRICE (NLP)SAVINGS $1.00



    1083 02 33643 01/30/2012 1933

        RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
    A     1       90        04/29/2012

    THE HOME DEPOT RESERVES THE RIGHT TO
    LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
              DETAILS.

    BUY ONLINE PICK-UP IN STORE
    AVAILABLE NOW ON HOMEDEPOT.COM.
    CONVENIENT, EASY AND MOST ORDERS
    READY IN LESS THAN 2 HOURS!
********************************************

    ENTER FOR A CHANCE
    TO WIN A $5,000
    HOME DEPOT GIFT
         CARD!

    Share Your Opinion With Us! Complete
    the brief survey about your store visit
    and enter for a chance to win at:

        www.homedepot.com/opinion

    COMPARTA SU OPINION EN
         UNA BREVE
    ENCUESTA PARA LA OPORT
       UNIDAD DE GANAR.

         User ID:
       68658 67577

         Password:
       12080 67575

    Entries must be entered by 02/29/2012.
    Entrants must be 18 or older to enter.
    See complete rules on website. No
           purchase necessary.

# EXHIBIT D

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL



# PURCHASE AGREEMENT WITH JOINT ESCROW INSTRUCTIONS

This Purchase Agreement with Joint Escrow Instructions ("Agreement") is drawn in connection with the purchase and sale of the following:

AUCTIONEER: GENESIS ACQUISITION MANAGEMENT, INC.

SELLER'S BROKER: Sterling River Realty/Terry Hamill

GAM AUCTION NO.: 15-0025

PROPERTY ADDRESS: 1818 N VINEYARD AVE #F, ONTARIO CA 91764

This Agreement is by and between:

SELLER: The C.L.R. Family Trust

BUYER: East End Properties, Inc.

Buyer and Seller agree as follows:

## Section I.

## LIMITATION OF SELLER'S LIABILITY AND BUYER'S WAIVER OF IMPORTANT RIGHTS:

BUYER UNDERSTANDS AND ACKNOWLEDGES: (1) SELLER HAS ACQUIRED TITLE TO THE PROPERTY THROUGH FORECLOSURE, DEED IN LIEU OF FORECLOSURE, OR SIMILAR JUDICIAL, STATUTORY OR CONTRACTUAL PROCESS; (2) SELLER HAS NEVER OCCUPIED THE PROPERTY; (3) SELLER HAS LITTLE OR NO DIRECT KNOWLEDGE ABOUT THE CONDITION OF THE PROPERTY; (4) SELLER IS SELLING THE PROPERTY IN ITS PRESENT AND EXISTING CONDITION AND MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER REGARDING THE PROPERTY (INCLUDING, BUT NOT LIMITED TO, DIMENSIONS, CONDITION, TITLE, TAXES, LIENS, ETC.).

BUYER AGREES IT IS BUYING THE PROPERTY AS IS, WHERE IS, AS AVAILABLE, AND WITH ALL FAULTS AND LIMITATIONS (INCLUDING, BUT NOT LIMITED TO, PHYSICAL CONDITION, NATURE AND EXTENT OF IMPROVEMENTS, SUITABILITY FOR ANY PARTICULAR PURPOSE, THIRD-PARTY OCCUPANCY/POSSESSION, RESTRICTIONS ON USE, CLOUDS ON TITLE, TAX BURDENS, LIENS, COMPLIANCE WITH LAWS, ETC.)

ABSENT A BREACH BY THE SELLER, BUYER SHALL NOT BE ENTITLED TO A RETURN OF BUYER'S EARNEST MONEY DEPOSIT (AS HERINAFTER DEFINED).

IN THE CASE OF BREACH BY SELLER, PURSUANT TO THE TERMS OF SECTION 16 BELOW, BUYER MAY BE ENTITLED TO A RETURN OF BUYER'S EARNEST MONEY DEPOSIT, LESS

PA.single.prop.multi.juri.4.16.13.v

UNDERSTOOD THAT BUYER HAS TAKEN THE FOREGOING INTO ACCOUNT WHEN
DETERMINING THE PURCHASE PRICE IT WAS WILLING TO PAY FOR THE
PROPERTY.

(h) ANY CLAIMS ARISING OUT OF OR RELATING IN ANY WAY TO THE SQUARE
FOOTAGE, SIZE OR LOCATION OF THE PROPERTY, THE SQUARE FOOTAGE,
DIMENSIONS, DESIGN OR CONFIGURATION OF ANY IMPROVEMENT ON THE
PROPERTY, OR ANY INFORMATION PROVIDED ON AUCTIONEER'S AUCTION
WEBSITE, OR ANY STATEMENT, REPRESENTATION, ACTION OR CONDUCT OF
SELLER, SELLER'S BROKER, OR AUCTIONEER, IT BEING UNDERSTOOD THAT
NONE OF SELLER, SELLER'S BROKER, OR AUCTIONEER HAS MADE ANY
REPRESENTATIONS OR WARRANTIES TO BUYER REGARDING ANY MATTER WITH
RESPECT TO THE PROPERTY, EXCEPT AS MAY SPECIFICALLY BE SET FORTH
HEREIN; AND

(i) ANY CLAIMS ARISING OUT OF OR RELATING IN ANY WAY TO ONE OR MORE
TENANT(S), OCCUPANT(S), OR THIRD-PARTY(IES) IN POSSESSION OF THE
PROPERTY OR MAKING CLAIM THERETO.

THE SELLER'S LIMITATION OF LIABILITY AND BUYER'S WAIVERS AS HEREINABOVE SET
FORTH SHALL SURVIVE THE CLOSING OF THE PURCHASE AND SALE TRANSACTION
CONTEMPLATED HEREBY OR THE EARLIER TERMINATION OF THIS AGREEMENT.

SELLER'S INITIALS: ___ RL ___          BUYER'S INITIALS: ___ a ___

**Section II.**

**TERMS OF SALE**

1. **IDENTIFIERS:**

a. **Seller:**

Seller's Name: The C.L.R. Family Trust

Seller's Address: 400 National Way, Simi Valley, CA 93065

Address Cont'd:

Contact Person:

Phone:                          Fax:

Email:

b. **Buyer:**

Buyer's Name: East End Properties, Inc.

State of Incorporation or Organization: CA

PA.single.prop.multi.juri.4.16.13.v

76

(i) _____ Seller has provided the purchaser with all available records and reports pertaining to leadbased paint and/or lead-based paint hazards in the housing (list documents below).

_____

(ii) ___X___ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgment** (initial) [ *ßC* ]

(c) ___X___ Purchaser has received copies of all information listed above.

(d) ___X___ Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home*.

(e) Purchaser has (check (i) or (ii) below):

    (i) _____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

    (ii) ___X___ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial) [ *TR* ]

(f) ___X___ Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | |
|---|---|
| *Randy Lake AVP* | 6/18/2013 |
| COMEX C5C6A37407 | |
| Seller | Date |
| | 6/12/2013 |
| Purchaser | Date |
| *Terry Kamll* | 6/12/2013 |
| Agent | Date |


DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP
(As required by the Civil Code)

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship and representation you wish to have with the agent in the transaction.

SELLER'S AGENT. A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:

To the Seller:

    (a) A fiduciary duty of utmost care, integrity, honesty, and loyalty in dealings with the Seller.

To the Buyer and the Seller:

    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.

PA.single.prop.multi.juri.4.16.13.v             32

throughout your real property transaction you may receive more than .e disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction.

DISCLOSURE AND CONFIRMATION OF AGENCY RELATIONSHIP.

Seller's Broker represents and is the agent of the Seller exclusively in the purchase and sale of the Property. Buyer acknowledges that neither Seller's Broker nor Auctioneer has a brokering or agency relationship with Buyer, nor do either Seller's Broker or Auctioneer share a fiduciary relationship with Buyer.

Seller's Broker and Auctioneer specifically disclaim any dual agency, and Buyer acknowledges neither Seller's Broker nor Auctioneer owes Buyer any obligation or duty as might otherwise arise out of a dual agency relationship.

Buyer and Seller acknowledge receipt of all necessary disclosures to be provided by Seller's Broker and/or Auctioneer in connection with the negotiations underlying this Agreement and/or the purchase and sale of the a particular Property have been made and provided by Seller's Broker and Auctioneer. Buyer and Seller waive any further obligation on the part of Seller's Broker and/or Auctioneer to provide additional disclosures in connection with the availability of Property for purchase and/or the receipt or communication of offers made in connection with a subject Property.

Seller's Broker

By: _Terry Hamill_                          _[signature]_                     6/12/2013

Name: Terry Hamill                          Buyer                              (date)
                                            (Signature)

Company: Sterling River Realty

License No.: 1896504                        _____        (date)
                                            Buyer
                                            (Signature)

CALIFORNIA SEX OFFENDER INFORMATION. Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides. The public is authorized to gain access to certain sex offender information through the California Sex Offender Registry or by contacting local law enforcement offices in the community where the Property is located. For a list of California law enforcement agencies, you may visit the California Department of Justice website at http://www.meganslaw.ca.gov/pdf/LEAcontact.pdf or contact:

PA.single.prop.multi.juri.4.16.13.v                        34

## Jacquelyn Brown

| | |
|---|---|
| **From:** | Yvonne Gruenberg <Yvonne@genesisauctions.com> |
| **Sent:** | Thursday, June 13, 2013 10:40 AM |
| **To:** | Jacquelyn Brown |
| **Cc:** | Nicole Tran |
| **Subject:** | RE: 3455 Sepulveda Ave and 1818 N. Vineyard Ave #F    /    **Lis Pendes and liens on both properties** |

Seller and buyer are both aware of lis pendes.



Yvonne Gruenberg, Closing Manager
**Genesis Auctions**
Office: (818) 661-1778 | Fax: (818) 337-2225
Yvonne@genesisauctions.com | GenesisAuctions.com

**From:** Jacquelyn Brown [mailto:jbrown@prominentescrow.com]
**Sent:** Thursday, June 13, 2013 9:58 AM
**To:** Yvonne Gruenberg
**Cc:** Nicole Tran
**Subject:** 3455 Sepulveda Ave and 1818 N. Vineyard Ave #F / **Lis Pendes and liens on both properties**

Good morning Yvonne,

Status as of 6/13/13...escrow received the updated prelim for review for above subject properties.

Both properties show Bank of America as seller, SUBJECT to Lis pendes and other liens.

Have you had a chance to review the prelims?  Can you advise if seller's counsel is aware of lis pendes and that withdrawal, release or termination of lis pendis will be required to proceed with sale.

Please advise.

Thank you.

**Jacquelyn Brown,** Escrow Officer

Office  949.825.5125    Direct  949.596.7637    Fax  949.825.5199
jbrown@ProminentEscrow.com    www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614

1

92
79

## Jacquelyn Brown

**From:**           Mike Pruitt
**Sent:**           Wednesday, June 19, 2013 8:42 AM
**To:**             Jacquelyn Brown
**Subject:**        RE: Mechanic Liens ??    RE: Order no. 731-1300357-31  /   11391 Davenport Rd  / 11299-KM  / Closed Fil

That's correct

**MIKE PRUITT** | Title Officer

Office : 877.365.9365  Direct : 949.475.3765  Fax : 855.881.7456
Email : Mike.Pruitt@title365.com
Title365 : 5000 Birch Street, Suite 150, Newport Beach  | CA  | 92660
http://www.title365.com

TITLE365 | NATIONAL SOLUTIONS

*E-MAILS CONCERNING TITLE FILES, RECORDING SET-UP ETC. PLEASE E-MAIL TEAM31@TITLE365.COM*

**From:** Jacquelyn Brown
**Sent:** Tuesday, June 18, 2013 5:17 PM
**To:** Mike Pruitt
**Cc:** Dave Smith
**Subject:** RE: Mechanic Liens ?? RE: Order no. 731-1300357-31 / 11391 Davenport Rd / 11299-KM / Closed Fil

Hello Mike,

So your company cannot insure around the lis pendes........please confirm.

**Jacquelyn Brown,** Escrow Officer

Office  949.825.5125   Direct  949.596.7637  Fax  949.825.5199
jbrown@ProminentEscrow.com  www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614

PROMINENT
ESCROW SERVICES

 Follow Us on Twitter   Join Us on Facebook   Connect on LinkedIn

1

80

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

---

**From:** Mike Pruitt
**Sent:** Tuesday, June 18, 2013 5:13 PM
**To:** Jacquelyn Brown
**Cc:** Dave Smith
**Subject:** Mechanic Liens ?? RE: Order no. 731-1300357-31 / 11391 Davenport Rd / 11299-KM / Closed Fil

Actually now that I look at it the answer is NO. These require a quit title action thus the Lis Pendens. We would require a With Drawl of Lis Pendens and a court order Showing the property going back to the Bank / free and clear.

I don't think these have Mechanics Lien issues.

**MIKE PRUITT** | Title Officer

**Office :** 877.365.9365   **Direct :** 949.475.3765   **Fax :** 855.881.7456
**Email :** Mike.Pruitt@title365.com
**Title365 :** 5000 Birch Street, Suite 150, Newport Beach | CA | 92660
http://www.title365.com



*E-MAILS CONCERNING TITLE FILES, RECORDING SET-UP ETC. PLEASE E-MAIL* TEAM31@TITLE365.COM

---

**From:** Jacquelyn Brown
**Sent:** Tuesday, June 18, 2013 5:04 PM
**To:** Mike Pruitt
**Subject:** RE: Order no. 731-1300357-31 / 11391 Davenport Rd / 11299-KM / Closed Fil

Thanks Mike.....please update me ASAP if we can move forward with these deals and what would title company require.

**Jacquelyn Brown,** Escrow Officer

**Office** 949.825.5125   **Direct** 949.596.7637   **Fax** 949.825.5199
jbrown@ProminentEscrow.com   www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614



 Follow Us on Twitter   Join Us on Facebook   Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

2

81

**From:** Mike Pruitt
**Sent:** Tuesday, June 18, 2013 5:02 PM
**To:** Jacquelyn Brown
**Subject:** RE: Order no. 731-1300357-31 / 11391 Davenport Rd / 11299-KM / Closed Fil

If they're cash deals maybe. I doubt a lender would allow it. I'll check...

Thanks,
MIKE PRUITT | Title Officer

**Office :** 877.365.9365   **Direct :** 949.475.3765   **Fax :** 855.881.7456
**Email :** Mike.Pruitt@title365.com
**Title365 :** 5000 Birch Street, Suite 150, Newport Beach | CA | 92660
http://www.title365.com



*E-MAILS CONCERNING TITLE FILES, RECORDING SET-UP ETC. PLEASE E-MAIL* TEAM31@TITLE365.COM

**From:** Jacquelyn Brown
**Sent:** Tuesday, June 18, 2013 4:45 PM
**To:** Mike Pruitt
**Subject:** RE: Order no. 731-1300357-31 / 11391 Davenport Rd / 11299-KM / Closed Fil

Thanks Mike.

On another subject....we have five(5) new files with the same client...Genesis...All Cash, but each file the updated prelim shows mechanics lien and lis pendes.....

Yvonne @ Genesis stated the seller and buyer are aware and want to close the files subject to said items...is this possible?

| Order No. 731-1300328-31 | escrow no. 11343-JB | 17822 Barbee Street |
| Order No. 731-1300326-31 | escrow no. 11341-JB | 1818 N. Vineyard Ave. F |
| Order No. 731-1300325-31 | escrow no. 11340-JB | 8206 Shirley Avenue |
| Order No. 731-1300324-31 | escrow no. 11339-JB | 1109 Stone Pine Lane F |
| Order No. 731-1300327-31 | escrow no. 11342-JB | 3455 Sepulveda Ave. |

Please advise because we have clouds on title for all 5 files to deal with and usually title will not issue title insurance with said items.

Thank you.

**Jacquelyn Brown,** Escrow Officer

**Office** 949.825.5125   **Direct** 949.596.7637   **Fax** 949.825.5199
jbrown@ProminentEscrow.com   www.ProminentEscrow.com

3


82

## Jacquelyn Brown

| | |
|---|---|
| **From:** | Yvonne Gruenberg <Yvonne@genesisauctions.com> |
| **Sent:** | Monday, July 01, 2013 10:08 AM |
| **To:** | Jacquelyn Brown; Shanel Cason; Nhu Lam |
| **Cc:** | Nicole Tran |
| **Subject:** | RE: status on Genesis files |
| | |
| **Importance:** | High |

Jacquelyn, Shanel and Nhu,

Please see my comments below in red caps.

From: Jacquelyn Brown [mailto:jbrown@prominentescrow.com]
Sent: Friday, June 28, 2013 3:46 PM
To: Shanel Cason
Cc: Yvonne Gruenberg; Nicole Tran
Subject: status on Genesis files

Good afternoon all,

Status as of 6/28/13 on the following assets:

3455 Sepulveda Avenue  -  Seller's executed deed package received on 6/27, but not our escrow instructions. Also, escrow still needs the fully executed contract with closing instructions so the seller's est. HUD can be prepared for review. Waiting for buyer's executed escrow package. Per Cesar Hernandez @ Fidelity Title...., quite title action is required to lift cloud on title (lis pendens). Subject property is not in the bank's name to transfer or deed property to our buyer. Furthermore, items #9,10,11, 13 require demands and/or releases to eliminate liens on property. Need court's final determination that subject property has reverted back to bank to proceed with our sale. NHU- PLEASE PROVIDE FULLY EXECUTED CONTRACT FOR HUD. JACQUELYN- PLEASE NOTE FIDELITY AND BUYER ARE BOTH AWARE OF LIS PENDENS, QTA. THEY ARE WILLING TO INSURE SUBJECT TO AND WILL CLOSE WITH VESTING AS SHOWN ON CONTRACT.

17822 Barbee Street – Received seller's executed deed/escrow package on 6/27 for review and processing. Seller's HUD package was submitted on 6/19 for review and approval. Waiting for buyer's executed escrow package.- NHU WHAT IS THE STATUS OF APPROVED HUD? SHANEL- PLEASE CONTACT BUYER AND NOTIFY THEM THAT BUYER ESCROW PACKAGE AND FINAL FUNDS ARE NEEDED TO CLOSE.


8206 Shirley Avenue  - Received seller's executed deed/escrow package for review and processing on 6/26.  Escrow waiting for buyer's executed escrow package. Need fully executed contract with closing instructions to prepare the seller's est. HUD.
Per Fidelity title , Lis Penden on property; title not in bank's name to transfer or deed to our buyer. Quite title action is required to lift cloud on title and court final determination required to put property back in bank's name to proceed with sale. NHU- PLEASE PROVIDE FULLY EXECUTED CONTRACT FOR HUD. JACQUELYN- PLEASE NOTE FIDELITY AND BUYER ARE BOTH AWARE OF LIS PENDENS, QTA. THEY ARE WILLING TO INSURE SUBJECT TO AND WILL CLOSE WITH VESTING AS SHOWN ON 1109 Stone Pine Lane #F  - Escrow has not received the seller's escrow/deed package that was submitted on 6/21 or the est. HUD package. Waiting for buyer's executed escrow package. Fidelity Title prelim is clear...no liens.

1

1818 N. Vineyard Avenue F - Escrow has not received the seller's deed/escrow package submitted on 6/21. Waiting for buyer's executed escrow package. Need fully executed contract and closing instructions to prepare seller's est. HUD for review. Per Fidelity Title...pending court action with bank and previous owner....must obtain clarification from Fidelity regarding accuracy of lien and will advise later. Also the recorded trustee's deed did not record with complete legal description of property and must re-record to add on complete legal before our transaction can move towards a COE.- NHU WHAT IS THE STATUS OF EXECUTED DEED? PLEASE PROVIDE JACQUELYN FULLY EXECUTED CONTRACT FOR HUD. JACQUELYN- DO I NEED TO REQUEST THE TRUSTEES DEED RE-RECORD ISSUE FROM BAC?

Please feel free to contact me with any further questions or concerns.

Thank you.

**Jacquelyn Brown,** Escrow Officer

**Office** 949.825.5125    **Direct** 949.596.7637    **Fax** 949.825.5199
jbrown@ProminentEscrow.com    www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614



 Follow Us on Twitter     Join Us on Facebook    Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

Attention: This e-mail message is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author.

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

84

**Amy Gomez**

| | |
|---|---|
| **From:** | Amy Gomez |
| **Sent:** | Tuesday, June 25, 2013 4:31 PM |
| **To:** | 'Nhu Lam'; Jacquelyn Brown |
| **Subject:** | RE: 1818N. Vineyard Ave #F, Ontario, CA 91764 |

Hi Nhu –

I communicated with the title officer and he needs this QCD to record with the longer legal description, that I had attached as Exhibit "One" with our QCD package (not the shorter one that was recorded with the previous deed).

Because the legal description on the recorded trustee's deed is not complete; the document must be re-recorded to add on complete legal description before our transaction can close.

Please let me know how you would like to proceed.  Thank you.


**Amy Gomez,** Escrow Assistant

**Office** 949.825.5125   **Direct** 949.502.4253   **Fax** 949.825.5199
agomez@ProminentEscrow.com   www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614



 Follow Us on Twitter    Join Us on Facebook   in Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

---

**From:** Nhu Lam [mailto:Nhu@genesisauctions.com]
**Sent:** Tuesday, June 25, 2013 2:56 PM
**To:** Amy Gomez
**Subject:** RE: 1818N. Vineyard Ave #F, Ontario, CA 91764

Sounds good. Thank you =)


> **Nhu Lam**
> **Transaction Coordinator**
> **Genesis Auctions**
> Office: (818) 661-1778 | Fax: (818) 337-2225
> Nhu@genesisauctions.com | GenesisAuctions.com

1



**Cc:** Nhu Lam; Nicole Tran
**Subject:** RE: 1818 N. Vineyard Ave #F / 765717

Hello Yvonne,

Per Cesar Hernandez @ Fidelity Title company, the recorded trustee's deed legal description was not complete as to Parcel no. 4.....the document must be re-recorded to add on complete legal description for subject property.

I can forward a copy of the recorded trustee's deed and the complete legal description that needs to added to the document to correct it for review.

Please advise.

Thank you.

**Jacquelyn Brown,** Escrow Officer

**Office** 949.825.5125   **Direct** 949.596.7637   **Fax** 949.825.5199
jbrown@ProminentEscrow.com   www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614



 Follow Us on Twitter    Join Us on Facebook    Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

---

**From:** Yvonne Gruenberg [mailto:Yvonne@genesisauctions.com]
**Sent:** Tuesday, July 02, 2013 2:50 PM
**To:** Guglielmino, Justin
**Cc:** Jacquelyn Brown; Nhu Lam; Nicole Tran
**Subject:** RE: 1818 N. Vineyard Ave #F / 765717
**Importance:** High

Jacquelyn,

Please provide us more of a detailed explanation on what you are needing to proceed.

Thank you,



**Yvonne Gruenberg, Closing Manager**
**Genesis Auctions**
Office: (818) 661-1778 | Fax: (818) 337-2225
Yvonne@genesisauctions.com | GenesisAuctions.com

86

**From:** Yvonne Gruenberg [mailto:Yvonne@genesisauctions.com]
**Sent:** Tuesday, July 02, 2013 12:32 PM
**To:** Guglielmino, Justin
**Cc:** Jacquelyn Brown; Nhu Lam
**Subject:** FW: 1818 N. Vineyard Ave #F / 765717
**Importance:** High

Justin,

There is a legal description issue on the original trustees deed. What can be done without having to re-record trustees deed?

I have cc'd Jacquelyn Brown ( assigned escrow officer).

Thank you,



**Yvonne Gruenberg, Closing Manager**
**Genesis Auctions**
Office: (818) 661-1778 | Fax: (818) 337-2225
Yvonne@genesisauctions.com | GenesisAuctions.com

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

Attention: This e-mail message is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author.

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at

5



87

RECORDING REQUESTED BY

Christie L. Reed

AND WHEN RECORDED MAIL DOCUMENT TO:
NAME

   Christie L. Reed

STREET
ADDRESS   9570 Joshua Street

CITY, STATE &
ZIP CODE  Apple Valley, CA 92308

Recorded in Official Records, County of San Bernardino  3/06/2012



**DENNIS DRAEGER**  1:47 PM
ASSESSOR – RECORDER – CLERK  NC

P Counter

Doc#:  **2012—0088124**



| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| Fees | | | 19.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $19.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

APN: 0209-422-71-0-000

The undersigned grantor(s) declare(s) DOCUMENTARY TRANSFER TAX $0.00
☐  Computed on full value of property conveyed, or
☐  Computed on full value less liens and encumbrances remaining at time of sale
☒  City Of Ontario

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I

Christie L. Reed, unmarried women

hereby remise, release and quitclaim to

The C.L.R. Family Trust

The following described real property in the City of Ontario, County of San Bernardino
State of California,
     **See EXHIBIT "A", Attached hereto and made part hereof,**

Subject to: taxes, restrictions, conditions, reservations, rights, rights of way and easements now of record, if any.

   3/6/2012
   Date                              Christie L. Reed

STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

On   3/6/2012  before me,   Thomas Ripley , Notary Public, personally appeared Christie L. Reed
who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument
and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument
the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal

          Signature

**THOMAS RIPLEY**
Commission # 1844909
Notary Public - California
San Bernardino County
My Comm. Expires Apr 15, 2013

MAIL TAX STATEMENT TO:
The C.L.R. Family Trust, 9570 Joshua Street, Apple Valley, CA 92308



88

EXHIBIT "A"

PROPERTY LEGAL DESCRIPTION

APN: 0209-422-71-0-000

PARCEL NO. 1:

AN UNDIVIDED 1/18TH INTEREST IN AND TO LOT 4 OF TRACT NO. 12219, IN
THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 163, PAGES 14 AND 15, OF
MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM UNITS 108 THROUGH 125 AS SHOWN UPON THE
CONDOMINIUM PLAN ("PLAN") RECORDED AUGUST 17, 1982 AS
INSTRUMENT NO. 82-161361, OFFICIAL RECORDS.

PARCEL NO. 2:

UNIT 113 CONSISTING OF ELEMENTS SHOWN UPON THE CONDOMINIUM
PLAN REFERRED TO IN PARCEL NO. 1 ABOVE.

PARCEL NO. 3:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE,
ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE,
REPAIRS, AND FOR OTHER PURPOSES, ALL SHOWN IN THE PLAN, AND AS
DESCRIBED IN THE DECLARATION.

PARCEL NO. 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL NOS. 1 AND 2
DESCRIBED ABOVE, FOR USE FOR REAR YARD PURPOSES, DEFINED AND
RESTRICTED COMMON AREAS IN THE DECLARATION AND SHOWN AND
ASSIGNED IN THE PLAN.

Commonly known as: 1818 Vineyard "F" Street, Ontario, California.

EXHIBIT "A"

89

**Amy Gomez**

| | |
|---|---|
| **From:** | Amy Gomez |
| **Sent:** | Tuesday, June 25, 2013 2:45 PM |
| **To:** | Hernandez, Cesar (Cesar.Hernandez@fnf.com); Porter, Maribeth (Maribeth.Porter@fnf.com) |
| **Cc:** | Jacquelyn Brown |
| **Subject:** | Order# 19710155-B |

Good afternoon,

I need to check with you on Order #19710155-B. The legal description on the most recent recorded deed is shorter than the legal description included in the prelim. Am I missing a page from the deed that would complete the legal description (to match the prelim)?

Please advise. Thank you!

**Amy Gomez,** Escrow Assistant

**Office** 949.825.5125    **Direct** 949.502.4253    **Fax** 949.825.5199
agomez@ProminentEscrow.com    www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614



 Follow Us on Twitter    Join Us on Facebook    Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963-2570

1

90

Hi Amy,

The exhibit A in the deed does not match the exhibit A in the FCL deed. Seller will reject it for this reason.  Please revised the exhibit A  to match with the FCL deed and resend asap.

Thank you,



**Nhu Lam**
**Transaction Coordinator**
**Genesis Auctions**
Office: (818) 661-1778 | Fax: (818) 337-2225
Nhu@genesisauctions.com | GenesisAuctions.com

**From:** Amy Gomez [mailto:AGomez@prominentescrow.com]
**Sent:** Monday, June 24, 2013 12:53 PM
**To:** Genesis Closing Docs
**Cc:** Nhu Lam; Jacquelyn Brown; reoca@landsafe.com
**Subject:** 1818N. Vineyard Ave #F, Ontario, CA 91764

Per your instruction, the Deed package for  1818N. Vineyard Ave #F, Ontario, CA 91764 has been revised.  Thank you.

**Amy Gomez,** Escrow Assistant

Office  949.825.5125   Direct  949.502.4253   Fax  949.825.5199
agomez@ProminentEscrow.com   www.ProminentEscrow.com
1 Park Plaza, Suite 300, Irvine, CA 92614

# PROMINENT
E S C R O W   S E R V I C E S

Waiting on most recent recorded deed to see legal. Fidelity's LD does not match TDus provided by Title 365.

Follow Us on Twitter   Join Us on Facebook   Connect on LinkedIn

Prominent Escrow Services, Inc. is a licensed CA Escrow Company - #963

Attention: This e-mail message is privileged and confidential    delete the message and notify the sender. Any views or opinions presented are solely

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

This email message is intended only for the personal use of the recipient(s) named above. This message may contain information that is confidential or proprietary to the sender and/or the recipient(s) named above, and its use and/or retention by any unintended recipient is strictly prohibited by applicable law. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged

3

91

*National Title Affidavit (REO) – BOA as Owner*
*California Execution*

## OWNER'S AFFIDAVIT AND CERTIFICATE
## OF DOMESTIC STATUS

STATE OF __California__

COUNTY OF __Ventura__

      BEFORE ME, a notary public, on this day personally appeared __Sandra Lopez__ [*insert name of signer*], who being first duly sworn, deposes and says that to the undersigned's best knowledge, which knowledge is based solely upon the undersigned's review of the appropriate business and property records prepared by or provided to Bank of America, N.A., a national association ("BANA"):

      1.    I am the __Assistant Vice President__ [*insert title of signer*] of Bank of America, N.A., a national association.

      2.    This Affidavit is made for the purpose of inducing __First American Title Insurance Co__ [*insert name of title insurance company requesting affidavit*] ("Title Company") to insure title to the Property described below in connection with a sale ("Sale") of such Property by or at the direction of BANA.

      3.    BANA is the owner of that certain real property described as follows (the "Property").

                     **Please see attached Exhibit "One"**

      4.    No unrecorded agreements have been entered into with respect to the Property by or at the direction of BANA, no material has been furnished by or at the direction of BANA to the Property, and no labor has been performed by or at the direction of BANA to the Property, for which payment will not be made in a timely manner. BANA hereby agrees to indemnify and hold the Title Company harmless from and will pay any and all loss, costs or damages, including reasonable attorney's fees which the Title Company may incur or become liable for under its commitment or policy of title insurance insuring the Property Sale as a direct result of: (i) the Title Company's reliance on the truth of the statements made in this Paragraph 4, (ii) the filing of a lien against the Property by any contractor or materialman who supplied labor or materials to the Property at the direction of BANA, (iii) the filing of a Federal or State tax lien against BANA during the period of BANA's ownership of the Property that encumbers title to the Property, or (iv) a judgment or claim against BANA that encumbers title to the Property during the period of BANA's ownership of the Property.

1

92

5.  Section 1445 of the Internal Revenue Code provides that a transferee of a U.S. real property interest must withhold tax if the transferor is a foreign person. For U.S. tax purposes (including section 1445), the owner of a disregarded entity (which has legal title to a U.S. real property interest under local law) will be the transferor of the property and not the disregarded entity. To inform the transferee that withholding of tax is not required upon the disposition of a U.S. real property interest by BANA, the undersigned hereby certifies the following on behalf of BANA: BANA is not a foreign corporation, foreign partnership, foreign trust, or foreign estate (as those terms are defined in the Internal Revenue Code and Income Tax Regulations); BANA is not a disregarded entity as defined in § 1.1445-2(b)(2)(iii); BANA's U.S. employer identification number is 94-1687665 [*insert EIN number for BANA*]; and BANA's office address is 400 National Way Simi Valley, CA 93065 [*insert BANA's address*]. BANA understands that this certification may be disclosed to the Internal Revenue Service by the transferee and that any false statement contained herein could be punished by fine, imprisonment, or both. Under penalties of perjury I declare that I have examined this certification and to the best of my knowledge and belief it is true, correct, and complete, and I further declare that I have authority to sign this document on behalf of BANA.

By: _____
Individually, and as Assistant
AVP of Bank of
America, N.A. in its capacity as
owner aforesaid.

Print Name: Sandra Lopez

State of California        )
County of Ventura          )

Subscribed and sworn to (or affirmed) before me on this 11th day of July, 2013, by Sandra Lopez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

(Notarial Seal)

DAMARY MARTINEZ
COMM. # 2008936
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
My Commission Expires
December 31, 2016

2

## LEGAL DESCRIPTION

## EXHIBIT "ONE"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1:

AN UNDIVIDED 1/18TH INTEREST IN AND TO LOT 4 OF TRACT NO. 12219, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 163, PAGES 14 AND 15, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM UNITS 168 THROUGH 125 AS SHOWN UPON THE CONDOMINIUM PLAN (PLAN') RECORDED AUGUST 17, 1982, AS INSTRUMENT NO. 82-161361, OFFICIAL RECORDS.

PARCEL NO. 2:

UNIT .113 CONSISTING OF ELEMENTS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL NO. 3:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE PLAN AND AS DESCRIBED IN IN THE DECLARATION.

PARCEL NO. 4:

EXCLUSIVE EASEMENTS APPURTENANT TO PARCELS NO. 1 AND NO. 2 DESCRIBED ABOVE, FOR USE FOR REAR YARD PURPOSES, DEFINED AS RESTRICTED COMMON AREAS IN THE DECLARATION AND SHOWN AND ASSIGNED IN THE PLAN.

EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL UNDERGROUND WATER IN OR UNDER OR WHICH MAY BE PRODUCED FROM SAID LAND WHICH UNDERLIES A PLANE PARALLEL TO AND 550 FEET FROM THE PRESENT SURFACE OF SAID LAND FOR THE PURPOSE OF PROSPECTING FOR, THE EXPLORATION, DEVELOPMENT, PRODUCTION, EXTRACTION AND TAKING OF SAID MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND WATER FROM SAID LAND BY MEANS OF MINES, WELLS, DERRICKS, OTHER EQUIPMENT FROM SURFACE LOCATIONS ON ADJOINING OR NEIGHBORING LAND OR LYING OUTSIDE OF THE ABOVE DESCRIBED LAND, IT BEING UNDERSTOOD THAT THE OWNER OF SUCH MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND WATER AS SET FORTH ABOVE, SHALL HAVE NO RIGHT TO ENTER UPON THE SAID LAND OR ANY PORTION THEREOF ABOVE SAID PLANE PARALLEL TO AND 550 FEET BELOW THE PRESENT SURFACE OF THE SAID LAND FOR ANY PURPOSE WHATSOEVER.

ALSO EXCEPTING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTHERS, EASEMENTS FOR ACCESS, INGRESS AND EGRESS, ENCROACHMENT, SUPPORT, MAINTENANCE, DRAINAGE, USE, ENJOYMENT, REPAIRS AND

FOR OTHER PURPOSES, ALL AS SHOWN IN THE PLAN, AND AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR CIMARRON OAKS V1 ("DECLARATION") WHICH WAS RECORDED ON AUGUST 17, 1982, AS INSTRUMENT NO. 82-161352, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY, AND WHICH CONTAINS A STATEMENT THAT THE LIEN OF THE ASSESSMENTS SHALL BE SUBORDINATE TO ANY FIRST MORTGAGE OR FIRST DEED OF TRUST.

Assessor's Parcel No: 0209-422-71-0-000

95

**Jacquelyn Brown**

| | |
|---|---|
| **From:** | Kristina Medicine |
| **Sent:** | Wednesday, June 19, 2013 4:37 PM |
| **To:** | Amy Gomez |
| **Cc:** | Jacquelyn Brown |
| **Subject:** | FW: Seller will not sign privacy notice & declaration re: tenants |

I print this for all the files with Genesis

**From:** Nicole Tran
**Sent:** Friday, May 31, 2013 8:24 PM
**To:** Yvonne Gruenberg
**Cc:** Kristina Medicine; Ahmed Farra
**Subject:** Re: Seller will not sign privacy notice

Hi Yvonne,
Not a problem.

Thank you

Nicole Tran
Sent from iphone

*[handwritten note: Loan number OR REO# - I cannot locate that info?]*

On May 31, 2013, at 8:09 PM, "Yvonne Gruenberg" <

    Hi Nicole,

    The seller will not execute privacy notices or declaration re: tenants. I removed them from the deed package.

    **Yvonne Gruenberg, Closing Manager**
    **Genesis Auctions**
    <image001.jpg>    Office: (818) 661-1778 | Fax: (818) 337-2225
    Yvonne@genesisauctions.com | GenesisAuctions.com

    **From:** Yvonne Gruenberg
    **Sent:** Friday, May 31, 2013 8:08 PM
    **To:** Nicole Tran; 'Kristina Medicine'
    **Cc:** Ahmed Farra
    **Subject:** Seller will not sign privacy notice & declaration re: tenants
    **Importance:** High

1

96

# EXHIBIT E

# PURCHASE AGREEMENT WITH JOINT ESCROW INSTRUCTIONS

This Purchase Agreement with Joint Escrow Instructions ("Agreement") is drawn in connection with the purchase and sale of the following:

AUCTIONEER: GENESIS ACQUISITION MANAGEMENT, INC.

SELLER'S BROKER: Sterling River Realty/Terry Hamill

GAM AUCTION NO.: 15-0024

PROPERTY ADDRESS: 8206 SHIRLEY AVE, RESEDA CA 91335

This Agreement is by and between:

SELLER: Nora Araya, The Living Real Woman, Grantee

BUYER: East End Properties, Inc.

Buyer and Seller agree as follows:

## Section 1.

## LIMITATION OF SELLER'S LIABILITY AND BUYER'S WAIVER OF IMPORTANT RIGHTS:

BUYER UNDERSTANDS AND ACKNOWLEDGES: (1) SELLER HAS ACQUIRED TITLE TO THE PROPERTY THROUGH FORECLOSURE, DEED IN LIEU OF FORECLOSURE, OR SIMILAR JUDICIAL, STATUTORY OR CONTRACTUAL PROCESS; (2) SELLER HAS NEVER OCCUPIED THE PROPERTY; (3) SELLER HAS LITTLE OR NO DIRECT KNOWLEDGE ABOUT THE CONDITION OF THE PROPERTY; (4) SELLER IS SELLING THE PROPERTY IN ITS PRESENT AND EXISTING CONDITION AND MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER REGARDING THE PROPERTY (INCLUDING, BUT NOT LIMITED TO, DIMENSIONS, CONDITION, TITLE, TAXES, LIENS, ETC.).

BUYER AGREES IT IS BUYING THE PROPERTY AS IS, WHERE IS, AS AVAILABLE, AND WITH ALL FAULTS AND LIMITATIONS (INCLUDING, BUT NOT LIMITED TO, PHYSICAL CONDITION, NATURE AND EXTENT OF IMPROVEMENTS, SUITABILITY FOR ANY PARTICULAR PURPOSE, THIRD-PARTY OCCUPANCY/POSSESSION, RESTRICTIONS ON USE, CLOUDS ON TITLE, TAX BURDENS, LIENS, COMPLIANCE WITH LAWS, ETC.)

ABSENT A BREACH BY THE SELLER, BUYER SHALL NOT BE ENTITLED TO A RETURN OF BUYER'S EARNEST MONEY DEPOSIT (AS HERINAFTER DEFINED).

IN THE CASE OF BREACH BY SELLER, PURSUANT TO THE TERMS OF SECTION 16 BELOW, BUYER MAY BE ENTITLED TO A RETURN OF BUYER'S EARNEST MONEY DEPOSIT, LESS

UNDERSTOOD THAT BUYER HAS TAKEN THE FOREGOING INTO ACCOUNT WHEN DETERMINING THE PURCHASE PRICE IT WAS WILLING TO PAY FOR THE PROPERTY.

(h) ANY CLAIMS ARISING OUT OF OR RELATING IN ANY WAY TO THE SQUARE FOOTAGE, SIZE OR LOCATION OF THE PROPERTY, THE SQUARE FOOTAGE, DIMENSIONS, DESIGN OR CONFIGURATION OF ANY IMPROVEMENT ON THE PROPERTY, OR ANY INFORMATION PROVIDED ON AUCTIONEER'S AUCTION WEBSITE, OR ANY STATEMENT, REPRESENTATION, ACTION OR CONDUCT OF SELLER, SELLER'S BROKER, OR AUCTIONEER, IT BEING UNDERSTOOD THAT NONE OF SELLER, SELLER'S BROKER, OR AUCTIONEER HAS MADE ANY REPRESENTATIONS OR WARRANTIES TO BUYER REGARDING ANY MATTER WITH RESPECT TO THE PROPERTY, EXCEPT AS MAY SPECIFICALLY BE SET FORTH HEREIN; AND

(i) ANY CLAIMS ARISING OUT OF OR RELATING IN ANY WAY TO ONE OR MORE TENANT(S), OCCUPANT(S), OR THIRD-PARTY(IES) IN POSSESSION OF THE PROPERTY OR MAKING CLAIM THERETO.

THE SELLER'S LIMITATION OF LIABILITY AND BUYER'S WAIVERS AS HEREINABOVE SET FORTH SHALL SURVIVE THE CLOSING OF THE PURCHASE AND SALE TRANSACTION CONTEMPLATED HEREBY OR THE EARLIER TERMINATION OF THIS AGREEMENT.

SELLER'S INITIALS: ___RL___          BUYER'S INITIALS: ___α___

## Section II.

### TERMS OF SALE

**1.    IDENTIFIERS:**

**a. Seller:**

Seller's Name:  Nora Araya, The Living Real Woman, Grantee _____

_____

Seller's Address: 400 National Way, Simi Valley, CA 93065 _____

Address Cont'd:_____

Contact Person:_____

Phone:_____          Fax:_____

Email:_____

**b. Buyer:**

Buyer's Name: East End Properties, Inc.

State of Incorporation or Organization: CA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

28

KIMBALL, TIREY & ST. JOHN, LLP
555 South Flower St., Suite 3400
Los Angeles, CA 90071
(213) 337-0050
FAX (213) 337-0080
Attorney for Plaintiff

**FILED**
LOS ANGELES SUPERIOR COURT

AUG 1 4 2013

JOHN A. CLARKE, CLERK

BY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, SANTA MONICA JUDICIAL DISTRICT

| | |
|---|---|
| EAST END PROPERTIES, INC. | Case No.:    13R06761 |
| Plaintiff, | |
| vs. | COMPLAINT FOR UNLAWFUL DETAINER ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a |
| NORA ARAYA | |
| Defendant(s) | |
| DOES 1 TO 10 INCLUSIVE | (DEMAND OF COMPLAINT DOES NOT EXCEED $10,000.00) |

Plaintiff alleges:

1. This Court is the proper court for the trial of this action because:

a. Each Defendant resides and/or conducts business in the area served by this Court;

b. The property which is the subject of this action, 8206 Shirley Avenue, Reseda, CA 91335 ("the property"), is located in the area served by this Court; and;

c. The amount of damages claimed in this action does not exceed $10,000.

2. Plaintiff does not know the true names of the Defendants designated as "DOES 1 TO 10"; however, Plaintiff is informed, believes and alleges, that at all relevant times mentioned in this

1

COMPLAINT FOR UNLAWFUL DETAINER

Complaint, the named Defendants and DOES 1 TO 10 have been in possession of the property.

3.  Plaintiff is a(n) Corporation

4.  Plaintiff is the owner and entitled to possession of the property.

5.  Plaintiff is informed and believes and based thereon alleges that after providing the appropriate notice BANK OF AMERICA N.A. purchased the above-mentioned Subject Property by being the foreclosing beneficiary at a public sale held on October 19, 2009, by the Trustee under a Deed of Trust.  Plaintiff is informed and believes and based thereon alleges that said sale was conducted pursuant to and in compliance with the laws of the State of California.

6.  Thereafter, a Trustee's Deed Upon Sale was issued to BANK OF AMERICA N.A. and was duly recorded with the County of Los Angeles on October 22, 2009.  A true and correct copy of the Trustee's Deed Upon Sale issued to BANK OF AMERICA N.A. containing a legal description of the Subject Property is attached hereto, marked as EXHIBIT 1.

7.  On or about June 25, 2013, BANK OF AMERICA N.A. transferred all right, title, and interest in and to the Subject Property to Plaintiff by virtue of Quitclaim Deed duly recorded with the County of Los Angeles on July 15, 2013.  A true and correct copy of Quitclaim Deed issued to Plaintiff from BANK OF AMERICA N.A. containing a legal description of the Subject Property is attached hereto, marked as EXHIBIT 2.

8.  No landlord/tenant relationship exists between the Plaintiff and Defendant(s).

9.  For the period from June 25, 2013, to present, Defendant(s) occupied the property without the consent or authorization of the Plaintiff.  Defendant(s)'s title, if any, to the property, that existed prior to October 19, 2009, was extinguished by said foreclosure and Trustee's Sale.

10.  On July 18, 2013, Plaintiff caused to be served on the Defendant(s) a written notice in compliance with the Code of Civil Procedure, 1161 et. seq., requiring and demanding that Defendant(s) quit and deliver up possession of the property to Plaintiff within three (3) days after the service of the notice on them.  A true and correct copy of the Notice to Quit is attached hereto as EXHIBIT 3. The notice was served on July 18, 2013 in compliance with Code of Civil Procedure Section 1162 and as shown in the Proof of Service attached hereto as EXHIBIT 4.  Said notice expired on July 22, 2013, but Defendant(s) failed and refused to quit and deliver up possession of the property until present.

2

11. Plaintiff is entitled to damages in the sum of $50.00 per day beginning July 23, 2013 for the use and occupancy of the property, the reasonable value thereof.

12. More than three (3) days have elapsed since the service of the notice and Defendant(s) has/have neglected and refused, and still neglect(s) and refuse(s), to vacate and deliver up possession of the property to Plaintiff.

13. Defendant(s) hold(s) over and continue(s) in possession of the property willfully, intentionally and deliberately without permission or consent of Plaintiff, and Plaintiff is entitled to immediate possession of the property.

14. Plaintiff has sustained damages in the amount of the reasonable rental value of the property, to wit, $50.00 per day, beginning July 23, 2013 and will continue to sustain damages at said rate for so long as Defendant(s) remain(s) in possession of the property.

WHEREFORE, Plaintiff prays against Defendant(s), and each of them as follows:

1. For restitution and possession of the property;

2. For damages in the amount of $50.00 per day beginning July 23, 2013 or as allowed by law;

3. For Plaintiff's costs of suit;

4. For such other and further relief as the Court may deem proper.

DATED:  August 13, 2013

KIMBALL, TIREY & ST. JOHN
Attorneys for Plaintiff
By:

Chris Evans
Bar# 20213?

3

COMPLAINT FOR UNLAWFUL DETAINER

103

CIV-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT ONLY |

Chris Evans, SBN 202135
Kimball, Tirey & St. John LLP
555 South Flower Street, Suite 3400
Los Angeles, CA 90071

TELEPHONE NO.: (213) 337-0050          FAX NO. (Optional): (213) 337-0080

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 1725 MAIN STREET, RM232
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA MONICA, CA 90401
BRANCH NAME: LOS ANGELES SUPERIOR COURT SANTA MONICA / WEST DISTRICT

PLAINTIFF/PETITIONER: East End Properties, Inc.

DEFENDANT/RESPONDENT: Nora Araya

**FILED**
Superior Court of California
County of Los Angeles

SEP 27 2013

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Kathy Parenteau

| REQUEST FOR (Application) | [X] Entry of Default [ ] Court Judgment | [X] Clerk's Judgment | CASE NUMBER: 13R06761 |
|---|---|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): 8/14/2013
   b. by (name): East End Properties, Inc.
   c. [X] Enter default of defendant (names):
      Nora Araya; All Unnamed Occupants
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [X] Enter clerk's judgment
      (1) [X] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
          [X] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. Demand of complaint | $ | Possession | $ | $ | 0.00 |
| b. Statement of damages * | | | | | |
| (1) Special | $ | Only | $ | $ | 0.00 |
| (2) General | $ | | $ | $ | 0.00 |
| c. Interest | $ | | $ | $ | 0.00 |
| d. Costs (see reverse) | $ | 0.00 | $ | $ | 0.00 |
| e. Attorney fees | $ | | $ | $ | 0.00 |
| f. TOTALS | $ | 0.00 | $ | 0.00 $ | 0.00 |

   g. Daily damages were demanded in complaint at the rate of: $ 50.00 per day beginning (date): 7/23/2013
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [X] (Check if filed in an unlawful detainer case) **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).* Melissa Hernandez

Date: 9/27/2013                                        Bar# 289773

(TYPE OR PRINT NAME)                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [X] Default entered as requested on (date): SEP 27 2013 |
|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): |
| | K. PARENTEAU |
| | Clerk, by_____, Deputy |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]



**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 1 of 2
Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

CIV-100

| | |
|---|---|
| PLAINTIFF/PETITIONER: East End Properties, Inc. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Nora Araya | 13R06761 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form.
   *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).*
   This action
   a. ☐ is ☒ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*

   b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
   (1) Mailed on *(date):* 9/27/2013     (2) To *(specify names and addresses shown on the envelopes):*
   Nora Araya - 8206 Shirley Avenue , Reseda, CA 91335
   All Unnamed Occupants - 8206 Shirley Avenue , Reseda, CA 91335

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: 9/27/2013

Melissa Hernandez
Bar# 289773

(TYPE OR PRINT NAME) ► (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows *(Code Civ. Proc., § 1033.5):*
   a. Clerk's filing fees ............................................... $
   b. Process server's fees...................................... $
   c. Other *(specify):* ............................................. $
   d. .......................................................................... $
   e. TOTAL ............................................................. $            0.00
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9/27/2013     Melissa Hernandez
Bar# 289773

(TYPE OR PRINT NAME) ► (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9/27/2013     Melissa Hernandez
Bar# 289773

(TYPE OR PRINT NAME) ► (SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2007]



**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 2 of 2



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

27

*106*

◊ East End Properties, Inc. ◊

# Change of Ownership Notice Following Foreclosure Sale

Date: 7/30/13

To: CHRISTIE REED, MANUEL CORTEZ #F

ADDRESS: 1818 N. VINEYARD AVE, ONTARIO CA 91764
APN#:
~~TRUSTEE SALE NO:~~

*Attached is the evidence of our ownership resulting from the Trustee's Sale. You may contacted by other parties claiming ownership interest. Contact us immediately for more information regarding this matter.*

This notice has been served due to the sale of the property following the ~~Trustee~~ Sale (~~foreclosure~~ sale) on 7/16/13 . It is very important that you contact Spaulding Pacific, LLC representative **Daniel Argento** right away to discuss your options. Failure to do so will result in Unlawful Detainer action being taken against you, and will lead to a lock out of the property by the ~~Los Angeles~~ County Sheriff. SAN BERNARDINO

**IF YOU ARE CURRENTLY A TENANT AT THIS ADDRESS:**
DO NOT PAY the old owner your rent if you are currently a tenant at this location. Your rent will now be due in full to **East End Properties, Inc**. Any rent payments made to the previous owner will NOT be credited, and you will be held liable for any total rent due. We can be reached during normal business hours Monday through Friday 8am to 5pm. Thank you for your prompt attention.

Daniel Argento
Real Estate Apartments and Investments
Main: (562) 633-0267
Mobile: (562) 882-7891
Fax: (562) 633-4648
Email: daniel@eepinc.net

15740 PARAMOUNT BLVD. #E, PARAMOUNT, CA 90723 MAIN: (562) 633-0267 FAX: (562) 633-4648

## 3 DAY NOTICE TO QUIT
### (CCP §1161a(b)(4))

TO: _MANUEL CORTEZ, CHRISTIE REED_

**AND TO ALL OTHER TENANTS IN POSSESSION OF THE PREMISES**
**LOCATED AT:** _1818 N. Vineyard Ave. #E, ONTARIO CA 91764_

**YOU ARE HEREBY NOTIFIED** that, within three (3) days after service on you of this notice, you are required to quit and deliver of possession of the premises to the owner or the owner's agent.   If you fail to vacate and surrender possession of the premises within the three-day period, legal proceedings will be commenced against you to recover possession of the premises, and to recover a judgment for TREBLE damages for your unlawful detention of the premises, together with costs of suit.

You are remaining in possession of the premises after title has been transferred to the owner, and said title has been duly perfected by recording the deed with the county clerk, and you remain in possession without the permission of the owner.   This notice is served pursuant to California Code of Civil Procedure Section 1161a (b)(4) and all other applicable code sections.

Dated: _7/30/2003_

_DANIEL ARGENTO_
Agent

_EAST END PROPERTIES, INC_
Owner,

_15740 PARAMOUNT BLVD #E_
_PARAMOUNT CA 90723_
_562-633-0267_

_108_

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

NORA ARAYA
8206 SHIRLEY AVE
RESEDA CA 91335

In Proper Persona

FILED
Superior Court of California
County of Los Angeles

OCT 03 2013

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Jacqueline Morgan

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES , SANTA MONICA COURTHOUSE

EAST END PROPERTIRS INC )   CASE No. 13R06761
)
            Plaintiff, )
) ANSWER TO COMPLAINT
)
V. )
)
NORA ARAYA )
)
            Defendant, )   **Date:** OCTOBER  3 ,2013
)
_____ )   **Place: SANTA MONICA**

**DEFENDANT :** NORA ARAYA
answering for himself only and no other Defendant, admits, denies and alleges as follows :

**1.** Answering paragraphs 1,2 and 8, this answering Defendant admits all of the allegations therein contained.

**2.** Answering paragraphs 4, 6 and 7, this answering Defendant denies, the allegations therein contained.

**3.** Answering paragraph 3, 5 and 9, this answering Defendant lacks information or belief concerning said allegations and placing his denial on the ground denies, generally and specifically, all of the allegations therein contained.

110

## FIRST AFFIRMATIVE DEFENSE

**4.** The Pleading does not state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

**5.** Defendant asserts Plaintiff's lack of titled and/or lack of a perfected title under the authority of **EVANS V.  SUPERIOR COURT** ( 1977 ) **67 CA3d 162, 136 Cal Rptr 596.**


**WHEREFORE,** Defendant prays for judgment as follows:

1.     **Plaintiff take nothing by its action:**

2.     **For costs incurred;**

3.     **For such other relief the court deems just and proper.**




Dated: OCTOBER  3, 2013

NORA ARAYA

Defendant in propria persona

# VERIFICATION

I am a Defendant in this case and I have read the within Answer to Verified Complaint.

I declare under penalty of perjury, under the laws of the state of California, that the matters

stated therein are true and correct of my own knowledge, except as to any matters which are therein

stated on my own information or belief, and as to those matters, I believe them to be true.

Dated:  OCTOBER  3, 2013

NORA ARAYA

Defendant in propria persona

## PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within action

My business address is  14114 VICTORY BLVD  VAN NUYS CA 91401
Telephone: (818) 771-2257


**ON: OCTOBER  3, 2013**   , I served the following described documents :

### ANSWER TO COMPLAINT


On all interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope with paid postage thereon and placed in the United States Mail Service at Van Nuys, CA addressed as follows:



DENNIS P BLOCK

5437 LAUREL CYN BLVD

VALLEY VILLAGE CA 91607



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  **Executed on OCTOBER 3, 2013  at  VAN NUYS  CA 91401.**




Declarant:  MANNY LUNAS

# EXHIBIT I

1  NORA ARAYA
2  8206 SHIRLEY AVE
   RESEDA CA 91335
3

4  In Proper Persona

5

6

7          CALIFORNIA SUPERIOR COURT – COUNTY OF LOS ANGELES

8                      SANTA MONICA COURTHOUSE

9

10

11 **EAST END PROPERTIES INC**              )       Case No.  13R06761
                                            )
12                                          )
                      Plaintiff,            )
13                                          )       **DEMURRER TO COMPLAINT**
                                            )
14                                          )       **[ CCP §430.10(e)]**
                                            )
15 vs.                                      )
                                            )
16 **NORA ARAYA**                           )
                                            )
17                                          )
                      Defendant.            )       Date: SEPTEMBER  30,  2013
18                                          )       Time: 1:30  p.m.
                                            )       Place: S
19 ─────────────────────────────────────────)

20

21      Defendant, **NORA ARAYA**  , demurs to Complaint on the following ground:

22

23 **1.** The pleading does not state facts sufficient to constitute a cause of action.

24      Dated:  AUGUST 28, 2013

25

26      ─────────────────────────
        NORA ARAYA
27      Defendant in Propria Persona

28

                      **DEMURRER TO COMPLAINT**                    2



## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### PREFATORY STATEMENT

The within action is a CCP § 1161 a(b)(3) Mortgage Foreclosure unlawful detainer

proceeding.  An alleged default occurred on the **Deed on Trust Dated 06/22/2012.**

The Trustee's Deed upon sale was recorded on **07/15/2013. ( See paragraph 4. B, of
Complaint.)**

The above referenced dates bring the foreclosure proceeding alleged in this action under

the purview of the new requirements under **Senate Bill 1137,** California's Foreclosure

Reform Law now **California Civil Code §2923.5.**

### II

### PURPOSE OF NEW LEGISLATION

> " **It is the intent of the Legislature that the Mortgagee,
> beneficiary, or authorized agent offer the borrower a loan
> modification or workout plan if such a modification or plan
> is consistent with its contractual or other authority."**
> **[Emphasis added.]  California Civil Code Section 2923.6**

The new requirements in section 2 for Notice of Default and Notices of Sale and Section
4 for Notice of Sale became operative on September 8, 2010.

### III

### NO ALLEGATION OF COMPLIANCE WITH CC §2923.5

Among other things, the statute prohibits the service of the notice required by California
Civil Code §2924 prior to the compliance with the requirements of section §2923.5.  A reading
of the Plaintiff's Complaint indicates a business as usual procedure completely disregarding the
new requirements of section §2923.5

As the Complaint fails to allege compliance with the foregoing Section §2923.5, the



DECLARATION OF SERVICE BY MAIL

I, the undersigned. hereby declares as follows:


1.) I am employed in the County of Los Angeles , State of California.
I am over the age of eighteen years and not a party to the within action.


2.) On AUGUST 28, 2013 , I served the attached NOTICE TO MOTION TO

STRIKE AND NOTICE OF HEARING OF DEMURRER TO SRTIKE

COMPLAINT FOR UNLAWFUL DETAINER;  on interested parties by

placing a true copy of those documents in a sealed envelope with postage

fully prepaid in the United States Mail at Los Angeles, California,

addressed as follows:


DENNIS P. BLOCK

5437 LAUREL CYN BLVD

VALLEY VILLAGE CA 91607


I, declare under penalty of perjury that the foregoing is true and correct and that this Declaration

was executed on the day of AUGUST 28, 2013 : at Los Angeles , California.

HAL GOLDBURG , Declaring



FILED
LOS ANGELES SUPERIOR COURT
AUG 2 8 2013
JOHN A. CLARKE, CLERK
BY_____ DEPUTY

1  NORA ARAYA
   8206 SHIRLEY AVE
2  RESEDA CA 91335

3

   In Proper Persona
4

5        CALIFORNIA SUPERIOR COURT - COUNTY OF LOS ANGELES

6                    SANTA MONICA COURTHOUSE

7

8  **EAST END PROPERTIES INC**        )    Case No. **13R06761**
9                                      )
                                       )
10              Plaintiff,             )
                                       )    **NOTICE OF HEARING**
11                                     )
                                       )    **OF DEMURRER**
12                                     )
   v.                                  )
13                                     )
                                       )
14 **NORA ARAYA**                      )
                                       )
15              Defendant.             )    Date: SEPTEMBER 30, 2013
                                       )    Time: 1:30 p.m. .
16 _____)    Place: S

17

18 TO PLAINTIFF, **EAST END PROPERTIES INC** , AND TO ITS
   ATTORNEY OF RECORD.
19

20 ATTORNEYS NAME: **H.G. LONG**

21 NOTICE IS HEREBY GIVEN that the Defendant, **NORA ARAYA**

22 has filed a Demurrer to the Complaint and that said Demurrer is set for hearing on

23 **SEPTEMBER 30, 2013** , in **Department S** of the above-entitled court located at :

24 **1725 MAIN STREET, SANTA MONICA CA 90401, COUNTY OF LOS ANGELES**

25 Dated: AUGUST 28, 2013

26 _____

27 NORA ARAYA
   Defendant in Propria Persona
28

                    NOTICE OF HEARING OF DEMURRER                    1

118

# EXHIBIT J

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

## DECLARATION OF VICTORIA PETERSEN

1.    I, Victoria Petersen, hereby declare as follows.

2.    I have personal knowledge of the matters stated in this Declaration.

3.    I am over the age of eighteen (18) years, am of sound mind, and if called to testify, I could and would competently testify to the matters contained in this Declaration.

4.    I have never been convicted of a felony or crime of moral turpitude, and I am competent in all respects to make this Declaration.

5.    Other than the instant engagement, I have no relationship, past or present, to Nora Araya, or plaintiff in the Araya's cases or their counsel or affiliated persons or entities.

## I.    QUALIFICATIONS

6.    I am an Expert Forensic Document Examiner in the field of questioned documents in the State of California.  I have studied and was trained in the examination, comparison, analysis and identification of handwriting, altered numbers and altered documents, handwriting analysis, trait analysis, including the discipline of examining signatures, with over five (5) years of practical experience in this field of which two (2) of those years, were under the mentorship of Mr. Jess Dines, a qualified document examiner with more than thirty five years of experience.  A true and correct copy of my current Curriculum Vitae ("C.V.") is attached as "EXHIBIT A".

7.    The practice of forensic document examination is widely accepted in courts in the United States and around the world. I have testified in the courts of Los Angeles and Orange County.

8.    The leading organization that establishes standards for Forensic Document Examiners is ASTM International, originally known as the American Society for Testing and Materials (ASTM). ASTM International provides standards for forensic sciences, including Forensic Document Examination. It was formed over a century ago, is one of the largest

NORA ARAYA
QDE CASE # EENA-08122014-01

1   voluntary development organizations in the world, and is a trusted source of materials, products,

2   systems and services. I have followed the ASTM International standards as they relate to this

3   case in all respects.

4         9.     Based on my experience, I was asked to examine the copies of the following

5   document(s) to determine the authenticity of the signatures, the initials and the handwriting on

6   those document(s):

7         9.1    PAGE 1 OF 3 OF DEMURRER TO COMPLAINT CASE NUMBER

8                 13R06761 executed on August 28, 2013.

9         9.2    PAGE 3 OF 3 DEMURRER TO COMPLAINT CASE NUMBER

10               13R06761 executed on August 28, 2013.

11        9.3    PAGE 1 OF 1 NOTICE OF HEARING OF DEMURRER TO

12              COMPLAINT CASE NUMBER 13R06761 executed on August 28, 2013.

13        9.4    PAGE 2 OF 2 ANSWER TO COMPLAINT CASE NUMBER 13R06761

14              executed on October 10, 2013.

15        9.5    PAGE 1 OF 1 VERIFICATIN ATTACHED TO ANSWER TO

16              COMPLAINT CASE NUMBER 13R06761 executed on October 10,

17              2013.

18        10.    <u>Handwriting and Signature Analysis.</u> From the time a person first begins to learn

19   to write, he or she begins to develop hand-eye coordination and form perception (how one sees

20   formations and one's ability to duplicate those formations). In addition, the various nerves and

21   muscles in a person's fingers, wrist, elbow and shoulder are developed. It is through this

22   development process that a person's highly personalized handwriting and signature can emerge.

23        One of the identifiable features of a signature or writing is letter formation, or the design

24   of the letters. Additionally, while the design of the letters may be the eye catching feature, the

NORA ARAYA
QDE CASE # EENA-08122014-01

1   execution (speed and fluidity) of a signature or writing is just as important. If someone tries to

2   simulate, or imitate, someone else's signature, he or she may attempt to "draw" the letters so that

3   the signature is pictorially similar to the genuine signature. In such cases, the signature would

4   lack the speed and fluidity (execution) of the genuine signature, and this could be detected by a

5   qualified forensic document examiner. Thus, a qualified forensic document examiner can

6   sometimes detect a forgery, even when the forged signature is pictorially similar to the genuine

7   signature.

8        Conversely, if a forger attempts to write with the same speed and fluidity (execution),

9   then he or she will make mistakes in the letter formation, or design of the letters.

10       These comparisons are just some of the factors a qualified forensic document examiner

11   considers when comparing a person's genuine signature to a signature that is questioned, in

12   determining whether or not the questioned signature is authentic.

13       In this case, I determined that the signature(s) found on the Questioned Document(s) was

14   not a genuine signature of the individual they purported to be, and were not simulations of the

15   genuine signature. When a person attempts to duplicate the signature or writing of someone else,

16   based on a known sample, it is called a simulation. A simulation is when someone attempts to

17   discard one's normal and natural writing habits and abilities and tries to assume the exact normal

18   and natural writing habits and abilities of another. The person(s) who signed the Questioned

19   documents didn't even try to simulate the genuine signature of NORA ARAYA on the Exhibit K

20   (Known Document(s)) and was not successful in duplicating the letter formations (design of the

21   letters) or the execution of the signature he or she was attempting to forge.

22   **II.    THE QUESTIONED SIGNATURES**

23   11.   **EXHIBITS EXAMINED.** I have examined the following exhibits:

24

NORA ARAYA
QDE CASE # EENA-08122014-01

11.1  **Exhibit Q-1**: The purported signature of NORA ARAYA, located on the marked signature line of the purported page 1 of 3 DEMURRER TO COMPLAINT CASE NUMBER 13R06761, allegedly signed by NORA ARAYA, dated August 28, 2013, provided by NORA ARAYA.

11.2  **Exhibit Q-2**: The purported signature of NORA ARAYA, located on the marked signature line of the purported page 3 of 3 DEMURRER TO COMPLAINT CASE NUMBER 13R06761, allegedly signed by NORA ARAYA, dated August 28, 2013, provided by NORA ARAYA.

11.3  **Exhibit Q-3**: The purported signature of NORA ARAYA, located on the marked signature line of the purported page 1 of 1 NOTICE OF HEARING OF DEMURRER TO COMPLAINT CASE NUMBER 13R06761, allegedly signed by NORA ARAYA, dated August 28, 2013, provided by NORA ARAYA.

11.4  **Exhibit Q-4**: The purported signature of NORA ARAYA, located on the marked signature line of the purported page 2 of 2 ANSWER TO COMPLAINT CASE NUMBER 13R06761, allegedly signed by NORA ARAYA, dated October 3, 2013, provided by NORA ARAYA.

11.5  **Exhibit Q-5**: The purported signature of NORA ARAYA, located on the marked signature line of the purported page 1 of 1 VERIFICATION ATTACHED TO ANSWER TO COMPLAINT CASE NUMBER 13R06761, allegedly signed by NORA ARAYA, dated October 3, 2013, provided by NORA ARAYA.

### III.    THE KNOWN SIGNATURES

12.    **EXHIBITS EXAMINED.** I have examined the following exhibits:

12.1   **Exhibit K-1**: The signature of NORA ARAYA, located on the marked
signature line of PAGE 4 OF 15 of a DEFENDANT'S VERIFIED
STATEMENTOF DISQUALIFICATION OF JUDGE FOR CAUSE,
signed on November 7, 2013, provided by NORA ARAYA.

12.2   **Exhibit K-2**: The signature of NORA ARAYA, located on the marked
signature line of PAGE 14 OF 15 of a DEFENDANT'S VERIFIED
STATEMENTOF DISQUALIFICATION OF JUDGE FOR CAUSE,
signed on November 7, 2013, provided by NORA ARAYA.

12.3   **Exhibit K-3**: The signature of NORA ARAYA, located on the marked
signature line of PAGE 15 OF 15 of a DEFENDANT'S VERIFIED
STATEMENTOF DISQUALIFICATION OF JUDGE FOR CAUSE,
signed on November 7, 2013, provided by NORA ARAYA.

12.4   **Exhibit K-4**: The signature of NORA ARAYA, located on the marked
signature line of page 3 of 3 of an EX PARTE NOTICE AND
APPLICATION TO CANCEL CLERK'S DEFAULT AND RECALL
AND/OR CANCEL WRIT OF POSSESSION, signed on November 6,
2013, provided by NORA ARAYA.

12.5   **Exhibit K-5**: The signature of NORA ARAYA, located on the marked
signature line of page 8 of 8 of an EX PARTE NOTICE AND
APPLICATION TO CANCEL CLERK'S DEFAULT AND RECALL
AND/OR CANCEL WRIT OF POSSESSION, signed on November 6,
2013, provided by NORA ARAYA.

12.6   **Exhibit K-6**: The signature of NORA ARAYA, located on the marked
signature line of page 6 of 6 of a MEMORANDUM OF POINTS AND

NORA ARAYA
QDE CASE # EENA-08122014-01

DECLARATION OF VICTORIA PETERSEN
5

124

1   AUTHORITIES FOR EX PARTE NOTICE AND APPLICATION TO

2   CANCEL CLERK'S DEFAULT AND RECALL AND/OR CANCEL

3   WRIT OF POSSESSION, signed on November 6, 2013, provided by

4   NORA ARAYA.

5   12.7   **Exhibit K-7**: The signature of NORA ARAYA, located on the marked

6   signature line of page 6 of 6 of a DECLARATION OF NORA ARAYA

7   FOR EX PARTE NOTICE AND APPLICATION TO CANCEL

8   CLERK'S DEFAULT AND RECALL AND/OR CANCEL WRIT OF

9   POSSESSION, signed on November 6, 2013, provided by NORA

10   ARAYA. The signature of NORA ARAYA, located on the marked

11   signature line of the GRANT DEED No. 20121680816, signed on

12   November 5, 2012, by NORA ARAYA, provided by NORA ARAYA.

13   12.8   **Exhibit K-8**: The signature of NORA ARAYA, located on the marked

14   signature line of the GRANT DEED No. 20121680816, signed on

15   November 5, 2012, by NORA ARAYA, provided by NORA ARAYA.

16   12.9   **Exhibit K-9**: The signature of NORA ARAYA, located on the marked

17   signature line of page six (6) of a seven (7) page DEED OF TRUST No.

18   05 2180415, signed on June 27, 2005, by NORA ARAYA, provided by

19   NORA ARAYA.

20   12.10   **Exhibit K-10**: The signature of NORA ARAYA, located on the signature

21   area of a CALIFORNIA DRIVER LICENSE No. N0954887, signed on

22   May 5, 2008, by NORA ARAYA, provided by NORA ARAYA.

23   12.11   Copies of the Exhibits Q and K documents are attached for identification

24   purposes. "EXHIBIT B"

NORA ARAYA
QDE CASE # EENA-08122014-01

1    13.    **PROBLEM.** I have been asked to determine the authenticity of the signatures

2    appearing on the Questioned Documents (Exhibit Q-1, Q-2, Q-3, Q-4 and Q-5).

3    14.    **RESULTS OF EXAMINATION.**

4    14.1    I examined and compared the individual signatures  appearing on the Exhibits Q-

5         1, Q-2, Q-3, Q-4 and K-1, K-2, K-3, K-4, K-5, K-6, K-7, K-8, K-9and K-10

6         documents. That examination and comparison has revealed that none of the

7         questioned signatures  appearing on the Exhibit Q documents are free-hand

8         simulations (drawings) modeled after a genuine signature, were not written by

9         NORA ARAYA, and are not the genuine signatures of NORA ARAYA. As

10        further explained in Section 15 below, the questioned signatures contain

11        significant dissimilarity in letter formation (design of the letter) and execution

12        when compared to the known signatures on the known documents.

13    14.2    I conducted an analysis on the Exhibit Q documents, by enlarging all of the

14        questioned signatures, using different filters and increasing and decreasing the

15        brightness and contrast, utilizing Adobe Photoshop. The results of this testing

16        revealed that the author of the signature in the Q documents did not model the Q

17        signatures after the known signatures on the K documents.

18    14.3    Based upon the pictorially significant dissimilarity found between the questioned

19        signatures and the known signatures, the evidence is consistent with someone who

20        did not have access to the known signatures on the K documents and did not use it

21        to create simulations (drawings) modeled after this genuine signature.

22    15.    **REMARKS.** One of the identifiable features of a signature or writing is letter

23    formation or the design of the letters. Some of the elements that define letter formation are as

24    follows:

NORA ARAYA
QDE CASE # EENA-08122014-01

DECLARATION OF VICTORIA PETERSEN
7

126

1.    The general design of letters. (The uniqueness, position and sequence of the strokes in letter formation.)

2.    The relative size of letters in respect to other letters.

3.    The relative size of letter projections below the baseline.

4.    The relative size of letters projecting above the height of the other letters.

5.    Embellishments, ornamentations and flourishes.

6.    Habitual abbreviation of letter formation due to speed.

7.    Inter-word or intra-word spacing and the overall balance of the signature.

While the design of the letters may be the eye catching feature, the execution of a signature or writing is just as important. Some of the elements that define the execution of a signature or writing are as follows:

1.    Intra-word connections. The lack of a continuous writing movement.

2.    The emphasis or pressure applied on particular strokes, often called shading.

3.    The direction of strokes in letter formation.

4.    The speed of execution as evident by line quality.

5.    Smoothly rounded, sharply curving or elliptical or angular connecting strokes between letters.

6.    The starting of the initial writing movement before or after the pen contacts the paper.

7.    Finishing the final writing movement before or after the pen leaves the paper.

8.    Habitual retouching or lack of it.

NORA ARAYA
QDE CASE # EENA-08122014-01

DECLARATION OF VICTORIA PETERSEN
8

127

16.    If a questioned writing or signature agrees with the known writing or signature in both letter formation (writing similarity) and execution, then the writing and/or signatures must be identified as having been genuine. However, in this case the signatures that purport to be the signatures of NORA ARAYA that appear on the Exhibit Q documents each contain elements of dissimilar letter formations (writing similarity) and execution when compared to the corresponding known signatures on the Exhibit K documents. These unique and significant dissimilarities are demonstrated on the Comparison Chart illustrations attached to this Declaration. "EXHIBIT C".

17.    Therefore, these dissimilarities in handwriting demonstrate, to the highest degree of certainty possible, that these signatures are **NOT** of the same hands of NORA ARAYA. *See* ASTM International standard E 1658-08. In other words, the signatures on the submitted document(s) purporting to be signed by NORA ARAYA are **NOT** of the same hands of NORA ARAYA on the known documents. (Enlarged illustrations of the questioned and known signatures are attached as "EXHIBIT D").

18.    Attached to this Declaration are comparison chart illustrations supporting and demonstrating the findings listed in this Declaration.

19.    The conclusions set forth in this Declaration are based upon the assumption that the copies submitted (Exhibit K-1, K-2, K-3, K-4, K-5, K-6, K-7, K-87, K-9 and K-10) are true and accurate reproductions of original exhibits and that the known signatures were naturally written

20.    **I reserve the right to supplement or amend this Declaration upon examination and inspection of the original Exhibit Q and K documents and any additional original known signatures of NORA ARAYA whose signatures are in question and any additional testimony or related facts if they become available.**

NORA ARAYA
QDE CASE # EENA-08122014-01

DECLARATION OF VICTORIA PETERSEN
9

21.   I declare under penalty of perjury under the laws of the United States of America and under the laws of the States of California and under the laws of any other applicable jurisdiction, that the foregoing is true and correct.

Date: August 19, 2014,

VICTORIA PETERSEN
COURT QUALIFIED
QUESTIONED DOCUMENT EXAMINER

NORA ARAYA
QDE CASE # EENA-08122014-01

DECLARATION OF VICTORIA PETERSEN
10

129

# EXHIBIT A

## Curriculum Vitae

## VICTORIA PETERSEN, BS

### Forensic Document Examiner

As a Graduate with a Bachelor of Science Degree (Business Administration) and an Associate of Arts Degree (Communications Science) from Universidad Autonoma del Caribe, Barranquilla, Colombia, S.A., in 2009, I was offered a formal training program (apprenticeship) in the field of Forensic Document Examination by Jess Dines.

The training program consisted of 24 months, full-time, under the direct instruction, and daily supervision, of Jess Dines. This training program was completed in accordance with ASTM International Standard E-2388 *(Standard Guide for Minimum Training Requirements for Forensic Document Examiners).* Some of the areas of instruction included in the program are as follows:

- Evidence Handling Procedures

- Handwriting/Hand Printing Examinations

- Photography and Digital Imaging

- Alterations, Obliterations and Erasures

- Expert Witness and Legal Proceedings

During my training, I was also responsible for conducting vast research regarding the various handwriting/document issues as they related to each of the cases that were submitted to the laboratory for analysis. This task was generally completed through extensive review and study of the leading authoritative texts and peer-reviewed journal articles published within the Forensic Document Examination field.

In addition to forensic handwriting analysis, I am especially skilled in handwriting examination and comparison of signatures all of which can be part of a real estate fraud or check fraud, deeds, wills and agreements. I have worked at Mr. Dines' laboratory and my own laboratory which includes state-of-the-art equipment and a full library of reference resources.

I have qualified and testified as an Expert Witness in the courts of Los Angeles County and Orange County.

## LABORATORY EQUIPMENT

Stereo Microscope including MA 502 IOX wide angle eyepiece; Nikon 35mm FE High Resolution Reflex Camera with 55rnm lens: Dental-Eye II Yashica camera; Polaroid Macro 5. SLR camera; U603 combination short and long wave ultraviolet lamp; L502 8 1/2 X 11 inch light box model 389; 3m overhead projector; high-intensity dual Halogen illuminator; 5X portable lamp magnifier; 23" X 30" poster printing system. MIC 940 Portable Infrared Viewer. Protactor, Plates 372H, 373H and 370H.

## REFERENCE BOOKS

Document Examiner Textbook and Expert Witness Manual, Pantex Int. Ltd. by Jess E. Dines, Questioned Documents by Albert S. Osborne: Scientific Examination of Questioned Documents· Ordway Hilton; Introduction to Handwriting Examination - Bradford and Bradford; Suspect Documents, Wilson Harrison; Fundamentals of Document Examination· Edna W. Robertson; Forensic Examination of Ink and Paper- Richard L. Brunelle; The Expert Witness Handbook, Dan Poynter; Black's Law Dictionary. Evidential Documents, James Conway; Law of Disputed and Forged Documents, J.Newton Baker. Questioned Document Case Studies, L.V. Caputo.

**Available for matters Involving:**

Digital Signatures
Real Estate Transactions
Corporate Investigations
General Civil Litigation
Anonymous Letters
Areas of Expertise & Services Offered Involving:
Typewriting Classification & Identification
Signature & Handwriting Identification
Detection of Altered Documents
Computer-Generated Documents
Photocopy Manipulations
Consulting

**Examined Documents & Recently Rendered Conclusions on Behalf of:**

David Payab, Esq. Woodland Hills
Farbood Majd, Esq., Beverly Hills
Michael Rogers, Esq., San Diego
George S. Wass, Esq. – Palm Springs
Dimitry Mazisyuk, Esq. – Sherman Oaks
Bruce J. Guttman, Esq. – Los Angeles
George N. Nicoletti Esq..—Westlake Village
Michael Finley, Esq. – Valencia
Ramon Gonzalez, Esq.—Los Angeles
Several Private Individuals

**Examined Documents & Rendered Independent Conclusions on Behalf of:**

Thomas Foulkrod, case # YC063906
Nick James, case # 2:11-bk-25454-VZ
Abner Pajounia, cas # 11:cv-05340-PA (MAN)
Edmond Adaimy, cas # CV11-09871 GHK (AGRx)
Grace Fakhoury, case # BC438122
Cesar Orozco, case # BC 445517
Gregory Ward v. Recontrust
Cindy George, case # 1201173
Stuart Horn, case # 1201170
Kenneth Menis v. NDex West
Widya Susanto, case # 30-2011-00502338
Fernando Ramirez v. HSBC
Martha Alvarez v. Cal-Western
Sayel Fakhoury v. Cal-Western
Luz Stella Chirino, case # CV11-07179 JAK (PJWx)
Randell Wiggins, case # GC050101
OneWest Bank v. Adeara Bianchi
Bank of America v. Carlita Hodges
Citibank v. Byron Lopez
Bank of America v. Steven Quick
Josefina Ramos, case # 2:11-cv-05959-ODW -MRW
Cynthia Chitupatham, case # 11B00437
Darla Goguin, case # 8:10-bk-21253-RK
Dennis Devorin, case # 2:11-bk-10648-ER
Dennis Mitchell, case # 10U01766
Jeff Reagan v Aurora Loan Services

Jorge Alberto Gomez, case # 10H03184
Kelli Swedensky v FCI Lender Services
Steven Melton v. Recontrust
Melvin Keith, case # 2:12-ap-02434-BR
Robert Brown, case # 2:12-bk-26292-BR
Peter Goossens v. Recontrust
Randi Sorenson, case # 56-2012-00416880-CO-OR-VTA
Daniel Riggs v. Aurora
Bernard Sokolski, case # 12B3108
Edward Wright v. Aurora
Deutsche Bank Trust v Amy Delmore, case # 30-2012 00593874
William Lockwood v CitiMortgage
Wayne Basgall v. Fanni Mae
Abraham Aghachi v. Hovsep Kouzouyan
US Bank v. Steven Schkolnik
Amelia Rivera Rana v. Wells Fargo
Sanford Gendler, Debtor, BK 2:12-bk-49960-BR
Jimmy Boyle v. Vesuvio Holdings L.L.C.
Dennis Dvorin v. Wells Fargo Bank
Robin v. Shkolnik. Case # 12B07406
KC's Plumbing v. Roberta Hall
Joseph and Beth Shuarz
Eugene Lutsenko
Logan Landers
Yvonne Jackson
Karin Weidema
Casey/Fuller v. GMZ Enterprises, LLC dba Acapulco Auto Company
Estate of Irene Pepe
REO Seastone , LP. vs. Trinidad Perez
Timothy Hatch
Dimitri Logothetis
Daniel Gal
U.S. Bank. N.A. vs. Shkolnik
Dr. Rahim Karjoo, Susan Asilzadeh vs. Rahim
Malibu Pacific Swimming Pools
Bollinger vs. Compass Group, Inc. Case No. BC 537875

Some of these cases were in conjunction with casework for Jess Dines, as part of
my training.

# EXHIBIT B

135



K-10

EXHIBIT K-10

1    8.   Should this court decide not to grant the requested disqualification as a matter of right

2    under §170.1 Civil Code of Procedure. Defendant believes that Judge H. JAY FORD, III has

3    exhibited sufficient prejudice against the Defendant for violations of her Civil rights that warrant

4    violations of "color of law", under the Federal authorities.

5        9.   Said application is made on the grounds that Judge H. JAY FORD, III is/was bias

6    and/or prejudice against Defendant NORA ARAYA in these proceedings before this court and

7    reasonable doubt exists where Judge H. JAY FORD, III was impartial in any prior proceedings

8    and certainly cannot be impartial in any future proceedings.

9        This application will be based on this application, the declaration(s) of Nora Araya, the

10   memorandum of points and authorities served and filed herewith, on the records and file herein,

11   and on such evidence as may be presented at any hearing of disqualification and/or recusal of

12   Judge H. JAY FORD, III.

13       WHEREFORE, this Defendants demand that an order be issued that Judge H. JAY

14   FORD, III be disqualified for, inter alia, his failure to perform his Constitutional and ethical duties

15   in this cause, and for his appearance of bias and actual prejudice against this Defendants.

16

17   Dated:  November 7, 2013                Respectfully submitted,

18

19   **K-1**

20                                           Nora Araya, Defendant, In pro per.

21

22

23

24

25

26                                           **EXHIBIT K-1**

27

28

---
4

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

1   • The judge referred to one of the parties—a woman in her forties— as a "lovely girl." *Marriage of Iverson* (1992) 11 CA4th 1495, 1499, 15 CR2d 70 (revealed gender bias).

2

3   • The judge's derogatory remarks about attorneys during the trial indicated bias and created an appearance of unfairness requiring reversal of the judgment in a malicious prosecution action against the attorney. *Hall v Harker* (1999) 69 CA4th 836, 843, 82 CR2d 44.

4

5   • The judge had written a letter to all counsel expressing the judge's opinion of the case, which showed that he had prejudged the issues. *Pacific & Southwest Annual Conference of United Methodist Church v Superior Court* (1978) 82 CA3d 72, 84, 147 CR 44 (preconceived opinion as to liability).

6

7

8   • The judge indicated his belief that a party's witness lacked credibility even before the witness took the stand. *In re Henry C.* (1984) 161 CA3d 646, 653, 207 CR 751; but see *People v Martinez* (1978) 82 CA3d 1, 19–21, 147 CR 208 (judge was not disqualified for giving opinion about witness's credibility based on witness's testimony and evidence presented at trial).

9

10

11     See also *In re Morelli* (1970) 11 CA3d 819, 844 n17, 91 CR 72, for a collection of sufficient showings of bias.

12

13     *Implied bias.* Under CCP §170.1(a)(6), bias may be implied from a connection

14 between a party and a judge that is not a statutory ground for disqualification under CCP

15 §170.1. For example, CJA Ethics Opinion 19 states that a judge may not hear any case

16 involving a co-employee of a former associate who had recently performed legal services for

17 the judge.

### CONCLUSION

18

19     Based on the foregoing, Defendants asks the judge of the court to recuse himself and

20 request that the presiding judge of this judicial district assign another judge to this case or refer

21 this Demand to the presiding judge of this district for a hearing on disqualification of this Judge.

22 Dated: November 7, 2013          Respectfully submitted,

23

24     **K-2**

25                     *Nora Araya*

                   Nora Araya, Defendant, In Pro Per

26

27

28

# EXHIBIT K-2

14

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

**VERIFICATION**

1

2    STATE OF CALIFORNIA                          )
                                                   ) ss.
3    COUNTY OF LOS ANGELES                        )

4

5        I, NORA ARAYA, are the Defendants in pro per in connection with this

6    Disqualification proceeding.  I have personally reviewed and am familiar with the records,

7    files and proceedings described in and the subject of the present Statement of

8    Disqualification, and know the facts set forth in the statement of Disqualification to be true

9    and correct.

10       I declare under penalty of perjury under the laws of the State of California that the

11   foregoing is true and correct.

12   Executed: NOVEMBER 7, 2013

13

14   **K-3**                         By: _____

15                                        NORA ARAYA, **DEFENDANT, In Pro Per**

16

17

18

19

20

21

22

23

24

25

26

27                                      **EXHIBIT K-3**

28

15

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

*139*

1      (7)   On September 16, 2013, Defendant never received any Exparte application nor Notice

2  of any exparte hearing and declaration providing notice is a fraud upon the court.  (See Declaration

3  of Nora Araya attesting to the vacts and evidence of such crime.)

4      (8)   The Declaration of Benjamin C. Logan was not signed under Penalty of perjury which

5  is not a legal declaration and not admissible in a court of law;

6      (9)   On October 3, 2013, Defendant never filed or served an answer to the complaint in this

7  court because I was never served any Complaint or summons as filed with this court.  This filing is

8  a fraud upon the court and the signature is a forgery in violation of California Penal Code section

9  470.  (See Declaration of Nora Araya attesting to the vacts and evidence of such crime.)

10     (10)  On September 27, 2013, Plaintiff and Chris Evans illegally filed a request for entry of

11  Clerk's default, and Clerk illegally entered default against "Specially Appearing" Defendant in

12  violation of California Code of Civil Procedure § 418.10; (See Declaration of Nora Araya attesting

13  to the vacts and evidence of such crime.)

14     (11)  The Clerk's Default is in violation of Defendant's due process rights and must be

15  recalled and/or cancelled along with the cancellation of the writ of possession;

16     (12)  Defendant is the lawful owner of the property and entitled to possession;

17     (13)  Defendant will suffer considerable hardship if the Clerk's Default and writ of

18  possession is not recalled or cancelled.

19      This application is based on the Memorandum of Points and Authorities attached

20  hereto, the declaration of NORA ARAYA, the Proposed Order granting cancellation of Clerk's

21  default and recall and/or cancelation of writ of possession filed on October 17, 2013, and upon such

22  other evidence and argument as the Court may consider at the hearing.

23  Dated: November 6, 2013       Respectfully submitted,

24

25  **K-4**       By: _Nora Araya_

                  NORA ARAYA, Specially Appearing Defendant In Pro Per

26

27

28

<div align="center">

## EXHIBIT K-4

</div>

EX PARTE NOTICE AND APPLICATION TO CANCEL CLERK'S DEFAULT AND RECALL
AND/OR CANCEL WRIT OF POSSESSION

140

1 │ of 30 days, necessary for hearings on its petition for the court and to bring alternative remedies to

2 │ prevent the injustice, damages and continuing irreparable harm.

3 │

4 │                                    CONCLUSION

5 │         For the foregoing reasons, Defendant respectfully requests that the Court issue

6 │ an order to cancel Clerk's default, default judgment and recall and/or cancel writ of

7 │ possession.

8 │ Dated: November 6, 2013                    Respectfully submitted,

9 │

10 │

11 │ K-5                              By: _Nora Araya_____

12 │                                      NORA ARAYA
   │                                      Defendant, Specially Appearing, In Pro Per

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │                                         EXHIBIT K-5

EX PARTE NOTICE AND APPLICATION TO CANCEL CLERK'S DEFAULT AND RECALL
AND/OR CANCEL WRIT OF POSSESSION

/4/

1    court. This filing is a fraud upon the court and the signature is a forgery in violation of California

2    Penal Code section 470.

3        12.    Attached hereto this declaration is Exhibit "4" a true and correct copy of

4    the illegal filing of _Opposition To Demurrer_.

5        13.    On September 16, 2013, Declarant never received any Exparte application nor Notice

6    of any exparte hearing and declaration providing notice is a fraud upon the court.

7        14.    Attached hereto this declaration is Exhibit "5" a true and correct copy of

8    the illegal filing of _Exparte Application and Notice_.

9        15.    The Declaration of Benjamin C. Logan was not signed under Penalty of perjury which

10    is not a legal declaration and not admissible in a court of law;

11        16.    Attached hereto this declaration is Exhibit "6" a true and correct copy of

12    the illegal filing of _Declaration of Benjamin C. Logan_.

13        17.    On October 3, 2013, Declarant never filed or served an answer to the complaint in this

14    court because I was never served any Complaint or summons as filed with this court. This filing is

15    a fraud upon the court and the signature is a forgery in violation of California Penal Code section

16    470.

17        18.    Attached hereto this declaration is Exhibit "7" a true and correct copy of

18    the illegal filing of _Answer To The Complaint_.

19        19.    On September 27, 2013, Plaintiff and Chris Evans illegally filed a request for entry of

20    Clerk's default, and Clerk illegally entered default against "Specially Appearing" Defendant in

21    violation of California Code of Civil Procedure § 418.10;

22        20.    Attached hereto this declaration is Exhibit "8" a true and correct copy of

23    the illegal filing of _Clerk's Entry of Default_.

24        I declare under penalty of perjury under the laws of the State of California that

25    the foregoing is true and correct.

26    DATED: November 6, 2013            Respectfully submitted,

27

28    K-6                                By: _Nora Araya_

---

2

**EXHIBIT K-6**

DECLARATION OF NORA ARAYA

142

Recording requested by:

Nora Araya

And when recorded, mail this deed and tax
statements to:

Nora Araya
PO Box 280455
Northridge, California 91328

11/05/2012

*20121680816*

## GRANT DEED

TRA: _____

APN: 2105-017-017

DOCUMENTARY TRANSFER TAX $ 0.00
EXEMPTION (R&T CODE) R & t 11911
EXPLANATION BONIFIDE GIFT
Nora Araya
Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged,

NORA ARAYA

hereby grant(s) to

Nora Araya, The Living Real Woman, Grantee,

the following real property in the City of Reseda _____, County of Los Angeles _____
California:

see EXHIBIT "A", Attached hereto and made part hereof, *EXHIBIT "B"*

Date: November 5, 2012        *Nora Araya.*        K-7
                              (Signature of declarant)
Date: _____        *NORA ARAYA*
                              (Signature of declarant)

State of California
County of Los Angeles

On November 5, 2012, before me, Gloria Olvera, Notary Public, personally appeared
Nora Araya _____, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

GLORIA OLVERA
Commission # 1957875
Notary Public - California
Los Angeles County
My Comm. Expires Nov 20, 2015

# EXHIBIT K-7

143

Recording requested by:

Nora Araya

And when recorded, mail this deed and tax statements to:

Nora Araya
PO Box 280455
Northridge, California 91328



11/05/2012

*20121680816*

## GRANT DEED

TRA: _____

APN: 2105-017-017

DOCUMENTARY TRANSFER TAX $ _0.00_
EXEMPTION (R&T CODE) R2+ 1911
EXPLANATION BONIFIDE GIFT
_Nora Araya_
Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged,

NORA ARAYA

hereby grant(s) to

Nora Araya, The Living Real Woman, Grantee,

the following real property in the City of Reseda _____, County of Los Angeles _____,
California:

see EXHIBIT "A", Attached hereto and made part hereof,   EXHIBIT "B"

K-8

Date: November 5, 2012          _Nora Araya_
                                (Signature of declarant)
Date: _____          NORA ARAYA
                                (Signature of declarant)

State of California
County of Los Angeles

On November 5, 2012, before me, Gloria Olvera, Notary Public, personally appeared Nora Araya, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

GLORIA OLVERA
Commission # 1957975
Notary Public - California
Los Angeles County
My Comm. Expires Nov 20, 2015

# EXHIBIT K-8

144

05 2180415

0684846140

By signing below Trustor accepts and agrees to the provisions of this Deed of Trust and of any rider(s) executed by Trustor concurrently therewith.

DATED at _NORTHRIDGE, California_ this _27_ day of _JUNE_, _2005_.

TRUSTOR(S):

_[signature]_            K-9
NORA ARAYA

4360 (0324/05) W6.2            BANK            Page 6 of 7

# EXHIBIT K-9

NORA ARAYA
8206 SHIRLEY AVE
RESEDA CA 91335

In Proper Persona

## CALIFORNIA SUPERIOR COURT – COUNTY OF LOS ANGELES

## SANTA MONICA COURTHOUSE

| | | |
|---|---|---|
| EAST END PROPERTIES INC | ) | Case No.  13R06761 |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEMURRER TO COMPLAINT |
| | ) | |
| | ) | [ CCP §430.10(e)] |
| vs. | ) | |
| | ) | |
| NORA ARAYA | ) | |
| | ) | |
| Defendant. | ) | Date: SEPTEMBER 30, 2013 |
| | ) | Time: 1:30 p.m. |
| | ) | Place: S |

Defendant, **NORA ARAYA**  , demurs to Complaint on the following ground:

1. The pleading does not state facts sufficient to constitute a cause of action.

Dated:  AUGUST 28, 2013

_NORA ARAYA_
NORA ARAYA
Defendant in Propria Persona

Q-1

# EXHIBIT Q-1

**DEMURRER TO COMPLAINT**                                   2

146

 

Pleading does not state facts sufficient to constitute a cause of action.

## IV

## STRICT COMPLIANCE WITH STATUTORY PROCEDURE REQUIRED

Because of the summary nature of the Unlawful Detainer Proceedings, the statutory provisions governing them must be strictly complied with. <u>Dela Vara v. Municipal Court</u> (1979) 98 CA3d 638, 159 CR 648; <u>Cal – American Income Property v. Ho</u> (1984) 161 CA3d 583; <u>Schulman v. Vera</u> (1980) 108 CA3d 552; <u>Green v. Municipal Court</u> (1975) 51 CA3d 446, 124 CR 139. In the matter at bar, the statutory provision not complied with is CC §2923.5

## V

## DEMURRER – GROUNDS

A Demurrer may be based only a defects appearing on the face of the Complaint or through matters judicially noticeable. A Demurrer does not challenge the truthfulness of the allegations in the pleading; quite to the contrary, it assumes all facts pleaded are true no matter how improbable. <u>Serrano v. Priest</u> (1971) 5 C 3d 584, 96 CR 601. In the matter at bar, the defect alleged by the Defendant appears on the face of the Complaint.

## VI

## DEFENDANT MAY APPEAR BY ANSWER OR DEMURRER

A Defendant in an Unlawful Detainer Proceeding may Object by Answer or Demurrer to the Plaintiff's pleading. CCP §1170. As such, Defendants in this proceeding is completely within their rights to submit this Demurrer to the defective Complaint field herein. For the foregoing reasons, Defendant prays that Demurrer be sustained and that the Plaintiff be allowed to amend its Complaint as required by Law.

Respectfully Submitted,

Q-2

_____

NORA ARAYA
Defendant in Propia Persona

MEMORANDUM OF POINTS AND AUTHORITIES                    4

147

EXHIBIT Q-2

FILED
LOS ANGELES SUPERIOR COURT

AUG 2 8 2013

JOHN A. CLARKE, CLERK

BY _____
                    DEPUTY

1   NORA ARAYA
    8206 SHIRLEY AVE
2   RESEDA CA 91335

3   In Proper Persona

4

5           CALIFORNIA SUPERIOR COURT - COUNTY OF LOS ANGELES

6                       SANTA MONICA COURTHOUSE

7

8   **EAST END PROPERTIES INC**              )    Case No.  **13R06761**
                                             )
9                                            )
                                             )
10                Plaintiff,                 )
                                             )    **NOTICE OF HEARING**
11                                           )
                                             )    **OF DEMURRER**
12  v.                                       )
                                             )
13                                           )
                                             )
14  **NORA ARAYA**                           )
                                             )
15                Defendant.                 )    Date:  SEPTEMBER  30, 2013
                                             )    Time: 1:30 p.m. .
16                                           )    Place:  S
                                             )
17

18  TO PLAINTIFF, **EAST END PROPERTIES INC** ,  AND TO ITS
    ATTORNEY OF RECORD.
19

20  ATTORNEYS NAME:  **H.G. LONG**

21  NOTICE IS HEREBY GIVEN that the Defendant, NORA ARAYA

22  has filed a Demurrer to the Complaint and that said Demurrer is set for hearing on

23  **SEPTEMBER 30, 2013** ,  in  **Department S** of the above-entitled court located at :

24  **1725 MAIN STREET, SANTA MONICA CA 90401, COUNTY OF LOS ANGELES**

25  Dated: AUGUST 28, 2013

26  _____

27  NORA ARAYA                              Q-3
    Defendant in Propria Persona
28

REQUEST FOR FEE WAIVER FILED
AMOUNT RECOVERABLE $

                                            **EXHIBIT Q-3**

            NOTICE OF HEARING OF DEMURRER                      i

148

## FIRST AFFIRMATIVE DEFENSE

4. The Pleading does not state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

5. Defendant asserts Plaintiff's lack of titled and/or lack of a perfected title under the authority of **EVANS V. SUPERIOR COURT** ( 1977 ) 67 CA3d 162, 136 Cal Rptr 596.

**WHEREFORE,** Defendant prays for judgment as follows:

1. **Plaintiff take nothing by its action;**

2. **For costs incurred;**

3. **For such other relief the court deems just and proper.**

Dated: OCTOBER  3, 2013

_____

NORA ARAYA

Defendant in propria persona

Q-4

# EXHIBIT Q-4

**VERIFIED ANSWER TO COMPLAINT**

2

149

## VERIFICATION

I am a Defendant in this case and I have read the within Answer to Verified Complaint.

I declare under penalty of perjury, under the laws of the state of California, that the matters stated therein are true and correct of my own knowledge, except as to any matters which are therein stated on my own information or belief, and as to those matters, I believe them to be true.

Dated: OCTOBER 3, 2013

NORA ARAYA

Defendant in propria persona

Q-5

# EXHIBIT Q-5

VERIFICATION

3

150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT K

151

1   **NORA ARAYA**
    P.O. BOX 280455
2   Northridge, CA 91328
    Ph. 818-429-8874
3
    DEFENDANT, In Pro Per
4

**FILED**
Superior Court of California
County of Los Angeles

NOV 08 2013

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy

5

6          SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                  FOR THE COUNTY OF LOS ANGELES

8                   SANTA MONICA/WEST DISTRICT

9   EAST END PROPERTIES, INC.              )   Case No.: 13R06761
                                           )
10  ,                                      )   Judge: H. JAY FORD, III
            *Plaintiff,*                   )
11                                         )   **[LIMITED JURISDICTION]**
                                           )
12       vs.                               )   **DEFENDANT'S VERIFIED STATEMENT**
    NORA ARAYA, and DOES 1-10, inclusive,  )   **OF DISQUALIFICATION OF JUDGE H.**
13                                         )   **JAY FORD, III FOR CAUSE; AND**
            *Defendant(s)*                 )   **MEMORANDUM OF POINTS AND**
14                                         )   **AUTHORITIES.**
                                           )
15                                         )   [CCP §§170.1 & 170.3]
                                           )
16                                         )
                                           )
17                                         )   DATE: November 8, 2013
                                           )   TIME: 1:30 pm
18                                         )   DEPT: S
                                           )
19                                         )
                                           )   Date Action Filed:
20                                         )   Trial Date:  Not Set
                                           )   Default Judgment entered: 9/17/13
21

22  **TO THE ABOVE ENTITLED COURT, PLAINTIFF AND ATTORNEY OF RECORD:**

23
          NOW COMES Defendant, NORA ARAYA, and hereby makes this verified statement of
24
    disqualification to this Court to issue an order disqualifying Judge H. JAY FORD, III from the
25
    above entitled matter under *California Code of Civil Procedure* §170.1, and any other applicable
26
    statutes and/or rules, due to his extreme personal bias and prejudice against Defendant NORA
27
    ARAYA and crimes committed under color of law. In addition, Defendant makes application for
28

                                         1
    DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

                                        152

the court to conduct an investigation into any and all improprieties and crimes that may exist with this and related Unlawful Detainer cases in this court in which he presided over due to any perceived conspiracy and/or collusion with Plaintiff's counsel, Attorney for Plaintiff in a proceeding conducted where an attorney from THE LAW OFFICE OF KIMBALL, TIREY & ST. JOHN, LLP has been before Judge H. JAY FORD, III, in which a Defendant in an unlawful Detainer Action, after an illegal trustee sale pursuant to *California Code of Civil Procedure* §1161a and abuse of process based on forged documents, in which the defendant was deprived of her constitutional rights upon an sham complaint.

**The grounds for such disqualification are as follows:**

1.    The Defendant charges Judge H. JAY FORD, III with personal bias and prejudice against Defendant for various reasons, including, but not limited to, denying, depriving, and overlooking Defendant's Due Process Rights; violating the Constitutional Rights of Defendant by not having her motions heard and ruled upon in accordance with law, which denies the Defendant of meaningful access to the courts; and deprive Defendant of a meaningful hearing on the merits of her causes; The California Constitution provides that "a person may not be denied due process of law or denied equal protection of the laws" as stated in the California Constitution, Article I, Section 7. Judge H. JAY FORD, III has deliberately manipulated the hearings in this case and issued an order intentionally denying her rights under the laws of this state by depriving Defendant of her due process rights and equal protection of the law, which clearly has violated due process clauses of the California and United States Constitutions.

2.    The Defendant further charges Judge H. JAY FORD, III with violation of his Oath to be an impartial Judge, when he did not uphold the U.S. and State Constitution in this matter for due process and equal protection under law, **California Constitution, Article I, Section 7**. Judge H. JAY FORD, III's actions in denying, depriving, and overlooking the Defendant's legal and constitutional rights were prejudicial against the Defendants. Judge H. JAY FORD, III did not faithfully and impartially discharge and perform all the mandated duties incumbent upon him. Judge H. JAY FORD, III acted without jurisdiction.

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

153

3.    Judge H. JAY FORD, III has effectively denied the Defendants of the rights of the equal protection under the law under **Article VI of the U.S. Constitution**. Judge H. JAY FORD, III has been prejudicial and biased against the Defendant, by Judge H. JAY FORD, III refusal to rule pursuant to the Supreme Law of the Land. Judge H. JAY FORD, III has deprived the Defendant of the equal protection of the law, by not applying the Supreme Law of the Land to the Defendant's position.

4.    Judge H. JAY FORD, III has effectively committed Judicial misconduct which goes to the extent of deliberately obstructing justice and violating the "color of law" statute, pursuant to United States code.

5.    On November 7, 2013, Defendant was present during the hearing of Defendants' Exparte Application to obtain a stay on an illegal Writ of possession in which she never knew of the action, nor signed or served any document with the record of this case. On this date she specially appeared on the exparte hearing in which she was denied the right to be heard on the motion and someone allegedly stood in for the law firm and the record does not show whether she is the attorney of record or even and attorney licensed to practice in this state.

6.    On November 7, 2013, Defendant, expressly stated that the complaint was a sham and improperly before the court as procured by a fraud upon the court and subsequently moved for a stay on these aforementioned grounds. Judge's duty pursuant to his oath of office to protect the rights of all parties and administer the law as a duty of his position upon the court to inquire into the elements of the pleadings before the court.

7.    On November 7, 2013, Defendant, charges Judge Ford with willful and deliberate obstruction of justice for reckless disregard for the rights of Defendants and allow a fraud to be committed upon the court where the Plaintiff has never establish upon the record that it is a lawful Real-Party in Interest to the action which is foundational in establishing  put forth any witnessed the Clerk of the Department outright refuse to take her exparte papers denying her access to the court which was extremely rude and condensing to her while she was trying to exercise her civil rights to gain access the court.

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

1    8.    Should this court decide not to grant the requested disqualification as a matter of right

2    under §170.1 Civil Code of Procedure. Defendant believes that Judge H. JAY FORD, III has

3    exhibited sufficient prejudice against the Defendant for violations of her Civil rights that warrant

4    violations of "color of law", under the Federal authorities.

5    9.    Said application is made on the grounds that Judge H. JAY FORD, III is/was bias

6    and/or prejudice against Defendant NORA ARAYA in these proceedings before this court and

7    reasonable doubt exists where Judge H. JAY FORD, III was impartial in any prior proceedings

8    and certainly cannot be impartial in any future proceedings.

9    This application will be based on this application, the declaration(s) of Nora Araya, the

10    memorandum of points and authorities served and filed herewith, on the records and file herein,

11    and on such evidence as may be presented at any hearing of disqualification and/or recusal of

12    Judge H. JAY FORD, III.

13    WHEREFORE, this Defendants demand that an order be issued that Judge H. JAY

14    FORD, III be disqualified for, inter alia, his failure to perform his Constitutional and ethical duties

15    in this cause, and for his appearance of bias and actual prejudice against this Defendants.

16

17    Dated:  November 7, 2013                    Respectfully submitted,

18

19

20                                        Nora Araya, Defendant, In pro per.

21

22

23

24

25

26

27

28

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants NORA ARAYA submits the following memorandum of points and authorities in support of his application as follows:

## I. INTRODUCTION

Defendants NORA ARAYA brings this application to disqualify Judge H. JAY FORD, III because he has violated the California Judicial Cannons, his oath of office and has exhibited conduct specifically covered under *California Code of Civil Procedure* §170.1(a) (6) that any reasonable person in a court room would believe him to be prejudice and bias against Defendants. His conduct during the exparte hear to not hear her exparte motion deprived Defendant of her due process rights under law.

Judge H. JAY FORD, III's actions are not only unconscionable, but a violation of Defendants constitutional and civil rights of equal protection under the law which demonstrates impartiality. His conduct can only be characterized as a deliberate obstruction of justice and abuse of his powers.

Further, his decision deny her the right to be heard, further demonstrates his bias and impartiality.

More importantly it appears that this deliberate obstruction of justice may be the result of collusion and conspiracy to interfere with Defendant's civil rights under the law, which exceeds his legal error and abuses of discretion in this case.

Due to his extreme bias and prejudice which are clearly blatant violations of law, he should be disqualified from this case so as to not further injure and damage Defendants in this case before this court due to his impartiality.

For the reasons set forth below, there is valid basis for his disqualification.

\\\
\\\
\\\
\\\

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

## II. ARGUMENT

### A. THE STANDARD GOVERNING DISQUALIFICATION OF JUDGES.

*Pursuant to Code of Civil Procedure §170.1, which states:*

(a) A judge shall be disqualified if any one or more of the following is true:

(1) (A) The judge has personal knowledge of disputed evidentiary facts
concerning the proceeding.
(B) A judge shall be deemed to have personal knowledge within the meaning
of this paragraph if the judge, or the spouse of the judge, or a person within
the third degree of relationship to either of them, or the spouse of such a
person is to the judge's knowledge likely to be a material witness in the
proceeding.

(2) (A) The judge served as a lawyer in the proceeding, or in any other
proceeding involving the same issues he or she served as a lawyer for any
party in the present proceeding or gave advice to any party in the present
proceeding upon any matter involved in the action or proceeding.
(B) A judge shall be deemed to have served as a lawyer in the proceeding if
within the past two years:
(i) A party to the proceeding or an officer, director, or trustee of a party
was a client of the judge when the judge was in the private practice of
law or a client of a lawyer with whom the judge was associated in the
private practice of law.
(ii) A lawyer in the proceeding was associated in the private practice of
law with the judge.
(C) A judge who served as a lawyer for or officer of a public agency that is a
party to the proceeding shall be deemed to have served as a lawyer in the
proceeding if he or she personally advised or in any way represented the
public agency concerning the factual or legal issues in the proceeding.

(3) (A) The judge has a financial interest in the subject matter in a proceeding or
in a party to the proceeding.
(B) A judge shall be deemed to have a financial interest within the meaning
of this paragraph if:
(i) A spouse or minor child living in the household has a financial interest.
(ii) The judge or the spouse of the judge is a fiduciary who has a financial
interest.
(C) A judge has a duty to make reasonable efforts to inform himself or
herself about his or her personal and fiduciary interests and those of his or
her spouse and the personal financial interests of children living in the
household.

(4) The judge, or the spouse of the judge, or a person within the third degree of
relationship to either of them, or the spouse of such a person is a party to the
proceeding or an officer, director, or trustee of a party.

6

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

(5) A lawyer or a spouse of a lawyer in the proceeding is the spouse, former spouse, child, sibling, or parent of the judge or the judge's spouse or if such a person is associated in the private practice of law with a lawyer in the proceeding.

**(6) (A) For any reason:**
    (i) The judge believes his or her recusal would further the interests of justice.
    (ii) The judge believes there is a substantial doubt as to his or her capacity to be impartial.
    **(iii) A person aware of the facts might reasonably entertain a doubt that the judge would be able to be impartial.**
    **(B) Bias or prejudice toward a lawyer in the proceeding may be grounds for disqualification.**

(7) By reason of permanent or temporary physical impairment, the judge is unable to properly perceive the evidence or is unable to properly conduct the proceeding.

(8) (A) The judge has a current arrangement concerning prospective employment or other compensated service as a dispute resolution neutral or is participating in, or, within the last two years has participated in, discussions regarding prospective employment or service as a dispute resolution neutral, or has been engaged in such employment or service, and any of the following applies:
    (i) The arrangement is, or the prior employment or discussion was, with a party to the proceeding.
    (ii) The matter before the judge includes issues relating to the enforcement of either an agreement to submit a dispute to an alternative dispute resolution process or an award or other final decision by a dispute resolution neutral.
    (iii) The judge directs the parties to participate in an alternative dispute resolution process in which the dispute resolution neutral will be an individual or entity with whom the judge has the arrangement, has previously been employed or served, or is discussing or has discussed the employment or service.
    (iv) The judge will select a dispute resolution neutral or entity to conduct an alternative dispute resolution process in the matter before the judge, and among those available for selection is an individual or entity with whom the judge has the arrangement, with whom the judge has previously been employed or served, or with whom the judge is discussing or has discussed the employment or service.

**(B) For the purposes of this paragraph, all of the following apply:**
    (i) "Participating in discussions" or "has participated in discussion" means that the judge solicited or otherwise indicated an interest in accepting or negotiating possible employment or service as an alternative dispute resolution neutral or responded to an unsolicited statement regarding, or an offer of, such employment

or service by expressing an interest in that employment or service, making any inquiry regarding the employment or service, or encouraging the person making the statement or offer to provide additional information about that possible employment or service. If a judge's response to an unsolicited statement regarding, a question about, or offer of, prospective employment or other compensated service as a dispute resolution neutral is limited to responding negatively, declining the offer, or declining to discuss such employment or service, that response does not constitute participating in discussions.

(ii) "Party" includes the parent, subsidiary, or other legal affiliate of any entity that is a party and is involved in the transaction, contract, or facts that gave rise to the issues subject to the proceeding.

(iii) "Dispute resolution neutral" means an arbitrator, mediator, temporary judge appointed under Section 21 of Article VI of the California Constitution, referee appointed under Section 638 or 639,
special master, neutral evaluator, settlement officer, or settlement facilitator.

(b) A judge before whom a proceeding was tried or heard shall be disqualified from participating in any appellate review of that proceeding.

(c) At the request of a party or on its own motion an appellate court shall consider whether in the interests of justice it should direct that further proceedings be heard before a trial judge other than the judge whose judgment or order was reviewed by the appellate court.

## Requirements for Statement of Disqualification

Any party may challenge a judge for cause by filing a written, verified statement with the clerk's office objecting to the hearing or trial before the judge and setting forth the facts constituting the basis for the disqualification. CCP §170.3(c)(1). Copies of the statement must be served on all parties or on any of their attorneys who have appeared. CCP §170.3(c)(1); see *McCartney v Superior Court* (1990) 223 CA3d 1334, 1340, 273 CR 250 (statement in reply to opposition to disqualification statement does not satisfy notice requirements of CCP §170.3). A copy must be personally served on the judge who is alleged to be disqualified, or on his or her courtroom clerk, provided that the judge is present in the courthouse or in chambers. See CCP §170.3(c)(1).

Generally, a statement of disqualification is not a motion, and the determination of the disqualification is outside the law and motion rules. *Urias v Harris Farms, Inc.* (1991) 234 CA3d 415, 422, 285 CR 659. Many judges do not require strict compliance with the statutes. For example, although CCP §170.3(c)(1) refers to a verified statement, a declaration under penalty of perjury may be sufficient. See *Urias v Harris Farms, Inc., supra,* 234 CA3d at 421 n4; *Hollingsworth v Superior Court* (1987) 191 CA3d 22, 25, 236 CR 193. However, a failure to provide a statement of reasons for the disqualification waives the challenge. *Roth v Parker* (1997) 57 CA4th 542, 549, 67 CR2d 250. A statement that merely contains allegations on information and belief or conclusions is insufficient, and the judge against whom the statement is filed may strike it. *Bear Creek Master Ass'n v Edwards* (2005) 130 CA4th 1470, 1474, 31 CR3d 337. If the alleged bias set forth in the statement of disqualification is merely based on dissatisfaction with the judge's rulings, the judge properly strikes the statement because it does not show legal cause for the challenge. 130

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

1  CA4th at 1474. The judge may also strike a statement that is not verified. *Bompensiero v Superior Court* (1955) 44 C2d 178, 183, 281 P2d 250.

2  An oral disqualification motion is insufficient, even if the challenged judge issues a written order denying it. A challenging party waives the challenge by failing to file a verified written statement that complies with CCP §170.3(c)(1). *People v Bryant* (1987) 190 CA3d 1569, 1573, 236 CR 96.

Each party may file only one statement of disqualification against a judge unless facts indicating new grounds for disqualification are discovered or arise after the statement is filed. CCP §170.4(c)(3). The challenged judge may strike a subsequent statement that does not allege facts suggesting new grounds for disqualification. CCP §170.4(c)(3).

The standard for disqualification under the statute is an objective one: whether "a reasonable member of the public at large, aware of all the facts, would fairly entertain doubts concerning the judge's impartiality . . . . The existence of actual bias is not required." (*Flier* v. *Superior Court* (1994) 23 Cal.App.4th 165, 170; accord *United Farm Workers of America* v. *Superior Court* (1985) 170 Cal.App.3d 97, 104.)

**B.  JUDGE H. JAY FORD, III SHOULD RECUSE HIMSELF IN THE INTEREST OF JUSTICE.**

*Pursuant to CCP §170.1(A)(6)(i) which states*:

"The judge believes his or her recusal would further the interests of justice."

The above stated case was assigned on June 28, 2013 to Judge H. JAY FORD, III and all matters were to be addressed by this judge at the time of assignment. Judge H. JAY FORD, III has demonstrated his partiality during this case by bifurcation of the Defendants motions and Plaintiff's motions before the court to be heard on different dates which has prejudiced Defendants. Judge H. JAY FORD, III has allowed Plaintiff and unfair advantage to have there motion for summary Judgment to be heard before Defendants Motions that are material to the disposition of the case.

Therefore, in the interest of justice Judge H. JAY FORD, III should recuse himself to an impartial judge and the case be reassigned to an impartial Judge.

Defendant feels that she could never get a fair trial in this court nor due process.

9

**C. JUDGE H. JAY FORD, III SHOULD RECUSE HISSELF IF SHE BELIEVES
THERE IS A SUBSTANTIAL DOUBT AS TO HER CAPACITY TO BE
IMPARTIAL.**

*Pursuant to CCP §170.1(A)(6)(ii) which states:*

"The judge believes there is a substantial doubt as to his or her capacity to be impartial."

Section 170.1, subdivision (A)(6)(ii) requires a Judge to recuse herself if there is

substantial doubt as to her capacity to be impartial.

It is clear by the fact that Judge MICHAEL S. MCCARTIN's statements in open court

that "we are in recess" before Defendant Dan Shabtai was given the opportunity to be heard and

not returning to the bench, is an indication that suggests his actual bias against Defendant Dan

Shabtai.

Clearly there is a substantial doubt as to his capacity to be impartial.

**D. JUDGE H. JAY FORD, III HAS VIOLATED CANON 2(A) BY NOT
PROMOTING PUBLIC CONFIDENCE**

Cannon 2(A) [Promoting Public Confidence] states: A Judge shall respect and comply

with the law and shall act at all times in a manner that promotes public confidence in the integrity

and impartiality of the judiciary.

Defendants' Declarations clearly specifies the facts in supporting that Judge H. JAY

FORD, III does not respect nor comply with the laws of this State to promote public confidence

and clearly he refuses to comply with law and has exhibited no respect for the law, nor does he

demonstrate any integrity and impartiality to serve public interest by rulings that defies logic and

goes against the legislative intent that supports enforcement of violations of the governing

documents. He fails to promote public confidence by simply validating unlawful conduct and

denial of due process rights.

**E. JUDGE H. JAY FORD, III HAS VIOLATED HIS ADJUDICATIVE
RESPONSIBILITIES.**

DEFENDANTS' VERIFIED STATEMENT OF DISOUALIFICATION OF JUDGE FOR CAUSE

161

1    Cannon 3(B)(4) ) [Adjudicative Responsibilities] states, in pertinent part: "A Judge shall
2    be patient, dignified, and courteous to litigants, jurors, witnesses, lawyers, and others to whom the
3    judge deals in an official capacity…".

4    Cannon 3(B)(5) [Adjudicative Responsibilities] states, in pertinent part: "A Judge shall
5    perform judicial duties without bias or prejudice…".

6    Cannon 3(B)(7) [Adjudicative Responsibilities] states, in pertinent part: "A Judge shall
7    accord to every person who has a legal interest in a proceeding, or that person's lawyer, full right
8    to be heard according to law. ".

9    Judge H. JAY FORD, III has failed to conduct himself in a patient, dignified and courteous
10   manner to Defendants in the hearing on November 6, 2013.  This misconduct is a violation of his
11   oath of office and demonstrates his personal bias and prejudice against Defendants. Defendants
12   believe this conduct is the result of partiality to Attorney, for which Defendant requests an
13   investigation into Judge H. JAY FORD, III's affiliation and relation with Attorney for Plaintiff.

14

15   **F.   JUDGE H. JAY FORD, III IS GUILTY OF THE GROUNDS OF CCP §170.1.**

16   The purpose of section 170 is to insure that a party is given a fair and impartial trial; it is
17   not intended to be a device by which one party can inordinately delay the **judicial** proceedings.
18   (People ex rel. Air Resources Bd. v. Superior Court (1981) 125 Cal.App.3d 10 , 17 [177 Cal.Rptr.
19   816].)

20   Code of Civil Procedure, section 170.1, subdivision (b)(6), clearly states that a judge shall
21   be disqualified for any reason, if the judge believes his recusal would further the interests of
22   justice. Clearly Judge H. JAY FORD, III believes that validating unlawful recorded amendments
23   to circumvent the due process rights of Plaintiff for Defendants to absolve their personal liability
     and render a judgment to Plaintiff ineffectual furthers the interest of justice.

24

25   **1.    Personal Knowledge**

26   Judges who have personal knowledge of disputed evidentiary facts in
     proceedings assigned to them must recuse themselves. CCP §170.1(a)(1)(A). A
27   judge is deemed to have "personal knowledge" if the judge knows that the judge,
     his or her spouse, or a relative within the third degree of kinship to either of them
28

---

11

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

162

or the spouse of such a person is likely to be a material witness in the proceeding. CCP §170.1(a)(1)(B). The civil law system is used to calculate the degree of relationship. CCP §170.5(d). It includes direct descendants within three generations (*e.g.*, the judge's great-grandchildren) and relatives through a common ancestor measuring three generations back to the ancestor and down to the relative (*e.g.*, the judge's nephews and nieces, but not cousins). See *People v Williams* (1997) 16 C4th 635, 652–653, 66 CR2d 573 (judge's daughter's husband's nephew does not qualify as "a person within the third degree of relationship" to judge). An example of disqualification for personal knowledge is found in *People v Avol* (1987) 192 CA3d Supp 1, 6, 238 CR 45 (judge's ex parte inspection of property violated defendant's right to controvert evidence, but did not violate due process right or require reversal given overwhelming evidence and complete lack of showing of prejudice that might have required recusal).

## 2.    Interests of Justice, Bias, and Appearance of Bias

*In general.* A judge is disqualified if
- The judge believes that recusal would serve the interests of justice (CCP §170.1(a)(6)(A)(i)),
- The judge has substantial doubt that he or she could be impartial (CCP §170.1(a)(6)(A)(ii)), or
- A person who was aware of the facts might reasonably entertain a doubt about the judge's impartiality (CCP §170.1(a)(6)(A)(iii)); Commentary to Cal Rules of Ct, Code of Judicial Ethics, Canon 3E. See *Housing Auth. of Monterey County v Jones* (2005) 130 CA4th 1029, 1041–1042, 30 CR3d 676 (judge who decided pretrial motions against defendant in limited civil case was disqualified under CCP §170.1(a)(6)(A)(iii) from sitting on appellate division panel that heard defendant's appeal); *DCH Health Servs. Corp. v Waite* (2002) 95 CA4th 829, 833, 115 CR2d 847 (recusal may be required on basis of mere appearance of impropriety); *Gai v City of Selma* (1998) 68 CA4th 213, 230–233, 79 CR2d 910 (this provision does not apply to administrative hearing officers).

*Examples.* The most common examples of disqualifying bias are a judge's personal bias against a party, which may not be waived (CCP §170.3(b)(2)(A)), and bias toward a lawyer in the proceeding (CCP §170.1(a)(6)(B)). See *In re Buckley* (1973) 10 C3d 237, 256, 110 CR 121 (judge must be so personally embroiled with lawyer that judge's capacity for impartiality is destroyed). Bias toward a witness is also grounds for disqualification. *In re Henry C.* (1984) 161 CA3d 646, 653, 207 CR 751.

*Objective standard.* Judges should use an *objective* standard in deciding whether a person aware of the facts might entertain doubts concerning the judge's impartiality. *Briggs v Superior Court* (2001) 87 CA4th 312, 319, 104 CR2d 445; *Flier v Superior Court* (1994) 23 CA4th 165, 170, 28 CR2d 383; see *Roitz v Coldwell Banker*

12

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

Residential Brokerage Co. (1998) 62 CA4th 716, 723, 73 CR2d 85 (standard for arbitrator). In deciding the question of recusal, judges should ask themselves if a reasonable person would entertain such doubts looking at the circumstances at the present time. *United Farm Workers of Am. v Superior Court* (1985) 170 CA3d 97, 104, 216 CR 4. See *Ceriale v AMCO Ins. Co.* (1996) 48 CA4th 500, 506, 55 CR2d 685 (relationship between arbitrator and attorney for party, although indirect, could raise doubts about arbitrator's impartiality).

*No actual bias required.* Actual bias need not be present. *Roitz v Coldwell Banker Residential Brokerage Co., supra,* 62 CA4th at 723. If an average person could entertain doubt about the judge's impartiality, disqualification is mandated. *Catchpole v Brannon* (1995) 36 CA4th 237, 246, 42 CR2d 440. An appellate court will not speculate about whether the bias was actual or merely apparent; reversal is required in such a case, with remand of the matter to a different judge for a new hearing on all issues. CCP §170.1(c); *In re Wagner* (2005) 127 CA4th 138, 147–149, 25 CR3d 201; *Roitz v Coldwell Banker Residential Brokerage Co., supra,* 62 CA4th at 723; *Catchpole v Brannon, supra,* 36 CA4th at 247; discussion in §§2.20–2.21.

### 3.    Bias Found

*Examples.* Situations in which bias was found include when:

- The judge interrupted and yelled loudly and angrily at counsel and a litigant, and told a joke that suggested bias. *Dodds v Commission on Judicial Performance* (1995) 12 C4th 163, 176–177, 48 CR2d 106 (prejudicial conduct).

- The judge accepted gifts and favors from attorneys appearing in the judge's court. *Adams v Commission on Judicial Performance* (1995) 10 C4th 866, 904, 42 CR2d 606 (this required disqualification with respect to matters involving these attorneys or their firms).

- A retired judge who was selected as a neutral third arbitrator had previously served as an arbitrator selected by one of the parties. *Kaiser Found. Hosp., Inc. v Superior Court* (1993) 19 CA4th 513, 516–517, 23 CR2d 431. See CCP §170.1(a)(8) (disqualification for service as dispute resolution neutral), discussed in §2.19.

- The judge stated that he considered sexual harassment cases a misuse of the judicial system and found that the plaintiff lacked credibility, based on stereotypical attitudes and misconceptions. *Catchpole v Brannon* (1995) 36 CA4th 237, 262, 42 CR2d 440 (this constituted gender bias).

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

164

1
- The judge referred to one of the parties—a woman in her forties— as a "lovely girl."
2
  *Marriage of Iverson* (1992) 11 CA4th 1495, 1499, 15 CR2d 70 (revealed gender bias).

3
- The judge's derogatory remarks about attorneys during the trial indicated bias and created an appearance of unfairness requiring reversal of the judgment in a malicious
4
  prosecution action against the attorney. *Hall v Harker* (1999) 69 CA4th 836, 843, 82 CR2d 44.

5
- The judge had written a letter to all counsel expressing the judge's opinion of the
6
  case, which showed that he had prejudged the issues. *Pacific & Southwest Annual Conference of United Methodist Church v Superior Court* (1978) 82 CA3d 72, 84,
7
  147 CR 44 (preconceived opinion as to liability).

8
- The judge indicated his belief that a party's witness lacked credibility even before the witness took the stand. *In re Henry C.* (1984) 161 CA3d 646, 653, 207 CR 751;
9
  but see *People v Martinez* (1978) 82 CA3d 1, 19–21, 147 CR 208 (judge was not disqualified for giving opinion about witness's credibility based on witness's
10
  testimony and evidence presented at trial).

11
    See also *In re Morelli* (1970) 11 CA3d 819, 844 n17, 91 CR 72, for a collection of sufficient showings of bias.
12

13
    *Implied bias.* Under CCP §170.1(a)(6), bias may be implied from a connection
14
between a party and a judge that is not a statutory ground for disqualification under CCP
15
§170.1. For example, CJA Ethics Opinion 19 states that a judge may not hear any case
16
involving a co-employee of a former associate who had recently performed legal services for
17
the judge.

18
## CONCLUSION

19
    Based on the foregoing, Defendants asks the judge of the court to recuse himself and
20
request that the presiding judge of this judicial district assign another judge to this case or refer
21
this Demand to the presiding judge of this district for a hearing on disqualification of this Judge.

22
Dated: November 7, 2013            Respectfully submitted,

23

24

25                                 _____
                                   Nora Araya, Defendant, In Pro Per
26

27

28

<center>14</center>

DEFENDANTS' VERIFIED STATEMENT OF DISQUALIFICATION OF JUDGE FOR CAUSE

165

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT L

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

166

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 04/06/15

DEPT. 72

HONORABLE RUTH ANN KWAN        JUDGE | S. BARRERA        DEPUTY CLERK

HONORABLE                JUDGE PRO TEM       ELECTRONIC RECORDING MONITOR
#13                                    PRO-TEMPORE REPORTER ON BC528166
       M. RODRIGUEZ, C.A.    Deputy Sheriff | KELLI NORDEN CSR # 7200    Reporter

| | |
|---|---|
| 11:00 am BC574407 | Plaintiff   NORA ARAYA (X) PRO-PER Counsel |
| NORA ARAYA VS EAST END PROPERTIES INC ET AL | Defendant Counsel   DAVID J. MYERS (X) |

**NATURE OF PROCEEDINGS:**

COURT ORDER RE: NOTICE OF RELATED CASES;

The Court finds that it has a financial interest in Bank of America, therefore at the direction of Department One, the Court orders BC574407 and BC528166 are unrelated. The Court order issued on 3/27/2015 is ordered vacated. The Court orders BC574407 reassigned back to Department 73, Judge Rafael Ongkeko.

Notice is waived.

Page   1 of   1   DEPT. 72

MINUTES ENTERED
04/06/15
COUNTY CLERK

167

68

1
2
3

# EXHIBIT M

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

33

1  Reid H. Breitman, SBN 179355
2  David J. Myers, SBN 114234, *Of Counsel*
   **KUZYK LAW, LLP**
3  1417 Via Anita
   Pacific Palisades, CA 90272
4  Tel.: (310) 701-5517
   Fax: (310) 997-2110
5

6  Attorneys for Plaintiff
7  EAST END PROPERTIES, INC.

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA
9          FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
10

11 EAST END PROPERTIES, INC., a          )
   California corporation,                ) Case No.  BC528166
12                                        )
            Plaintiff,                    ) Hon. David Sotelo
13                                        ) Dept.: 40
       vs.                                )
14                                        )
   DAVID ALAN BOUCHER, an individual,     )
15 NORA ARAYA, an individual; ASHLEY C.   )
   FANCHER, an individual; WESTERN        ) **JUDGMENT AFTER TRIAL FOR**
16 SURETY COMPANY, a South Dakota         ) **CANCELLATION OF INSTRUMENTS,**
   corporation; and ALL CLAIMING LEGAL    ) **DECLARATORY RELIEF, QUIET TITLE,**
17 OR EQUITABLE RIGHT, TITLE, LIEN,       ) **AND SLANDER OF TITLE [PROPOSED]**
   ESTATE OR INTEREST IN THE              )
18 PROPERTY COMMONLY KNOWN AS             )
   8206 SHIRLEY AVENUE, RESEDA,           )
19 CALIFORNIA 91335 AND FURTHER           ) Trial Date:  July 11, 2016
   DESCRIBED IN THE COMPLAINT             ) Time:        8:30 a.m.
20 ADVERSE TO THE TRUSTEE'S DEED          ) Dept.:       40
   DATED OCTOBER 20, 2009; and DOES       )
21 1 through 100, inclusive,              )
                                          )
22                                        )
            Defendants.                   )
23                                        ) Case filed: November 19, 2013
                                          )
24                                        )
                                          )
25

26

27

28

-1-
**JUDGMENT AFTER TRIAL [PROPOSED]**

Ex. 1
110

1    The above-entitled cause came on for trial before the Honorable David Sotelo,

2  Superior Court Judge presiding, at 8:30 a.m. on January 19, 2016, in Department 40 of

3  the Los Angeles Superior Court, located at 111 N. Hill Street, Los Angeles, CA 90012.

4    Plaintiff East End Properties, Inc., a California corporation ("EAST END

5  PROPERTIES") appeared through its attorneys of record herein, KUZYK LAW, LLP,

6  and David J. Myers, Esq., Of Counsel.  Defendant NORA ARAYA ("ARAYA") appeared

7  in pro per/through *in the initial READINESS DISCUSSIONS THAN left*

8  *the courtroom, DID NOT Return as ordered for trial* Prior to the commencement of trial, EAST END PROPERTIES presented and *AN, Did,*

9  filed with the Court a written Stipulation for Entry of Judgment for Cancellation of *onsu, tho f*

10  Instruments, Declaratory Relief and to Quiet Title (the "Stipulation") entered into by and *No. s*

11  between EAST END PROPERTIES and Defendant SAN BERNADINO COUNTY *trgu, ho*

12  PUBLIC ADMINISTRATOR, as administrator of the ESTATE OF DAVID ALAN *cou*

13  BOUCHER (the "BOUCHER ESTATE"). *Plaintiff*

14    Thereafter, the matter proceeded to a bench trial on the four causes of action *Sentud an unbn TRIA*

15  alleged in the Complaint against ARAYA, for (1) Cancellation of Written Instruments; (2) *@*

16  Quiet Title; (3) Slander of title; and (4) Declaratory Relief Re: Interest in Real Property.

17  The Court, after having reviewed the Stipulation, and hearing the evidence submitted by

18  EAST END PROPERTIES and ARAYA, and the arguments of their attorneys herein,

19  finds that jurisdiction exists over this matter and enters the following Judgment:

20    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

21    1.    Judgment is entered in favor of EAST END PROPERTIES and against the

22  BOUCHER ESTATE and ARAYA as to the First, Second and Fourth Causes of Action

23  of Plaintiff's Complaint on file herein for (1) Cancellation of Written Instruments; (2)

24  Quiet Title; and (3) Declaratory Relief Re: Interest in Real Property;

25    2.    The purported "Grant Deed" executed by David Alan Boucher for Bank of

26  America, N.A. to Nora Araya, recorded June 22, 2012 as Instrument No. 20120929501

27  in the Official Records of the Recorder's Office for Los Angeles County, California, (the

28  "BOUCHER GRANT DEED"), is hereby declared null and void, and is judicially

cancelled;

3.    The purported "Grant Deed" from Nora Araya to Nora Araya, The Living Real Woman, recorded November 5, 2012 as Instrument No. 20121680816 in the Official Records of the Recorder's Office for Los Angeles County, California, (the "ARAYA GRANT DEED"), is hereby declared null and void, and is judicially cancelled;

4.    ARAYA shall forthwith deliver both the original purported BOUCHER GRANT DEED and the original purported ARAYA GRANT DEED to the clerk of this court for cancellation;

5.    EAST END PROPERTIES is the sole owner in fee simple absolute of the property which is the subject of this action, commonly known as 8206 Shirley Avenue, Reseda, CA 91335 (the "PROPERTY"), legally described as follows:

LOT 56 OF TRACT 15991, IN THE CITY OF LOS ANGELES,

COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS

PER MAP RECORDED IN BOOK 484, PAGE(S) 10 TO 14,

INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY

RECORDER OF SAID COUNTY. APN NO. 2105-017-017;

6.    Both the BOUCHER ESTATE and ARAYA are hereby declared and found to have no legal or equitable interest in the PROPERTY.

7.    The Court further finds and declares that BOUCHER was never an employee, agent or representative of, was never authorized by BANK OF AMERICA to perform any acts with respect to the PROPERTY or otherwise on behalf of BANK OF AMERICA, including but not limited to execution of the BOUCHER GRANT DEED, and conveyance of the PROPERTY to ARAYA;

8.    To the extent that the BOUCHER ESTATE has agreed to or executed a conveyance of the PROPERTY to EAST END PROPERTIES by virtue of the Stipulation, or that this Judgment is deemed a conveyance, the conveyance is a "Court Ordered Conveyance Not Pursuant to Sale" as the term is understood under *Revenue & Taxation Code* § 11911.

-3-
JUDGMENT AFTER TRIAL [PROPOSED]

17P

9.    Neither the BOUCHER ESTATE nor ARAYA may make any further claim to ownership, possession, or any other legal or equitable interest of any type or character in or to the PROPERTY, by legal action or otherwise;

10.    Upon recordation of a certified copy of this Judgment with the County Recorder of the County of los Angeles, California, fee simple absolute title in and to the PROPERTY shall be vested in EAST END PROPERTIES.

11.    All other interests, liens, or encumbrances of any type or character in or to the PROPERTY claimed by the BOUCHER ESTATE, ARAYA, or anyone claiming any interest by or through BOUCHER, ARAYA, or the BOUCHER ESTATE, are hereby declared null and void, and are cancelled and extinguished.

12.    Both the BOUCHER ESTATE and ARAYA shall execute any and all other documents or instruments that EAST END PROPERTIES may request to effectuate this Judgment and to clear title to the PROPERTY, including but not limited to execute Quitclaim deeds transferring any interest they may have in the PROPERTY to EAST END PROPERTIES upon delivery to their attorneys of record herein;

13.    If either the BOUCHER ESTATE or ARAYA fail for any reason to execute any and all other documents or instruments that EAST END PROPERTIES may request to effectuate this Judgment and to clear title to the PROPERTY pursuant to Paragraph 12 above within ten (10) days of written request by EAST END PROPERTIES addressed to the current attorneys of record for the BOUCHER ESTATE and ARAYA herein, the Court may sign such documents or instruments in their place, and enter such other and further orders as deemed appropriate by the Court, upon ex parte application by EAST END PROPERTIES without notice to the BOUCHER ESTATE OR ARAYA;

14.    Except as provided herein, neither the BOUCHER ESTATE nor ARAYA shall record any further documents or instruments against the PROPERTY;

15.    EAST END PROPERTIES shall have and recover compensatory damages against ARAYA in the sum of One Hundred Thirteen Thousand _____ Dollars
One Hundred Thirteen,

JUDGMENT AFTER TRIAL [PROPOSED]

172

1 ($ _113,113_ .00), together with post-judgment interest at the legal rate of ten

2 percent (10%) per annum from the date of entry of judgment until paid;

3           16.   ~~EAST END PROPERTIES shall have and recover punitive damages~~

4 ~~against ARAYA in the sum of~~ *The Court finds that ARAYA willfully, maliciously + intentionally*
   *slandered title to the Property with the intent to defraud EAST END* ~~Dollars~~

5 ~~($                        .00), together with post-judgment interest at the legal rate of ten~~
   *PROPERTIES and BANK OF AMERICA OF OWNERSHIP of the PROPERTY.*

6 ~~percent (10%) per annum from the date of entry of judgment until paid;~~

7           17.   EAST END PROPERTIES is awarded costs of suit herein as against

8 ARAYA, pursuant to a Memorandum of Costs to be filed by EAST END PROPERTIES;

9           18.   The Court retains jurisdiction to enforce the Stipulation between EAST

10 END PROPERTIES and the BOUCHER ESTATE and this Judgment.

11          19.   The clerk is directed to enter this Judgment immediately.

12

13 Dated: _July 11, 2016_

14                                                    DAVID SOTELO, Superior Court Judge

15

16 Submitted by:

17 KUZYK LAW, LLP

18

19 By:

20      David J. Myers, *Of Counsel*
        Attorneys for Plaintiff
21      EAST END PROPERTIES, INC.

22

23

24

25

26

27

28

1

2

3

# EXHIBIT N

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

34

8206 SHIRLEY AVE   RESEDA CA 91335

| | | |
|---|---|---|
| 6/22/12 | TRANSFER TAX | $ 1,468.60 |
| 6/28/12 | LOCK SMITH | $ 70.00 |
| 6/28/12 | Lowes - locks | $ 71.79 |
| 7/6/12 | lock | $ 2.18 |
| 7/6/12 | Re - Key | $ 27.00 |
| 7-6-12 | Lowes. | $ 13.02 |
| 7-6-12 | single cylinder Lowes | |
| 7-6-12 | Home Depot | $ 4.86 |
| 7-7-12 | GARDENER | $ 50.00 |
| 7-10-12 | the drain Co. | $ 144.50 |
| 7-13-12 | Lowe's - misc. | 5.27 |
| 7-13-12 | Home Depot - closet doors + | 184.01 |
| 7-13-12 | Home depot - Misc. (see receipt) | 52.03 |
| 7-13-12 | Home Depot - Misc. | 8.01 |
| 7-13-12 | Carlos Wilson - install closets. | |
| 7-22-12 | window screens, exhaust Fan Kitchen. | 1200.00 |
| 7-22-12 | Repaired sprinklers | 300.00 |
| 7-26-12 | Finished closet | |
| | Home depot - paint | 17.37 |
| | Carlos Wilson - work | 530.00 |
| | Replaced room floor - water damage | 485.00 |
| 8-3-12 | Repair air Cond Unit. | 85.00 |
| 8-6-12 | Knob for dishwasher | 17.11 |

175

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT O

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

176

# INVESTIGATIVE REPORT

Los Angeles Police Department

Page ___ of ___   03.01.__ (2/13)

REPORT OF: __ / IN. __ / INC # V311090GP313 / DR # 1310 __ / MULTIPLE DRS ON THIS REPORT

**FORGERY**

IN. QUAL. __

| CASE SCREENING FACTORS |
|---|
| X SUSPECT/VEHICLE NOT SEEN |
| PRINTS OR OTHER EVIDENCE NOT PRESENT |
| X MO NOT DISTINCT |
| PROPERTY LOSS LESS THAN $5,000 |
| X NO SERIOUS INJURY TO VICTIM |
| ONLY ONE VICTIM INVOLVED |

**VICTIM**

LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS): NAAFA, NORA    SEX F    DESC H    HT 505    WT 125    AGE 66    DOB 5/13/47    X

ADDRESS: 19700 LULL ST. WINNETKA    ZIP 91306    PHONE (818) 429-8874    X

9137 RESEDA BLVD NORTHRIDGE 91324    (818) 998-7370    X

E-MAIL ADDRESS: NORA@NORANAAVA.COM    CELL PHONE (818) 429-8874

DR. LIC. NO. (IF NONE, OTHER ID & NO.): N0954887    FOREIGN LANGUAGE SPOKEN: __    OCCUPATION: REALTOR/GROOMER

**PREMISES** (SPECIFIC TYPE): SINGLE FAMILY RESIDENCE    ATM __

LOCATION OF OCCURRENCE: 9206 SHIRLEY AVE    1074    SAME AS V'S X    RES. __    BUS. __    R.D. ___

**ENTRY** 459/BFV POINT OF ENTRY    POINT OF EXIT    PRINTS BY PREL. INV. ATTEMPT Y / X N    OBTAINED Y / X N

| | |
|---|---|
| FRONT | |
| REAR | METHOD: |
| SIDE | |
| ROOF | |
| FLOOR | INSTRUMENT/TOOL USED: |
| OTHER | |

DATE & TIME OF OCCURRENCE: 11/07/13 1700    DATE & TIME REPORTED TO PD: 11/09/13 1415

TYPE PROPERTY STOLEN/LOST/DAMAGED: __   03.04.00 GIVEN $ __   STOLEN/LOST $ __   RECOVERED $ __   EST. DAMAGED ARSON / VAND. __

**VICT'S VEH.** (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.    NOTIFICATION(S) (PERSON & DIVISION)    CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

UNK SUSP(S) FORGED VICT'S SIGNATURE ON SUPERIOR COURT DOCUMENTATION WITHOUT VICT'S AUTHORIZATION. UNK SUSP(S) ALSO FORGED VICT'S SIGNATURE ON

MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM X    HATE CRIME/INCIDENT __    DOMESTIC VIOLENCE __

**REPORTING EMPLOYEE(S)**

INITIALS, LAST NAME: GARCIA JR    SERIAL NO. 41109    DIV/DETAIL: DESK    PERSON REPORTING: __    SIGNATURE: __    OR RECEIVED BY PHONE __

NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.

## THIS REPORT DOES NOT CONSTITUTE VALID IDENTIFICATION

### KEEP THIS REPORT FOR REFERENCE. INSTRUCCIONES EN ESPANOL AL REVERSO.

*Your case will be assigned to a detective for follow-up investigation based upon specific facts obtained during the initial investigation. Studies have shown that the presence of these facts can predict whether a detailed follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property, in a manner that is cost-effective to you, the taxpayer. Significant decreases in personnel have made it impossible for detectives to personally discuss each and every case with all crime victims. A detective will not routinely contact you, unless the detective requires additional information.*

**TO REPORT ADDITIONAL INFORMATION:** If you have specific facts to provide which might assist in the investigation of your case, please contact the detective Monday through Friday, between 8:00 A.M. and 9:30 A.M., or between 2:30 P.M. and 4:00 P.M. at telephone number (818) 374-7730 . If the detective is not available when you call, please leave a message and include the telephone number where you can be reached.

**COPY OF REPORT:** If you wish to purchase a copy of the complete report, phone (213) 486-8130 to obtain the purchase price. Send a check or money order payable to the Los Angeles Police Department to Records and Identification Division, Box 30158, Los Angeles, CA 90030. Include a copy of this report or the following information with your request: 1) Name and address of victims; 2) Type of report and DR number (if listed above); 3) Date and location of occurrence. NOTE: Requests not accompanied by proper payment will not be processed.

**DR NUMBER:** If not entered on this form, the DR number may be obtained by writing to Records and Identification Division and giving the information needed to obtain a copy of the report (see above paragraph). Specify that you only want the DR number. It will be forwarded without delay. There is no charge for this service.

**CREDIT CARDS/CHECKS:** Immediately notify concerned credit corporation or banks to avoid possibility of being liable for someone else using your stolen or lost credit card or check.

**HOW YOU CAN HELP THE INVESTIGATION OF YOUR CASE:**

* Keep this memo for reference.
* If stolen items have serial numbers not available at time of report, attempt to locate them and phone them to the detective at the listed number.
* If you discover additional losses, complete and mail in the Supplemental Property Loss form given to you by the reporting employee.
* Promptly report recovery of property.
* Promptly report additional information such as a neighbor informing you of suspicious activity at time crime occurred.

**VICTIM-WITNESS ASSISTANCE PROGRAM:** The Los Angeles City and County Victim-Witness Assistance Program (VWAP) can help to determine if you qualify for Victim of Violent Crime compensation. If you qualify, they will assist with filling your claim application. If you are a victim or a witness to a crime and will be going to court, they will explain the court procedures to you. Their staff may also assist you with other problems created by the crime.

To find the program location nearest to you, call the Victim-Witness Assistance Program at the Los Angeles City Attorney's Office (213) 485-6976, or the Los Angeles County District Attorney's Office (213) 974-7499.

**VICTIMS OF VIOLENT CRIME COMPENSATION:** Refer to paragraph at bottom of reverse side.

DETECTIVES (FOR REPORT STATUS): 818-374-7640

YOUR COPY

www.LAPDonline.org

1
2
3
# EXHIBIT P
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND DEMAND FOR JURY TRIAL

36

## AFFIDAVIT AND TESTIMONY OF NORA ARAYA

The affiant, being duly sworn, deposes and says under oath as follows:

1. I, Nora Araya, never drafted the NOTICE OF HEARING OF DEMURRER filed on August 28, 2013, as I had no knowledge of the Unlawful Detainer at that time.

2. I, Nora Araya, never signed the NOTICE OF HEARING OF DEMURRER filed on August 28, 2013.

3. I, Nora Araya, never wrote or drafted the DEMURRER TO COMPLAINT filed on August 28, 2013, as I had no knowledge of the Unlawful Detainer at the time and it had not been served on me.

4. I, Nora Araya, never signed the DEMURRER TO COMPLAINT filed on August 28, 2013.

5. I, Nora Araya, never drafted or composed an ANSWER TO COMPLAINT filed on October 3, 2013, since I was never served with the unlawful detainer and had no knowledge of its existence at the time.

6. I, Nora Araya, never signed the ANSWER TO COMPLAINT filed on October 3, 2013.

7. I, Nora Araya, put on the record before both judges Ford and Newman that the documents was never written or signed by me and the signatures were forgeries.

8. I, Nora Araya, was told by judge Newman that forgery and fraud were not investigated in her court and that I should file a police report. She also stated that she was not going to cancel the default on the unlawful detainer, nor was she going to recall or cancel the writ of possession.

9. I, Nora Araya, went to the Los Angeles Police Department in Canoga Park and filed a police report as recommended by the judge.

10. I, Nora Araya, hired a handwriting expert who confirmed and presented via declaration that the signatures on the unlawful detainer documents were NOT MY SIGNATURE.

11. This forged and fraudulent document was presented by the attorneys as fraud upon the court in order to help facilitate the theft of my property and the judges refused to acknowledge the forgery.

AFFIDAVIT OF NORA ARAYA REGARDING FORGED DOCUMENTS IN CASE BC528166

1

2   I swear under penalty of perjury that the testimony is true and correct to the best of my

3   knowledge.

4

5

6

7

8                   Respectfully submitted on this 7th day of May 2017,

9

10

11          *Nora Araya*
                          Nora Araya
12

13
                          *Notary Acknowledgment*
14                        *Attached*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

        AFFIDAVIT OF NORA ARAYA REGARDING FORGED DOCUMENTS IN CASE BC528166

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _5/9/17_ before me, _Cindy M. Aldana_,

A Notary Public personally appeared _Nora Araya_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Cindy M. Aldana_

CINDY M. ALDANA
Commission # 2044460
Notary Public - California
Los Angeles County
My Comm. Expires Oct 6, 2017

(Seal)