1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIE L. REED, NORA ARAYA,** <br> Plaintiffs, <br> v. <br> **EAST END PROPERTIES, INC.; KUZYK LAW LLP; ATTORNEY DAVID J. MYERS; LAW OFFICES OF KIMBALL TIREY AND ST. JOHN LLP; ATTORNEY CHRIS EVANS; ATTORNEY H.G. LONG,** <br><br> Defendants. | Case No.: ED CV 17-955-DMG (KKx) <br><br> **JUDGMENT** |

On March 15, 2018, this Court having granted the motions to dismiss of Defendants East End Properties, Inc.; Kuzyk Law, LLP; David J. Myers; Law Offices of Kimball, Tirey & St. John, LLP; Chris Evans; and H.G. Long, as to the federal claims in the above-captioned action, and having declined to exercise supplemental jurisdiction over the state law claims [Doc. # 68],

IT IS ORDERED, ADJUDGED AND DECREED that judgment on the federal claims is entered in favor of Defendants East End Properties, Inc.; Kuzyk Law, LLP;

David J. Myers; Law Offices of Kimball, Tirey & St. John, LLP; Chris Evans; and H.G. Long and against Plaintiffs Christie L. Reed and Nora Araya.

**IT IS SO ORDERED.**

DATED: March 20, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE